**MULCAHY LLP**
James M. Mulcahy (SBN 213547)
*jmulcahy@mulcahyllp.com*
Filemon Carrillo (SBN 314220)
*fcarrillo@mulcahyllp.com*
4 Park Plaza, Suite 1230
Irvine, California 92614
Telephone: (949) 252-9377
Facsimile: (949) 252-0090
*Attorneys for Plaintiff HONEY BAKED HAM INC.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONEY BAKED HAM INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HONEY BAKED HAM COMPANY LLC, a Delaware limited liability company; and Does 1 through 20,<br><br>Defendants. | Case No.: 8:19-cv-01528-<br><br>Hon. James V. Selna<br><br>**PROOF OF SERVICE OF DECLARATION IN SUPPORT OF APPLICATION TO FILE UNDER SEAL AND UNREDACTED DOCUMENTS**<br><br>Complaint filed: August 8, 2019 |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address 4 Park Plaza, Suite 1230, Irvine, CA 92614.

On August 8, 2019, I served document(s) described as **NOTICE OF ELECTRONIC FILING OF SEALED DECLARATION IN SUPPORT OF APPLICATION TO FILE EXHIBIT C OF GORE DECLARATION AND KISS DECLARATION UNDER SEAL FILED BY PLAINTIFF HONEY BAKED HAM INC.; DECLARATION OF FILEMON CARRILLO IN SUPPORT OF PLAINTIFF HONEY BAKED HAM INC.'S APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF HBH CALIFORNIA'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; UNREDACTED VERSION OF DECLARATION OF RICHARD GORE IN SUPPORT OF HONEY BAKED HAM INC.'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND OSC RE: PRELIMINARY INJUNCTION; DECLARATION OF TIMOTHY KISS IN SUPPORT OF HONEY BAKED HAM INC.'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND OSC RE: PRELIMINARY INJUNCTION** on the following person at the addresses and/or facsimile number below:

J. David Mayberry
Kilpatrick Townsend & Stockton LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
(212) 775-8830
dmayberry@kilpatricktownsend.com

[ ] VIA FACSIMILE – Based on an agreement by the parties to accept service by fax transmission, I faxed the documents from a fax machine in Irvine, California, with the number 949-252-0090, to the parties and/or attorney for the parties at the facsimile transmission number(s) shown herein. The facsimile transmission was reported as complete without error by a transmission report, issued by the facsimile transmission upon which the transmission was made, a copy of which is attached hereto.

[X] BY ELECTRONIC SERVICE – Based on a court order or agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed herein on the above referenced date. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] BY MAIL - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day, with postage thereon fully prepaid, at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

PROOF OF SERVICE

[ ]    BY CERTIFIED MAIL - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day, with postage thereon fully prepaid, at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    BY FEDERAL EXPRESS – I am readily familiar with the firm's practice of collection and processing correspondence for Federal Express. Under that practice it would be deposited with Federal Express on that same day in the ordinary course of business for overnight delivery with delivery costs thereon fully prepaid by sender, at Irvine, California.

[ ]    BY MESSENGER SERVICE – I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed herein and providing them to a professional messenger service for service. A declaration by the messenger service will be filed separately.

[ ]    BY PERSONAL SERVICE – I personally delivered the documents listed herein in person on this date.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **August 8, 2019** at Irvine, California.

By: _____
Filemon Carrillo

PROOF OF SERVICE