## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONEY BAKED HAM INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HONEY BAKED HAM COMPANY LLC, a Delaware limited liability company; and Does 1 through 20,<br><br>　　　　　Defendants. | Case No.: 8:19-cv-01528-JS-DM<br><br>*Hon. James V. Selna*<br><br>**ORDER GRANTING PLAINTIFF HONEY BAKED HAM INC.'S APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF ITS APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

1    Plaintiff Honey Baked Ham Inc.'s ("HBH California") Application To File Under
2    Seal Documents In Support Of HBH California's Application For Temporary
3    Restraining Order And Order To Show Cause Re: Preliminary Injunction was considered
4    by this Court, and good cause having been shown, HBH California's Application is
5    GRANTED, and this Court ORDERS as follows:

6      1. Page 4 of Exhibit C to the Declaration of Richard Gore in Support of Honey
7         Baked Ham Inc.'s *Ex Parte* Application for Temporary Restraining Order And
8         OSC Re: Preliminary Injunction, and
9      2. Paragraph 12 of the Declaration of Timothy Kiss in Support of Honey Baked
10        Ham Inc.'s *Ex Parte* Application for Temporary Restraining Order And OSC
11        Re: Preliminary Injunction
12   Maybe filed under seal and will be excluded from the public court file until further order
13   of this Court.  A public redacted version shall be filed within five days.

15   **IT IS SO ORDERED**.

18   Dated: August 08, 2019

     Hon. James V. Selna
     United States District Court Judge

21   *Respectfully submitted by*:
     **MULCAHY LLP**
22   James M. Mulcahy (SBN 213547)
23   jmulcahy@mulcahyllp.com
     Filemon Carrillo (SBN 314220)
24   *fcarrillo@mulcahyllp.com*
25   4 Park Plaza, Suite 1230
     Irvine, California 92614
26   Telephone: (949) 252-9377
27   Facsimile: (949) 252-0090
28   *Attorneys for Plaintiff HONEY BAKED HAM INC.*