**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HONEY BAKED HAM INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HONEY BAKED HAM COMPANY LLC, a Delaware limited liability company; and Does 1 through 20<br>Defendants. | Case No.: 8:19-cv-01528JVS(DFMx)<br><br>**ORDER GRANTING PLAINTIFF HONEY BAKED HAM INC.'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Courtroom: 10C<br><br>Complaint filed: August 7, 2019 |

-1-

Plaintiff Honey Baked Ham Inc.'s ("HBH California") *ex parte* application for a temporary restraining order and order to show cause re: preliminary injunction came before this Court, the Honorable James V Selna presiding.

Having considered HBH California's application, all papers filed in support and opposition, and good cause appearing therefore, the Court finds as follows:

1. HBH California is likely to succeed on the merits of its claims for breach of contract;
2. HBH California is likely to suffer irreparable harm in the absence of the requested temporary and preliminary relief;
3. The balance of the equities tips in the favor of issuance of the requested Temporary Restraining Order and Order to Show Cause RE: Preliminary Injunction;
4. The requested Temporary Restraining order ad Order to Show Cause RE: Preliminary Injunction are in the public interest.

Therefore, in light of the foregoing, and good cause appearing therefore, the Court **HEREBY ORDERS AS FOLLOWS**:

**1. TEMPORARY RESTRAINING ORDER**

Pending the hearing and determination of the Order to Show Cause Re: Preliminary Injunction, Defendant Honey Baked Ham Company LLC, ("Defendant"), and all other persons acting in concert or participation with Defendant, shall and is hereby directed and/or enjoined to and from, as follows:

    a. Enjoined and restrained until hearing on the OSC and further Order of this Court, from removing the mechanism found on Defendant's website, found at www.honeybaked.com, that allows customers in California seeking to place an order for products via the internet, to select their state of residency and then be forwarded to the online retail store operated by HBH California.

    b. Enjoined and restrained until hearing on the OSC and further Order of this Court, from soliciting online sales from California customers via Defendant's website, found at www.honeybaked.com.

    c. The Court directs that HBH California post a bond or other security in the amount of $2,500 within three business days. Notwithstanding this requirement, this temporary restraining order shall be effective immediately.

**2. ORDER TO SHOW CAUSE**

Defendant is ordered to show cause on August 23, 2019 at 1:30 p.m., or as soon thereafter as the parties may be heard, why a preliminary injunction should not be entered against Defendant, until conclusion of the trial, as follows:

    a. Enjoined and restrained until hearing on the OSC and further Order of this Court, from removing the mechanism found on Defendant's website, found at www.honeybaked.com, that allows customers in California seeking to place an order for products via the internet, to select their state of residency and then be forwarded to the online retail store operated by HBH California.

    b. Enjoined and restrained until hearing on the OSC and further Order of this Court, from soliciting online sales from California customers via Defendant's website, found at www.honeybaked.com.

Defendant shall file any opposition papers to this OSC on or before August 16, 2019. HBH California shall file any reply papers on or before noon August 21, 201.

**SO ORDERED**

Dated: August 9,2019

2:35 p.m.

UNITED STATES DISTRICT COURT JUDGE
ANDREW J. GUILFORD

1 | *Respectfully submitted by*:
2 | **MULCAHY LLP**
   | James M. Mulcahy (SBN 213547)
3 | *jmulcahy@mulcahyllp.com*
4 | Filemon Carrillo (SBN 314220)
   | *fcarrillo@mulcahyllp.com*
5 | 4 Park Plaza, Suite 1230
6 | Irvine, California 92614
7 | Telephone: (949) 252-9377
   | Facsimile: (949) 252-0090
8 | *Attorneys for Plaintiff HONEY BAKED HAM INC.*