UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| **HONEY BAKED HAM INC.**, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HONEY BAKED HAM COMPANY LLC**, a Delaware limited liability company, and **DOES 1 THROUGH 20**,<br><br>Defendants. | CASE NO.: 8:19-cv-01528-JVS (DFMx)<br><br>**Order Granting Defendant's Consent Motion for Leave for J. David Mayberry to Appear Pro Hac Vice for the Limited Purpose of Representing Defendant at the August 23, 2019, Show Cause Hearing** |

The Court, having considered the good cause shown in Defendant Honey Baked Ham Company, LLC's (HBH) Consent Motion for Leave for J. David Mayberry to Appear Pro Hac Vice for the Limited Purpose of Representing Defendant at the August 23, 2019, Show Cause Hearing does hereby grant the motion.

**The Pro Hac fee shall be paid within five days.**

SO ORDERED this 21st day of August, 2019.

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*
KILPATRICK TOWNSEND & STOCKTON LLP
CAROLINE Y. BARBEE (State Bar No. 239343)
*cbarbee@kilpatricktownsend.com*
9720 Wilshire Blvd, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

KILPATRICK TOWNSEND & STOCKTON LLP
J. DAVID MAYBERRY (*Pro Hac Vice* Application To Be Filed)
*dmayberry@kilpatricktownsend.com*
SARA K. STADLER (*Pro Hac Vice* Application To Be Filed)
*sstadler@kilpatricktownsend.com*
The Grace Building
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

*Attorneys for Defendant*
*HONEY BAKED HAM COMPANY LLC*

[PROPOSED] ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR LEAVE FOR J. DAVID MAYBERRY TO APPEAR PRO HAC VICE FOR THE LIMITED PURPOSE OF REPRESENTING DEFENDANT AT THE AUGUST 23, 2019, SHOW CAUSE HEARING

- 1 -