KILPATRICK TOWNSEND & STOCKTON LLP
CAROLINE Y. BARBEE (State Bar No. 239343)
*cbarbee@kilpatricktownsend.com*
9720 Wilshire Blvd, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

J. DAVID MAYBERRY (Admitted *Pro Hac Vice*)
*dmayberry@kilpatricktownsend.com*
SARA K. STADLER (*Pro Hac Vice* forthcoming)
*sstadler@kilpatricktownsend.com*
The Grace Building
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

MARK H. REEVES (*Pro Hac Vice* forthcoming)
*mreeves@kilpatricktownsend.com*
Enterprise Mill
1450 Greene St., Suite 230
Augusta, Georgia 30901
Telephone: (706) 823-4206
Facsimile: (706) 828-4488

Attorneys for Defendant
HONEY BAKED HAM COMPANY LLC

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| **HONEY BAKED HAM INC.**, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HONEY BAKED HAM COMPANY LLC**, a Delaware limited liability company, and **DOES 1 THROUGH 20**,<br><br>Defendants. | CASE NO.: 8:19-cv-01528-JVS (DFMx)<br><br>**ANSWER TO PLAINTIFF'S COMPLAINT FOR BREACH OF CONTRACT**<br><br>Date:<br>Time:<br>Department:<br><br>Assigned to the Hon. James V. Selna<br><br>Complaint filed: August 7, 2019 |

Defendant Honey Baked Ham Company, LLC ("Defendant" or "Honey Baked USA") answers the allegations of Honey Baked California Honey Baked Ham, Inc.'s ("Plaintiff" or "Honey Baked California") Complaint as follows:

## NATURE OF ACTION

1. Honey Baked USA admits that it sells Honey Baked Ham branded products online. Honey Baked USA denies the remaining allegations contained in Paragraph 1 of the Complaint.

2. Honey Baked USA admits that HBH Limited Partnership, the predecessor in interest to HBH Licensing, LLC ("Licensor"), which is wholly owned by Honey Baked USA, granted Honey Baked California certain exclusive rights and a license as set forth in a License Agreement, dated on or about July 1, 2015 ("the License Agreement"). Honey Baked USA admits that the License Agreement grants Honey Baked California an exclusive right and license to sublicense to qualified parties the right to establish and operate specialty retail stores and cafés primarily identified by proprietary marks using a system for the primary purpose of selling finished hams and other branded products in California. Honey Baked USA further admits that the License Agreement grants Honey Baked California certain exclusive rights and license to offer, complete, and fulfill online sales to customers and consumers in California, subject to the reserved rights of other licensees of Licensor to solicit their existing customers and consumers in California. Except as admitted, Honey Baked USA denies the remaining allegations in Paragraph 2 of the Complaint.

3. Honey Baked USA admits that Honey Baked California and Honey Baked USA operate separate online shopping websites. Honey Baked USA admits that Licensor controls www.honeybaked.com. Honey Baked USA admits that www.honeybaked.com, among other things, promotes Honey Baked Ham branded products throughout the country. Honey Baked USA denies the remaining allegations in Paragraph 3 of the Complaint.

4. Honey Baked USA admits that www.honeybaked.com, referred to in the Complaint as the National Website, currently requires that the consumer select the customer's state of residence and that customers selecting "California" are redirected to Honey Baked California's shopping website, www.shophoneybaked.com. Honey Baked USA further admits that customers who select any state other than California are directed to Honey Baked USA's online shopping site, www.honeybakedonline.com. Honey Baked USA denies the remaining allegations in Paragraph 4 of the Complaint.

5. Honey Baked USA admits that Licensor sent letters to Honey Baked California on July 22 and 30, 2019. Honey Baked USA further admits that the July 22, 2019, letter indicated that Licensor intended, beginning August 11, 2019, to remove the state of residence mechanism for directing customers to an online retailer. Except as admitted, Honey Baked USA denies the remaining allegations in Paragraph 5 of the Complaint.

6. Honey Baked USA denies the allegations in Paragraph 6 of the Complaint.

7. Honey Baked USA admits that Honey Baked California filed this action seeking a temporary restraining order and preliminary and permanent injunctions. Honey Baked USA denies the remaining allegations in Paragraph 7 of the Complaint.

