| | % Complete | Task Name | Duration | Start | Finish | Predecessors |
|---|---|---|---|---|---|---|
| 1 | 24% | HoneyBaked Ham: State Selector Modal | 90d | 10/07/19 | 02/21/20 | |
| 2 | 100% | Discovery | 30d | 10/07/19 | 11/15/19 | |
| 3 | 100% | DA: Create Recommendation Deck | 2d | 10/07/19 | 10/08/19 | |
| 4 | 100% | DA: Internal Review & Revisions | 1d | 10/09/19 | 10/09/19 | 3 |
| 5 | 100% | DA + HBH: Review Recommendation Deck & Provide Feedback | 1d | 10/10/19 | 10/10/19 | 4 |
| 6 | 100% | DA: Revise Recommendations & Scope | 1d | 10/11/19 | 10/11/19 | 5 |
| 7 | 100% | DA: Finalize Implementation Plan, Scope, Timeline & Test Plan overview | 2d | 10/14/19 | 10/15/19 | 6 |
| 8 | 100% | DA + HBH: Share Scope, Timeline & Test Plan | 1d | 10/16/19 | 10/16/19 | 7 |
| 9 | 100% | HBH: Approve Scope & Timeline | 22d | 10/17/19 | 11/15/19 | 8 |
| 10 | 18% | Functional Requirements and Test Cases | 17d | 11/18/19 | 12/12/19 | |
| 11 | 100% | DA: Draft Functional Requirements | 2d | 11/18/19 | 11/19/19 | 9 |
| 12 | 100% | DA: Internal Review & Revisions | 1d | 11/20/19 | 11/20/19 | 11 |
| 13 | 0% | DA + HBH: Review Functional Requirements | 1d | 11/21/19 | 11/21/19 | 12 |
| 14 | | HBH: Provide Feedback | 3d | 11/22/19 | 11/26/19 | 13 |
| 15 | | DA: Revise Requirements | 2d | 11/27/19 | 12/02/19 | 14 |
| 16 | | HBH: Final Review & Approval of Requirements | 1d | 12/03/19 | 12/03/19 | 15 |
| 17 | | DA: Revise Test Cases | 2d | 12/04/19 | 12/05/19 | 16 |
| 18 | | DA: Share revised Test Cases with HBH | 1d | 12/06/19 | 12/06/19 | 17 |
| 19 | | HBH: Provide Feedback | 1d | 12/09/19 | 12/09/19 | 18 |
| 20 | | DA: Revise Test Cases | 1d | 12/10/19 | 12/10/19 | 19 |
| 21 | | DA: Share final Test Cases with HBH for Approval | 1d | 12/11/19 | 12/11/19 | 20 |
| 22 | | HBH: Final Review & Approval of Test Cases | 1d | 12/12/19 | 12/12/19 | 21 |
| 23 | | User Experience & Strategy | 10d | 12/04/19 | 12/17/19 | |
| 24 | | DA: Annotate Wireframes & Create Flow Diagrams | 3d | 12/04/19 | 12/06/19 | 16 |
| 25 | | DA + HBH: Review Wireframe Annotations & Flow Diagrams | 1d | 12/09/19 | 12/09/19 | 24 |
| 26 | | HBH: Provide Feedback | 3d | 12/10/19 | 12/12/19 | 25 |
| 27 | | DA: Revise Annotations & Flow Diagrams | 2d | 12/13/19 | 12/16/19 | 26 |
| 28 | | HBH: Final Review & Approval | 1d | 12/17/19 | 12/17/19 | 27 |
| 29 | | Analytics & SEO | 40d | 12/18/19 | 02/21/20 | |
| 30 | | DA: Update Tagging Plan | 4d | 12/18/19 | 01/02/20 | 28 |
| 31 | | DA: Share revised Tagging Plan with HBH | 1d | 01/03/20 | 01/03/20 | 30 |
| 32 | | HBH: Provide Feedback | 1d | 01/06/20 | 01/06/20 | 31 |
| 33 | | DA: Implement Tags in Google Analytics & QA tags | 2d | 01/07/20 | 01/08/20 | 32 |
| 34 | | QA tags are firing in Production | 0.5d | 02/21/20 | 02/21/20 | 40 |
| 35 | | Development & QA | 39.5d | 12/18/19 | 02/21/20 | |
| 36 | | Create JIRA Tickets | 2d | 12/18/19 | 12/19/19 | 28 |
| 37 | | Development and QA | 16d | 12/18/19 | 01/20/20 | 28 |

| | % Complete | Task Name | Duration | Start | Finish | Predecessors |
|---|---|---|---|---|---|---|
| 38 | | Regression Testing & Bug Fixing | 8d | 01/21/20 | 01/30/20 | 37 |
| 39 | | HBH: UAT & approval | 15d | 01/31/20 | 02/20/20 | 38 |
| 40 | | Final Deployment | 0.5d | 02/21/20 | 02/21/20 | 39 |

EXHIBIT 1