| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | KOLLIN J. ZIMMERMANN (State Bar No. 273092) |
| 2 | kzimmermann@kilpatricktownsend.com |
| | 9720 Wilshire Blvd, Penthouse Suite |
| 3 | Beverly Hills, California 90212 |
| | Telephone: (310) 777-3755 |
| 4 | Facsimile: (310) 362-8756 |
| 5 | J. DAVID MAYBERRY (Admitted *Pro Hac Vice*) |
| | dmayberry@kilpatricktownsend.com |
| 6 | SARA K. STADLER (Admitted *Pro Hac Vice*) |
| | sstadler@kilpatricktownsend.com |
| 7 | The Grace Building |
| | 1114 Avenue of the Americas |
| 8 | New York, New York 10036 |
| | Telephone: (212) 775-8700 |
| 9 | Facsimile: (212) 775-8800 |
| 10 | MARK H. REEVES (Admitted *Pro Hac Vice*) |
| | mreeves@kilpatricktownsend.com |
| 11 | Enterprise Mill |
| | 1450 Greene St., Suite 230 |
| 12 | Augusta, Georgia 30901 |
| | Telephone: (706) 823-4206 |
| 13 | Facsimile: (706) 828-4488 |
| 14 | KEITH M. HARPER (Admitted *Pro Hac Vice*) |
| | kharper@kilpatricktownsend.com |
| 15 | 607 14th Street, NW, Suite 900 |
| | Washington, DC 20005 |
| 16 | Telephone: (202) 508-5844 |
| | Facsimile: (202) 315-3241 |
| 17 | Attorneys for Defendant |
| | HONEY BAKED HAM COMPANY LLC |

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| **HONEY BAKED HAM INC.**, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HONEY BAKED HAM COMPANY LLC**, a Delaware limited liability company, and **DOES 1 THROUGH 20**,<br><br>Defendants. | CASE NO.: 8:19-cv-01528-JVS (DFMx)<br><br>**JANUARY 2020 WEBSITE TRANSITION STATUS REPORT**<br><br>Judge: Hon. James V. Selna<br>Courtroom: 10C<br>411 West 4th Street<br>Santa Ana, CA 92701<br>Date: None applicable<br>Time: None applicable<br><br>Complaint filed: August 7, 2019 |

Defendant Honey Baked Ham Company, LLC ("Honey Baked USA") files this January, 2020, monthly status report with the Court. The October 1, 2019, Minute Order dissolved the preliminary injunction preventing Honey Baked USA from merging its shopping website with its national website, provided its national website (www.honeybaked.com) be maintained in its current manner unless and until Honey Baked USA implements a fail-safe system such that there is a seamless transition which ensures that, at all times, California customers are routed to Plaintiff Honey Baked Ham Inc.'s ("Honey Baked California") website. The Court ordered Honey Baked USA to file a status report on the first of each month until the transition is completed.

As noted in prior status reports, Honey Baked USA has engaged an outside website development firm, Proving Ground, LLC, d/b/a Dragon Army ("Dragon Army"), to assist with the transition. Dragon Army continues work on developing a new and improved state selector modal that will permit Honey Baked USA to merge its shopping website (shipping.honeybaked.com) with its national website (www.honeybaked.com). An updated copy of Dragon Army's project plan, including the progress made on each element of the plan, is attached as **Exhibit 1**. As shown in the project plan, the state selector modal is expected to be tested in January, 2020, and deployed on February 13, 2020.

DATED: January 2, 2020

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

/s/ J. David Mayberry
J. David Mayberry (*Pro Hac Vice*)
dmayberry@kilpatricktownsend.com
Sara K. Stadler (*Pro Hac Vice*)
sstadler@kilpatricktownsend.com
The Grace Building
1114 Avenue of the Americas

New York, New York 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

Kollin J. Zimmermann (Bar No. 273092)
*kzimmermann@kilpatricktownsend.com*
9720 Wilshire Blvd, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 777-3755
Facsimile: (310) 362-8756

Mark H. Reeves (*Pro Hac Vice*)
*mreeves@kilpatricktownsend.com*
Enterprise Mill
1450 Greene St., Suite 230
Augusta, Georgia 30901
Telephone: (706) 823-4206
Facsimile: (706) 828-4488

Keith M. Harper (*Pro Hac Vice*)
*kharper@kilpatricktownsend.com*
607 14th Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 508-5844
Facsimile: (202) 315-3241

*Attorneys for Honey Baked USA*