P. KURT PETERSON (SBN 067123)
*kpeterson@pmrlegal.com*
PETERSON MARTIN & REYNOLDS LLP
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (415) 399-2900
Facsimile: (415) 399-2930

Attorneys for Plaintiff
HONEY BAKED HAM INC.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| HONEY BAKED HAM INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Honey Baked Ham Company LLC, a Delaware limited liability company, HBH Licensing, LLC, a Georgia limited liability company,<br><br>　　　　　　　Defendants. | CASE NO.: 8:19-cv-01528-JVS (DFMx)<br><br>EXHIBIT A TO REPORT OF PARTIES' PLANNING MEETING<br><br><br>Complaint filed: August 7, 2019 |

| Matter | Time | Weeks before trial | Plaintiff's Request (Insert specific date) | Defendant's Request (Insert specific date) | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) (court) Estimated length: _____ days | 8:30 a.m. (Tuesdays) | | | 10/26/21 | |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | −1 | | 10/18/21 | |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed−to Statement of Case | 11:00 a.m. (Mondays) | −2 | | 10/11/21 | |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | −3 | | 10/04/21 | |
| Last day for hand−serving Motions in Limine | | −6 | | 09/13/21 | |
| Last day for hearing motions | 1:30 p.m. (Mondays) | −7 | | 08/30/21 | |
| Last day for hand−serving motions and filing (other than Motions in Limine). | | −11 | | 08/02/21 | |
| Non−expert Discovery cut−off | | −15 | 04/30/21 | 04/19/21 | |

ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE L.R.

16−14 Settlement Choice: (1) CT/USMJ (2) Court Mediation Panel (3) ==Private ADR==

| Matter | | | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| Expert discovery cut−off | | | 07/12/21 | 07/05/21 | |
| Rebuttal Expert Witness Disclosure | | | | 06/07/21 | |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | | 05/17/21 | 05/10/21 | |
| Last day to conduct Settlement Conference | | | 05/03/21 | 01/08/21 | |
| Last day to amend pleadings or add parties | | | | 09/28/20 | |