KILPATRICK TOWNSEND & STOCKTON LLP
KOLLIN J. ZIMMERMANN (State Bar No. 273092)
*kzimmermann@kilpatricktownsend.com*
1801 Century Park East, Suite 2300
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

J. DAVID MAYBERRY (admitted *pro hac vice*)
*dmayberry@kilpatricktownsend.com*
The Grace Building
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

MARK H. REEVES (admitted *pro hac vice*)
*mreeves@kilpatricktownsend.com*
Enterprise Mill
1450 Greene Street, Suite 230
Augusta, Georgia 30901
Telephone: (706) 823-4206
Facsimile: (706) 828-4488

PLAVE KOCH PLC
JAMES C. RUBINGER (admitted *pro hac vice*)
*jrubinger@plavekoch.com*
12005 Sunrise Valley Drive, Suite 200
Reston, Virginia 20191
Telephone: (703) 774-1200
Facsimile: (703) 774-1201

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| **HONEY BAKED HAM INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **HONEY BAKED HAM COMPANY LLC**, et al., <br><br> Defendants. | CASE NO.: 8:19-cv-01528-JVS (DFMx) <br><br> **DECLARATION OF BILL BOLTON** <br><br> Judge: Hon. James v. Selna <br> Courtroom: 10C, 411 West 4th Street <br> Santa Ana, CA 92701 <br> Date: August 10, 2020 <br> Time: 1:30 P.M. <br><br> Complaint filed: August 7, 2019 |

I, Bill Bolton, declare:

1. I am a resident of the State of Georgia, over the age of eighteen years. My business address is 8215 Roswell Road, Building 200, Roswell, GA 30350. The statements made herein are true and based on my own personal knowledge. If called as a witness, I could and would give competent testimony to each of the matters stated.

2. I am Senior Vice-President of Information Technology for the Honey Baked Ham Company LLC (Honey Baked USA), one of the defendants in a lawsuit filed by Honey Baked Ham, Inc. (Honey Baked California). I have worked in that role for 17 years.

3. I have been directly involved in Honey Baked USA's efforts to update its e-commerce platforms. These efforts include modernizing and optimizing www.honeybaked.com, which operates as the national website for all Honey Baked Ham branded products (the National Website).

4. As a part of my job duties, I managed the integration of Honey Baked USA's shopping website and other websites into the National Website that deployed on February 13, 2020.

5. Before redeploying the National Website, Honey Baked USA worked closely with Jonathan Hochman to ensure that the National Website included a mechanism (the "state selector") that routed catalog customers in California to the Honey Baked California website (shophoneybaked.com) in the manner that Mr. Hochman told the Court it would.

6. Prior to deployment of the National Website, Mr. Hochman tested the state selector and confirmed that it functioned in accordance with his design and his representations to the Court.

7. I have reviewed the recently filed declaration of Mr. Peter Kent in support of Plaintiff Honey Baked California's request for a preliminary injunction.

DECLARATION OF BILL BOLTON - 1 -

8. Many of Mr. Kent's criticisms are inaccurate. For example, Honey Baked USA has never required visitors to the National Website to answer "what state do you live in" before accessing information about the Honey Baked Brand on the homepage (such as "WHY HONEYBAKED," "MEAL PREP & SERVING," "RECIPES" or "ABOUT US") or to view pages on the National Website that do not involve access to the online shopping catalog, and it never intended to do so.

9. Similarly, Honey Baked USA has never required customers to answer the question "What state do you live in?" before they can FIND A STORE on the National Website or, should they then designate a store outside of California, proceed to view a pickup or catering menu from that non-California local store. It never intended to do so.

10. The purpose of the state selector overlay is to ensure that customers, must answer the say what they live in before they can access Honey Baked USA's online shopping catalog unless they meet one of the exceptions described by Mr. Hochman: those customers who access the shipping portal on the website by responding directly to a geographically targeted ad run outside of California and those preexisting customers to whom Honey Baked USA has collateral rights to sell, and who receive promotional emails containing direct links to the online catalog. Both these exceptions are allowed by the License Agreement, and sending promotional emails to shared customers is consistent with historical practice followed by both Honey Baked California and Honey Baked USA. The state selector mechanism we deployed with our modernized and optimized National Website accomplishes this purpose.

