P. Kurt Peterson (State Bar No. 067123)
K. Nina Reynolds (State Bar No. 206802)
PETERSON MARTIN & REYNOLDS, LLP
299 Third Street, Suite 200
Oakland, California 94607
(415) 399-2900
(415) 399-2930 facsimile
kpeterson@pmrlegal.com

Attorneys for Plaintiff,
Honey Baked Ham Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Honey Baked Ham, Inc., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>Honey Baked Ham Company LLC, a Delaware limited liability company, HBH Licensing, LLC, a Georgia limited liability company,<br><br>  Defendants.<br><br>And related counterclaim. | Case No. :19-cv-01528-JVS (DFMx)<br><br>OBJECTIONS TO DECLARATION OF JONATHAN HOCHMAN<br><br>Judge:      Hon. James V. Selna<br>Courtroom: 10C<br>            411 West 4th Street<br>            Santa Ana, CA 92701<br>Date:       August 10, 2020<br>Time:       1:30 p.m.<br><br>Complaint filed: August 7, 2019 |

Plaintiff objects to the Declaration of Jonathan Hochman, Docket No. 119, as follows:

Paragraph 35: The assertion "HBH only sends emails to its existing customers, as it is allowed to do, according to the explanation of the contract provided to me by counsel" is expressly lacks personal knowledge and is a legal conclusion.

The assertion, since March 2020, Honey Baked USA has suppressed

OBJS TO DECL. OF JONATHAN HOCHMAN                                               -1-

any emails to customers with 'bill to' or 'ship to' mailing addresses in California" lacks foundation and lacks personal knowledge.

The assertsion "Because the assumption is counterfactual, any conclusion derived from it is irrelevant" lacks foundation and is a legal conclusion.

Paragraph 36:   The assertion "If Honey Baked USA is able to implement this approach, there would be no reason to continue suppressing promotional emails to any existing customers with California addresses" is speculation and a legal conclusion.

Paragraph 44:   The statement "There is no information presented by Kent to show that any visitors are being sent [by the state selector] to the wrong site" is irrelevant because plaintiff makes no such claim.

Paragraph 48:   The entirety of this paragraph lacks foundation and is speculative.

Dated: July 27, 2020        PETERSON MARTIN & REYNOLDS LLP

By:   /s/ P. Kurt Peterson
P. Kurt Peterson
Attorneys for Plaintiff, Honey Baked Ham Inc.

OBJS TO DECL. OF JONATHAN HOCHMAN                                       -2-