P. Kurt Peterson (State Bar No. 067123)
K. Nina Reynolds (State Bar No. 206802)
PETERSON MARTIN & REYNOLDS, LLP
299 Third Street, Suite 200
Oakland, California 94607
(415) 399-2900
(415) 399-2930 facsimile
kpeterson@pmrlegal.com

Attorneys for Plaintiff,
Honey Baked Ham Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Honey Baked Ham, Inc., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Honey Baked Ham Company LLC, a Delaware limited liability company, HBH Licensing, LLC, a Georgia limited liability company,<br><br>　　　　　Defendants.<br><br>And related counterclaim. | Case No. :19-cv-01528-JVS (DFMx)<br><br>OBJECTIONS TO DECLARATION OF JO ANN HEROLD<br><br>Judge:　　　Hon. James V. Selna<br>Courtroom: 10C<br>　　　　　　411 West 4th Street<br>　　　　　　Santa Ana, CA 92701<br>Date:　　　August 10, 2020<br>Time:　　　1:30 p.m.<br><br>Complaint filed: August 7, 2019 |

Plaintiff objects to the Declaration of Jo Ann Herold, Docket No. 117, as follows:

Paragraph 6:　The assertion "As described by Mr. Hochman this greatly improves the user experience …" at page ID #2258:9-10 is expressly not based on personal knowledge.

The assertion "In fact, if we didn't use cookies, or an equivalent technology, I am informed that the user would be presented the state

OBJS TO DECL. OF JO ANN HEROLD　　　　　　　　　　　　　　　　　　　　　　-1-

selector each time they loaded a new page, which would render our website unusable" at page ID #2258:13-15 is expressly not based on personal knowledge.

Paragraph 9: Is opinion and lacks foundation in its entirety.

Paragraph 10: Lacks foundation in its entirety and speculates that increased web traffic has resulted from changes to the National Website (as opposed to, for example, the Covid-19 pandemic).

Paragraph 11: Expressly speculates that "referrals increased substantially," lacks foundation and speculates as to the reason for increased web traffic or referrals,

Paragraph 13: Asserts legal opinion and lacks foundation.

Paragraph 14: The assertion "Honey Baked USA has the right to market and sell to its pre-existing customers no matter where they live" is legal opinion and lacks foundation.

Paragraph 16: The assertion regarding Honey Baked USA's "exercise of its collateral rights" is legal opinion and lacks foundation.

Paragraph 19: The assertion regarding "many longstanding Honey Baked USA customers to whom Honey Baked USA has collateral rights to make sales" is legal opinion and lacks foundation.

Paragraph 20:   The assertion regarding "temporarily foregoing our contractual rights" is legal opinion and lacks foundation.

Paragraph 26:   The assertion tat "these PDF files does not impari any of Honey Baked California's contractual rights to engage in mail order gtransactions in California that are the subject of this lawsuit" is legal opinion and lacks foundation.

Paragraph 29:   The assertions that "The injunction that the Plaintiff is asking for would severely undermine the National Website's functionality…" and would "cripple the functionality of the website, drive customersa away form the Brand and hurt foot traffic and retail commerce" are opinion, speculation, and lack foundation.

Dated: July 27, 2020        PETERSON MARTIN & REYNOLDS LLP

By:   /s/ P. Kurt Peterson
P. Kurt Peterson
Attorneys for Plaintiff, Honey Baked Ham Inc.

OBJS TO DECL. OF JO ANN HEROLD                                    -3-