P. Kurt Peterson (State Bar No. 067123)
K. Nina Reynolds (State Bar No. 206802)
PETERSON MARTIN & REYNOLDS, LLP
299 Third Street, Suite 200
Oakland, California 94607
(415) 399-2900
(415) 399-2930 facsimile
kpeterson@pmrlegal.com

Attorneys for Plaintiff,
Honey Baked Ham Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Honey Baked Ham, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Honey Baked Ham Company LLC, a Delaware limited liability company, HBH Licensing, LLC, a Georgia limited liability company,<br><br>Defendants.<br><br>And related counterclaim. | Case No. :19-cv-01528-JVS (DFMx)<br><br>OBJECTIONS TO DECLARATION OF BILL BOLTON<br><br>Judge:       Hon. James V. Selna<br>Courtroom: 10C<br>                    411 West 4th Street<br>                    Santa Ana, CA 92701<br>Date:        August 10, 2020<br>Time:       1:30 p.m.<br><br>Complaint filed: August 7, 2019 |

Plaintiff objects to the Declaration of Bill Bolton, Docket No. 118, as follows:

Paragraph 10:   The assertion that there are "preexisting customers to whom Honey Baked USA has collateral rights to sell" is a legal conclusion and lacks foundation.

The assertion that exceptions to the state selector "are allowed by the License Agreement" is a legal conclusion, lacks foundation, and is irrelevant because the issue on this motion is compliance with the

OBJS TO DECL. OF BILL BOLTON                                                                                        -1-

Court's Order re Preliminary Injunction entered October 1, 2019, Docket #53.

The assertion that "[t]he state selector mechanism we deployed with our modernized and optimized National Website accomplishes this purpose" is opinion.

Paragraph 11: The assertion of "the fact that the state selector works as Mr Hochman said it would" is opinion and lacks foundation.

Paragraph 13: The statement "Honay Baked USA disagrees that this offer, which is targeted to customers outside California, evades any legitimate right of Honey Baked California" is a legal conclusion and lacks foundation.

Paragraph 15: The assertion that there are "customers to whom Honey Baked USA may sell under its collateral rights" is a legal conclusion and lacks foundation.

Dated: July 27, 2020         PETERSON MARTIN & REYNOLDS LLP

                             By:    /s/ P. Kurt Peterson
                                    P. Kurt Peterson
                             Attorneys for Plaintiff, Honey Baked Ham Inc.