P. Kurt Peterson (State Bar No. 067123)
K. Nina Reynolds (State Bar No. 206802)
PETERSON MARTIN & REYNOLDS, LLP
299 Third Street, Suite 200
Oakland, California 94607
(415) 399-2900
(415) 399-2930 facsimile
kpeterson@pmrlegal.com

Attorneys for Plaintiff,
HONEY BAKED HAM INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| HONEY BAKED HAM INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Honey Baked Ham Company LLC, a Delaware limited liability company, HBH Licensing, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. :19-cv-01528-JVS (DFMx)<br><br>JOINT REPORT RE PRIVATE MEDIATON<br><br>Judge: Hon. James V. Selna<br>Courtroom: 10C<br>411 West 4th Street<br>Santa Ana, CA 92701<br>Date: N/A<br>Time: N/A<br><br>Complaint filed: August 7, 2019 |

Plaintiff and defendants hereby submit their Joint Report Re Private Mediation. The parties attended an all-day virtual mediation conference conducted by the Hon. James L. Warren (Ret.) of J.A.M.S. on September 21, 2020, during which the parties engaged in extensive settlement discussions. While the matter was not resolved, the parties did agree to participate in further discussions and an exchange of information, and will reconvene with Judge Warren as appropriate.

Dated: September 25, 2020     PETERSON MARTIN & REYNOLDS LLP


By: /s/ P. Kurt Peterson
P. Kurt Peterson
Attorneys for Plaintiff, Honey Baked Ham Inc.

-1-

| | | |
|---|---|---|
| 1 | Dated: September 25, 2020 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | | |
| 3 | | By: /s/ John David Mayberry |
| 4 | | John David Mayberry *(Pro Hac Vice)* |
| 5 | | Attorneys for Defendants, Honey Baked Ham LLC and HBH Licensing, LLC |

**SIGNATURE CERTIFICATION**

Pursuant to 5-4.3.4(a)(2)(i) of the Local Rules - Central District of California, I, P. Kurt Peterson, certify that the content of this document is acceptable to John David Mayberry, counsel for Defendants.