1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **HONEY BAKED HAM INC.**, | CASE NO.: 8:19-cv-01528-JVS (DFMx) |
| Plaintiff & Counterclaim-Defendant, | **ORDER APPROVING STIPULATION ON EXTENDING DISCOVERY SCHEDULE** |
| v. | Judge: Hon. James v. Selna<br>Courtroom: 10C |
| **HONEY BAKED HAM COMPANY LLC**, et al., | |
| Defendants & Counterclaim-Plaintiffs. | Second Amended Complaint filed:<br>September 18, 2020 |

The Court having reviewed and approved the parties' stipulation regarding the discovery schedule approves the parties' request for extension of deadlines. It is hereby ORDERED that the following dates be adopted.

    Close of fact discovery:    May 21, 2021
    Opening expert disclosures:    May 28, 2021
    Rebuttal expert disclosures:    July 2, 2021
    Close of expert discovery:    August 9, 2021
    Last day to file motions (except motions in limine): August 23, 2021
    Last day for hearing motions: September 20, 2021
    Deadline for serving motions in limine: September 20, 2021

Any deadlines not listed will remain unchanged from those set forth in the Court's July 16, 2020 Order re: Scheduling Dates (Doc. 114).

**IT IS SO ORDERED** this 9th day of February, 2021.

                        Hon. James V. Selna
                        United States District Judge