Jonathan Solish (CA Bar No. 67609)
Jonathan.solish@bclplaw.com
Glenn J. Plattner (CA Bar No. 137454)
Glenn.plattner@bclplaw.com
Alfred Shaumyan (CA Bar No. 266908)
Alfred.shaumyan@bclplaw.com
David J. Root (CA Bar No. 307251)
David.root@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:   (310) 576-2100
Facsimile:    (310) 576-2200

Attorneys for Plaintiff and Counterclaim Defendant
HONEY BAKED HAM INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| **HONEY BAKED HAM INC.,**<br><br>        Plaintiff/Counterclaim Defendant,<br><br>   v.<br><br>**HONEY BAKED HAM COMPANY LLC, et al.**,<br><br>        Defendants/Counterclaim Plaintiffs. | Case No.:8:19-cv-01528-JVS (DFMx)<br><br>Judge: Hon. James V. Selna<br><br>**DECLARATION OF JONATHAN SOLISH IN SUPPORT OF PLAINTIFF AND COUNTERCLAIM DEFENDANT HONEY BAKED HAM INC.'S MOTION FOR SUMMARY JUDGMENT ON SECOND AMENDED COUNTERCLAIM AND PARTIAL SUMMARY JUDGMENT ON PORTIONS OF COUNTS 1 THROUGH 3 OF SECOND AMENDED COMPLAINT**<br><br>[Filed with Notice of Motion and Motion; Separate Statement; Appendix of Exhibits; Declarations of Jonathan Solish, Richard Gore, and Nancy Wang; [Proposed] Order and Judgment]<br><br>Date:         October 4, 2021<br>Time:        1:30 p.m.<br>Courtroom:  10C |

# DECLARATION OF JONATHAN SOLISH

I, Jonathan Solish, declare as follows:

1. I am a partner with Bryan Cave Leighton Paisner LLP, attorneys of record for the Plaintiff and Counterclaim Defendant Honey Baked Ham Inc. ("Honey Baked California) in this action. I am duly licensed to practice law before all the courts in the State of California. I submit this declaration in support of Honey Baked California's Motion for Summary Judgment on the Second Amended Counterclaim and Partial Summary Judgment on Portions of Counts 1 Through 3 of the Second Amended Complaint. I have personal knowledge of the matters set forth in this declaration. If called as a witness and duly sworn, I could and would testify competently to such matters.

2. Attached to the Appendix of Exhibits as **Exhibit 16** is a true and correct copy of Defendants' Answer to Plaintiff's First Amended Complaint for Injunctive Relief, and Counterclaim, filed June 22, 2020, Dkt. 99.

3. Attached to the Appendix of Exhibits as **Exhibit 17** is a true and correct copy of Defendants' Answer to Plaintiff's Second Amended Complaint, and Second Amended Counterclaims, dated October 22, 2020, Dkt. 144.

4. Attached to the Appendix of Exhibits as **Exhibit 18** is a true and correct copy of Honey Baked Ham Company LLC's Responses to Honey Baked Ham Inc.'s Second Set of Requests for Admission (14-30) dated June 22, 2021.

5. Attached to the Appendix of Exhibits as **Exhibit 19** are true and correct excerpts from a certified copy of the deposition of Linda van Rees dated June 28, 2021.

6. Attached to the Appendix of Exhibits as **Exhibit 20** is a true and correct copy of Plaintiff's Notices of Deposition to Defendant HBH Licensing, LLC and Honey Baked Ham Company LLC, along with correspondence from counsel with designations.

7. Attached to the Appendix of Exhibits as **Exhibit 21** is a true and correct copy of an e-mail from Linda van Rees to Dave Keil, Exhibit 122 to the deposition of

1 Linda van Rees dated June 4, 2015.

2     8. Attached to the Appendix of Exhibits as **Exhibit 22** are true and correct
3 excerpts from a certified copy of the deposition of Linda van Rees dated June 29, 2021.

4     9. Attached to the Appendix of Exhibits as **Exhibit 23** is a true and correct
5 copy of excerpts from a certified copy of the deposition of John David Jones dated July
6 1, 2021.

7     10. Attached to the Appendix of Exhibits as **Exhibit 24** is a true and correct
8 copy of Defendants' Rule 26(a)(2) Disclosure of Robert A. Taylor, attaching the expert
9 report of Robert A. Taylor.

10     11. Attached to the Appendix of Exhibits as **Exhibit 25** is a true and correct
11 copy of Defendants' Initial Disclosures dated August 7, 2020.

12     12. Attached to the Appendix of Exhibits as **Exhibit 26** is a true and correct
13 copy of excerpts from a certified copy of the deposition of Jo Ann Herold dated July 2,
14 2021.