**PARTIES**

8. Honey Baked USA admits the allegations in Paragraph 8 of the Complaint.

9. Honey Baked USA admits the allegations in Paragraph 9 of the Complaint.

10. Honey Baked USA lacks information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint, and, on that basis, they are denied.

11. Honey Baked USA lacks information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint, and, on that basis, they are denied.

12. Honey Baked USA denies the allegations in Paragraph 12 of the Complaint.

## JURISDICTION

13. The allegations contained in Paragraph 13 of the Complaint are legal conclusions to which no response is required. Nevertheless, Honey Baked USA admits that it is a Delaware limited liability company with its principal place of business in the State of Georgia, and Honey Baked USA affirmatively states that it does not contest the subject-matter jurisdiction of this Court.

14. Honey Baked USA admits the allegations in Paragraph 14 of the Complaint.

15. Honey Baked USA admits that it is registered to do business in California with the California Secretary of State. Honey Baked USA denies the allegation that it is engaged in efforts to make sales to customers located in California in violation of Honey Baked California's rights under the License Agreement. The remaining allegations in Paragraph 15 of the Complaint are legal conclusions to which no response is required. Nevertheless, Honey Baked USA affirmatively states that it does not contest the Court's personal jurisdiction over Honey Baked USA.

16. The allegations contained in Paragraph 16 of the Complaint are legal conclusions to which no response is required. Nevertheless, Honey Baked USA affirmatively states it does not contest that venue is proper.

## FACTUAL BACKGROUND

17. Honey Baked USA denies that it is the licensor of products under the Honey Baked Ham Brand (the "Brand"). Honey Baked USA admits that it sells products under the Brand. Honey Baked USA admits that its founder secured a patent covering a spiral slicing machine and that its founder began selling branded

products processed by using that spiral slicing machine at least as early as 1957 in Detroit, Michigan. Except as admitted, Honey Baked USA denies the remaining allegations of Paragraph 17 of the Complaint.

18. Honey Baked USA admits that as the Brand expanded nationwide, the founder allocated the operation of the business under the Brand among the Honey Baked Ham founder's children, who operated the business under the Brand in geographically licensed territories. Honey Baked USA denies the remaining allegations in Paragraph 18 of the Complaint.

19. Honey Baked USA admits that HBH Limited Partnership, the predecessor in interest to Licensor, granted Honey Baked California certain exclusive rights and a license as set forth in a prior version of a license agreement, which granted Honey Baked California an exclusive right and license to sublicense to qualified parties the right to establish and operate specialty retail stores and cafés primarily identified by proprietary marks for the primary purpose of selling finished hams and other branded products in California. Honey Baked USA further admits that the prior version of the license agreement granted Honey Baked California certain exclusive rights and license to offer, complete, and fulfill online sales to customers and consumers in California, subject to the reserved rights of other licensees of Licensor to solicit their existing customers and consumers in California. Honey Baked USA admits that HBH Limited Partnership entered into the License Agreement with Honey Baked California on or about July 1, 2015, and that what appears to be a true and correct copy of that Licensing Agreement is attached to Honey Baked California's Complaint as Exhibit A. Except as admitted, Honey Baked USA denies the remaining allegations in Paragraph 19 of the Complaint.

20. Honey Baked USA admits that after the HBH Limited Partnership renewed the 2015 License Agreement with Honey Baked California, the descendants of the founder contributed their family-owned businesses, which they operated under the Brand, into one consolidated entity and that they each assigned their separate

licenses to Honey Baked USA. Except as admitted, Honey Baked USA denies the remaining allegations of Paragraph 20 of the Complaint.

21. Honey Baked USA admits that Honey Baked California is the only entity with the right to sell Honey Baked Ham franchises in California. Honey Baked USA denies that Honey Baked California is the only entity with the right to offer, sell, and fulfill mail-order transactions of Honey Baked Ham branded products in California. Honey Baked USA denies the remaining allegations in Paragraph 21 of the Complaint.

22. Honey Baked USA admits that the License Agreement sets limits on Honey Baked USA's level of involvement in the State of California. Honey Baked USA denies the remaining allegations in Paragraph 22 of the Complaint.