11. Despite the fact that the state selector works as Mr. Hochman said it would, Honey Baked USA has made a further change to the National Website in response to recent criticisms raised by Honey Baked California and Mr. Kent.

12. As I understand it, Mr. Kent criticized the operation of the National Website on the basis that theoretically a customer might be able to navigate to a page

visible on the National Website to arrange to pick up a ham at a local store outside the state of California, and while on that page, sign up for rewards from Honey Baked USA. By doing so, that person would later receive promotional email offers from Honey Baked USA, which, according to Mr. Kent, evades the state selector.

13. Honey Baked USA disagrees that this offer, which is targeted to customers outside California, evades any legitimate right of Honey Baked California. Nevertheless, to avoid this criticism, Honey Baked USA has developed and will deploy a software change on or around July 31, 2020, that will require any customer to the National Website to answer the state selector question "What state do you live in?" before signing up for any promotional offers from Honey Baked USA. Should the person seeking a reward answer California, that customer automatically will be directed to Honey Baked California's website.

14. A flow chart describing this change is attached as Exhibit A.

15. In addition, I understand that Mr. Kent has criticized the operation of the National Website because existing customers of Honey Baked USA—customers to whom Honey Baked USA may sell under its collateral rights—who access Honey Baked USA's online shopping catalog through links in promotional emails will have their "cookies" reset to USA even if they previously had selected "California" as their residence. When Honey Baked California voiced this concern in February (and well before Mr. Kent issued his report), Honey Baked USA temporarily suspended marketing to its pre-existing customers in its database with either "bill to" or "ship to" addresses in California.

16. We are working on a technical solution that involves the use of temporary "warm" cookies that will expire within 72 hours after an existing customer of Honey Baked USA (who is also a shared customer with Honey Baked California) visits the National Website through a link in a promotional email from Honey Baked USA. These "warm" cookies will allow existing customers of Honey Baked USA who receive our promotional email to access the online shopping catalog sections of

Honey Baked USA (located on shipping.honeybaked.com), place items in their shopping cart, and check out without answering what state they live in. But the cookie will expire in 72 hours. If that existing customer is shared with Honey Baked California and previously had selected California as their residence, any preexisting CA cookie would remain and would not be reset by the warm cookie or the user's interaction with the promotional email.

17. As noted above, while we have been working on this technical solution to allow us to email offers to shared customers without permanently resetting their existing CA cookies to USA, we have suspended promotional emails to existing customers of Honey Baked USA with "bill to" or "ship to" addresses in California since March 16, 2020. We will continue that suspension at least until we are ready to deploy such a technical solution.

18. Before we deploy the solution, we will ask Mr. Hochman to test it and certify its functionality.

19. Mr. Kent's "two bites at the apple" criticism is also incorrect. The scenario that he describes can only occur under very limited circumstances, and it is not evidence of malicious intent by Honey Baked USA.

20. The reason why the scenario that Mr. Kent describes is even possible is that Honey Baked USA separately queries customers as to what state they live in when they attempt to access Honey Baked USA's online catalog from the National Website, www.honeybaked.com, or when they attempt to access the catalog through any other channel. Therefore, a customer who first accesses our shipping catalog via a direct link to shipping.honeybaked.com will be asked what state they live in. If that same customer then attempts to return to our online catalog through www.honeybaked.com, they will be asked what state they live in again when they attempt to "SHOP NOW." The purpose of this design is to ensure that all California customers are routed to the Honey Baked California website regardless of how they try to access catalog pages of shipping.honeybaked.com.

21. Contrary to Mr. Kent's representation, the converse of the scenario that he describes is also possible. In other words, it is possible that a customer who first accesses the Honey Baked USA online catalog via a direct link to shipping.honeybaked.com and receives a USA cookie will be asked what state they live in if they later try to access the catalog through www.honeybaked.com, and if that customers incorrectly answers "California," they will be redirected to shop.honeybaked.com and receive a CA cookie.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 20, 2020.

*Bill Bolton*

Bill Bolton

DECLARATION OF BILL BOLTON - 5 -