15     13. Attached to the Appendix of Exhibits as **Exhibit 27** is a true and correct
16 copy of relevant portions of the Proprietary Marks Standards Manual, Exhibit 202 to
17 the deposition of Jo Ann Herold dated July 2, 2021.

18     14. Attached to the Appendix of Exhibits as **Exhibit 28** is a true and correct
19 copy of excerpts from a certified copy of the deposition of Bill Bolton dated July 1,
20 2021.

21     15. Attached to the Appendix of Exhibits as **Exhibit 29** is a true and correct
22 copy of excerpts from a certified copy of the deposition of Carolyn Kinzler dated July
23 1, 2021.

24     16. Attached to the Appendix of Exhibits as **Exhibit 30** is a true and correct
25 copy of an e-mail from Carolyn Kinzler to Ann Marie Jernigan, Exhibit 192 to the
26 deposition of Carolyn Kinzler dated July 1, 2021.

27     17. Attached to the Appendix of Exhibits as **Exhibit 31** is a true and correct
28 copy of excerpts from a certified copy of the deposition of Dan McAleenan dated June

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401

30, 2021.

18. Attached to the Appendix of Exhibits as **Exhibit 32** is a true and correct copy of an e-mail from Craig Kurz regarding California Mystery Shop Summary, Exhibit 152 to the deposition of Dan McAleenan dated June 30, 2021, bates stamped HBHUSA0011974 - HBHUSA0012007.

19. Attached to the Appendix of Exhibits as **Exhibit 33** is a true and correct copy of an e-mail from Mandy Muller to Dave Keil regarding California Pictures, Exhibit 154 to the deposition of Dan McAleenan dated June 30, 2021.

20. Attached to the Appendix of Exhibits as **Exhibit 34** is a true and correct copy of an e-mail from Donna Wilson to Linda van Rees regarding CA-License Update with attached Product Evaluations, Exhibit 158 to the deposition of Dan McAleenan dated June 30, 2021.

21. On or about November 1, 2019, I received a letter from David Gurnick. Attached to the Appendix of Exhibits as **Exhibit 35** is a true and correct copy of the November 1, 2019 letter from David Gurnick regarding Notice of Breaches of License Agreement, bates stamped HBHCA0069296 - HBHCA0069344.

22. Attached to the Appendix of Exhibits as **Exhibit 36** is a true and correct copy of an e-mail dated September 17, 2015 from Dave Keil to Maggie DeCan regarding his visit to the Honey Baked California stores in September 2015, produced by Defendants and bates stamped HBUSA0019135.

23. Attached to the Appendix of Exhibits as **Exhibit 37** is a true and correct copy of an e-mail from Greg Hundt to Linda van Rees dated April 14, 2020, produced by Defendants and bates stamped HBHUSA00007191- HBHUSA00007193.

24. Attached to the Appendix of Exhibits as **Exhibit 38** is a true and correct copy of Defendants' Supplemental Disclosure dated June 27, 2021.

25. Attached to the Appendix of Exhibits as **Exhibit 39** is a true and correct copy of an e-mail from Dave Keil to Linda van Rees regarding California gameplan, Exhibit 125 to the deposition of Linda van Rees dated June 28, 2021, produced by

1  Defendants and bates stamped HBHUSA0074865 - HBHUSA0074865.

2      26.    Attached to the Appendix of Exhibits as **Exhibit 40** is a true and correct
3  copy of a letter from Linda Heasley to Richard Gore dated May 30, 2017, produced by
4  Defendants and bates stamped HBHUSA0008655 - HBHUSA0008657.

5      27.    Attached to the Appendix of Exhibits as **Exhibit 41** is a true and correct
6  copy of a letter from Mark Reeves regarding Honey Baked Ham – Updated Internet
7  Guidelines & Domain Transfer, dated January 24, 2020, produced by Defendants and
8  bates stamped HBHUSA0088469 - HBHUSA0088470.

9      28.    Attached to the Appendix of Exhibits as **Exhibit 42** is a true and correct
10 copy of the Declaration of Linda van Rees in support of Motion to Compel Production
11 of Documents, Dkt. 152-9.

12     29.    Attached to the Appendix of Exhibits as **Exhibit 43** is a true and correct
13 copy of messages between Carolyn Kinzler to Ann Marie Jernigan, produced by
14 Defendants and bates stamped HBHUSA0093032.

15     30.    Attached to the Appendix of Exhibits as **Exhibit 44** is a true and correct
16 copy of an e-mail from Dave Keil with Management Presentation for Richard Gore
17 (relevant portions of presentation), produced by Defendants and bates stamped
18 HBHUSA0018389.

19     I declare under penalty of perjury, under the laws of the State of California and
20 the United States of America that the foregoing is true and correct.

21     Executed this 30th day of August 2021, at Santa Monica, California.

                                            Jonathan Solish