23. Honey Baked USA admits that Paragraph 23 of the Complaint incompletely quotes and adds emphasis to certain language in § 2(a) of the License Agreement. Honey Baked USA further admits that Paragraph 23 of the Complaint accurately states the definition of the term "Territory" in § 1(d) of the License Agreement. Honey Baked USA further admits that the footnote appended to Paragraph 23 of the Complaint accurately quotes and adds emphasis to certain language in the definition of "Mail Order Transactions" in § 1(g) of the License Agreement. Honey Baked USA denies the remaining allegations in Paragraph 23 of the Complaint.

24. Honey Baked USA admits that the language appearing in quotation marks in Paragraph 24 of the Complaint incompletely quotes and adds emphases to certain language from §§ 6(b)(xi) and 6(c)(iv) of the License Agreement. Honey Baked USA denies the remaining allegations in Paragraph 24 of the Complaint.

25. Honey Baked USA admits that Licensor may establish an orderly system to administer online sales and must operate and maintain a national website to promote the Brand. Honey Baked USA otherwise denies the allegations in Paragraph 25 of the Complaint.

26. Honey Baked USA admits that Honey Baked California and Honey Baked USA operate separate online shopping websites and have done so for years. Honey Baked USA admits that certain of each party's online rights are divided by territory. Except as admitted, Honey Baked USA denies the remaining allegations in Paragraph 26 of the Complaint.

27. Honey Baked USA admits that www.honeybaked.com, referred to in the Complaint as the National Website, promotes HBH Branded products throughout the country. Honey Baked USA further admits that customers who visit that website and seek to shop online are asked to select their state of residence and that customers selecting "California" are redirected to Honey Baked California's website. Honey Baked USA further admits that customers selecting any other state are directed to Honey Baked USA's online shopping site. Honey Baked USA denies the remaining allegations in Paragraph 27 of the Complaint.

28. Honey Baked USA admits that Licensor has implemented a state of residence sorting mechanism to refer online traffic to California. Honey Baked USA further admits that the License Agreement allows Honey Baked California to promote its separate licensed business in California. Honey Baked USA denies the remaining allegations in Paragraph 28 of the Complaint.

29. Honey Baked USA admits that there is a lengthy production process for certain Honey Baked Ham branded products and that the market for many of those products is cyclical. Honey Baked USA further admits that the peak season for sale of Honey Baked Ham branded products revolves around the late-December holidays and that certain products take months to complete. Honey Baked USA further admits that it analyzes trends in sales from prior years as one of the factors in ordering future production. Honey Baked USA lacks information and belief as to the remaining allegations in Paragraph 29 of the Complaint, and therefore denies them.

30. Honey Baked USA admits that the parties depend on the National Website as a geographically undifferentiated means to solicit new customers online

and that to honor the License Agreement, Licensor devised a system on its National Website to forward inquiries from California residents to Honey Baked California's website. Honey Baked USA admits that consumers of the Brand have become accustomed to this process. Honey Baked USA affirmatively states that this is not the only possible way to honor the Licensing Agreement. Honey Baked USA denies the remaining allegations in Paragraph 30 of the Complaint.

31. Honey Baked USA admits that Licensor sent Richard Gore a letter on July 22, 2019, discussing Licensor's intent in the future to eliminate the mechanism that allows each online customer to select their state of residency. Honey Baked USA further admits that the July 22 letter stated Honey Baked USA's intent in the future to begin to fulfill orders for online purchases through Honey Baked USA's shopping website. Honey Baked USA further admits that what appears to be a true and correct copy of that July 22 letter is attached as Exhibit B to the Complaint. Honey Baked USA denies the remaining allegations of Paragraph 31 of the Complaint.

32. Honey Baked USA denies the allegations in Paragraph 32 of the Complaint.

33. Honey Baked USA admits that incomplete quotes from the letter attached as Exhibit B appear in Paragraph 33 of the Complaint. Honey Baked USA denies the remaining allegations in Paragraph 33 of the Complaint.

34. Honey Baked USA admits that Licensor sent a second letter to Richard Gore on July 30, 2019, and that what appears to be a true and correct copy of that letter is attached as Exhibit C to the Complaint. Honey Baked USA further admits that incomplete quotes from that letter appear in Paragraph 34 of the Complaint. Honey Baked USA denies the remaining allegations in Paragraph 34 of the Complaint.

35. Honey Baked USA admits that the quoted text in Paragraph 35 of the Complaint appears in the letter attached as Exhibit C to the Complaint. Honey Baked USA denies the remaining allegations in Paragraph 35 of the Complaint.

36. Honey Baked USA admits that the quoted text in Paragraph 36 of the Complaint appears in the letter attached as Exhibit C to the Complaint. Honey Baked USA denies the remaining allegations in Paragraph 36 of the Complaint.

37. Honey Baked USA admits that Honey Baked California sought a temporary restraining order and a preliminary injunction and seeks permanent injunctive relief as set forth in the Complaint. Honey Baked USA denies the remaining allegations in Paragraph 37 of the Complaint.

## FIRST CAUSE OF ACTION

38. Honey Baked USA incorporates its prior responses to the allegations contained in Paragraphs 1 to 37 of Honey Baked California's Complaint.

39. Honey Baked USA admits that HBH Limited Partnership entered into a License Agreement with Honey Baked California on July 1, 2015. Honey Baked USA denies that it entered into the License Agreement.

40. Honey Baked USA denies the allegations in Paragraph 40 of the Complaint.

41. Honey Baked USA admits that Mail Order Transactions under the License Agreement include online sales. Honey Baked USA denies remaining the allegations in Paragraph 41 of the Complaint.

42. Honey Baked USA denies the allegations in Paragraph 42 of the Complaint.

43. Honey Baked USA denies the allegations in Paragraph 43 of the Complaint.

44. Honey Baked USA denies the allegations in Paragraph 44 of the Complaint.

45. Honey Baked USA denies the allegations in Paragraph 45 of the Complaint.

46. Honey Baked USA denies that the Court's authority to enter any relief derives from the License Agreement. Honey Baked USA affirmatively states that it does not contest the Court's authority to adjudicate this dispute.

47. Honey Baked USA denies the allegations in Paragraph 47 of the Complaint.

## DEFENSES

Honey Baked USA affirmatively denies any and all other allegations, inferences, or implications arising from any statement in Honey Baked California's Complaint to the extent such has not been affirmatively admitted by Honey Baked USA in its answer.

Honey Baked USA further propounds the following separate and additional defense, and by doing so, Honey Baked USA in no way concedes that it has the burden of proof/and or burden of persuasion with respect thereto.

### First Affirmative Defense

1. Plaintiff has failed to join a required party under Rule 19. The Licensing Agreement that gives rise to the alleged rights and obligations asserted in Honey Baked California's Complaint was entered into by Honey Baked California and HBH Limited Partnership. HBH Limited Partnership assigned all of its rights and interests in the License Agreement to Licensor, and Licensor agreed to assume all of HBH Limited Partnership's obligations under the License Agreement, on or about May 4, 2015, and notice of this assignment and assumption was provided to Honey Baked California on or about May 7, 2015. Accordingly, Licensor, as successor in interest to HBH Limited Partnership and the entity charged with fulfilling HBH Limited Partnership's obligations under the Licensing Agreement, has an interest in the subject matter of this litigation that, as a practical matter, may be impaired by resolution of the case in its absence. Honey Baked USA is neither a

party nor a successor in interest to a party to the License Agreement, and Honey Baked California's claims lie, if at all, against Licensor, not against Honey Baked USA.

## **PRAYER FOR RELIEF**

WHEREFORE, Honey Baked USA respectfully requests the following relief:

(1) That the Court enter a judgment in favor of Honey Baked USA and against Honey Baked California on Honey Baked California's claims, and dismiss Honey Baked California's claims with prejudice;

(2) That Honey Baked California takes nothing;

(3) That the Court award Honey Baked USA further relief against Honey Baked California, including Honey Baked USA's attorney's fees and costs; and

(4) For such other and further relief as the Court deems just and proper.

DATED: October 7, 2019　　　　　　Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

/s/ John David Mayberry
John David Mayberry (*Pro Hac Vice*)
*dmayberry@kilpatricktownsend.com*
Sara K. Stadler (*Pro Hac Vice* forthcoming)
*sstadler@kilpatricktownsend.com*
The Grace Building
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

Caroline Y. Barbee (Bar No. 239343)
*cbarbee@kilpatricktownsend.com*
9720 Wilshire Blvd, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Mark H. Reeves (*Pro Hac Vice* forthcoming)
*mreeves@kilpatricktownsend.com*

Enterprise Mill
1450 Greene St., Suite 230
Augusta, Georgia 30901
Telephone: (706) 823-4206
Facsimile: (706) 828-4488

*Attorneys for Honey Baked USA*