Jonathan Solish (CA Bar No. 67609)
jonathan.solish@bclplaw.com
Glenn J. Plattner (CA Bar No. 137454)
Glenn.plattner@bclplaw.com
Alfred Shaumyan (CA Bar No. 266908)
Alfred.shaumyan@bclplaw.com
David J. Root (CA Bar No. 307251)
David.root@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Attorneys for Plaintiff and Counterclaim Defendant
HONEY BAKED HAM INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HONEY BAKED HAM INC.,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>HONEY BAKED HAM COMPANY LLC, et al.,<br><br>Defendants/Counterclaim Plaintiffs. | Case No.:8:19-cv-01528-JVS (DFMx)<br><br>Judge: Hon. James V. Selna<br><br>**DECLARATION OF RICHARD GORE IN SUPPORT OF PLAINTIFF AND COUNTERCLAIM DEFENDANT HONEY BAKED HAM INC.'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT**<br><br>[Filed with Notice of Motion and Motion; Separate Statement; Appendix of Exhibits; Declarations of Jonathan Solish, and Nancy Wang; [Proposed] Order and Judgment]<br><br>Date: October 4, 2021<br>Time: 1:30 p.m.<br>Courtroom: 10C |

USA.604098196.5/YGH

DECLARATION OF RICHARD GORE

# **DECLARATION OF RICHARD GORE**

I, Richard Gore, declare as follows:

1. I am the Vice President of Plaintiff Honey Baked Ham Inc. ("Honey Baked California"), the master franchisee and online retailer of the Honey Baked Ham brand for the State of California. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify to them. I am submitting this declaration in support of Honey Baked California's Motion for Summary Judgment or Partial Summary Judgment.

2. I first started with Honey Baked California in 1978. I rose through the ranks of the business and have had leadership positions with Honey Baked California for decades. I have been the Vice President since 1998. As Vice President, I oversee all of Honey Baked California's operations.

3. In my role as Vice President, I regularly access, review, and rely on Honey Baked California's business records so I have personal knowledge regarding how the business records are created and maintained. By the nature of my role, I also know Honey Baked California's policies and procedures for the storage and maintenance of its business records. Unless stated otherwise, the documents referenced in this declaration and attached to the Appendix of Exhibits were: (a) made at or near the time of the occurrence of the matters set forth therein by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) are kept in the ordinary course of Honey Baked California's regularly conducted business activities; and (c) it is the regular practice of Honey Baked California to make such records.

**A.   Background**

4. Honey Baked California is a family owned business. Craig Martin, and his son Thad Martin own Honey Baked California. Craig's father, Richard Martin, started the company in 1968. Since 1973, the Martins have been the sole owners of the company.

5. For over fifty years, Honey Baked California has served as a franchisee of the Honey Baked Ham system. Honey Baked California has been granted a series of exclusive agreements to operate stores under the Honey Baked Ham brand in California, including to offer, sell, and fulfill mail-order—including online—transactions for the delivery of products bearing the Honey Baked Ham brand in California. Based upon its exclusive agreements, Honey Baked California has invested in developing brand awareness and sales within its California territory, with great success. Currently, Honey Baked California has 23 corporate stores, and 13 stores belonging to its sub-franchisees—for a total of 36 stores in California. Other than stores owned or franchised by Honey Baked California, there are no other Honey Baked Ham stores in California.

**B.     The 2015 License Agreement**

6. Honey Baked California entered into a renewed license agreement, effective April 23, 2015, that does not expire until June 30, 2036 (the "License Agreement"). I was intimately involved in the negotiation and execution of the License Agreement. A true and correct copy of the License Agreement is attached to the Appendix of Exhibits as Exhibit 1.

7. HBH Limited Partnership (the "Licensor") is the Licensor under the License Agreement. Attached to the Appendix of Exhibits as Exhibit 2 is a true and correct copy of an email from me to Craig and Thad Martin forwarding the initial term sheet that was provided to me by the Licensor's counsel, Vaughan Curtis.

8. On August 14, 2014, I received an email from the Licensor's counsel, Alexander Tuneski. Mr. Tuneski wrote, among other things, "[w]e have attached a revised version of the California license agreement based on our discussion last week." Mr. Tuneski also attached, among other things, a redline of the proposed changes to the agreement. Attached to the Appendix of Exhibits as Exhibit 3 is a true and correct copy of Mr. Tuneski's August 14, 2014 email to me, as well as any attachments thereto.

9. When Honey Baked California entered the License Agreement, there were

USA.604098196.5/YGH

2

DECLARATION OF RICHARD GORE

other regional licensees in the Honey Baked system. The three other regional licensees in the United States were all members of the same extended family. Shortly after Honey Baked California entered into the Licensing Agreement, the other regional licensees across the United States were consolidated into one company, except for Honey Baked California.

10. After Honey Baked California filed this lawsuit, Defendants began asserting that Honey Baked California had underpaid royalties, including by insinuating that Honey Baked California had engaged in a scheme to defraud. Defendants initiated an audit of Honey Baked California's books and records to discover the purported underpayment of royalties on June 10, 2020. As a result of the audit, Honey Baked California provided its financial records to Defendants' auditor, BDO.

C. **Honey Baked California's *shophoneybaked.com* Domain**

11. Honey Baked California registered the *shophoneybaked.com* domain in 2004 and has used the *shophoneybaked.com* domain in commerce since at least 2007. A true and correct copy of a May 10, 2004 email from Thad Martin to, among others, myself concerning the registration of the *shophoneybaked.com* domain is attached to the Appendix of Exhibits as Exhibit 4.

12. As indicated in Thad Martin's email, we subsequently started using the shophoneybaked.com domain name on catalogs and other marketing material. For example, attached to the Appendix of Exhibits as Exhibit 5 is a true and correct copy of a page from a brochure we used in 2008.

13. I served on the board of HBH Limited Partnership from about 2003 to 2012. Being on the board allowed me to grow with the brand on a national level. I was the chair of the National Internet Committee for some time and helped develop the structure of the online retail sales currently in place.

14. When I was the chair for the newly formed internet committee, the Licensor developed the Internet Guidelines to set up an organized system that directed each customer to the appropriate geographical retailer online. Under this system, the

Licensor was required to operate a National Website—*www.honeybaked.com*. Each regional retailer was then allowed to operate a local website to solicit and take online orders.

15. On March 19, 2010, I attended a Board of Directors Meeting of the Licensor. A true and correct copy of the minutes of the March 19, 2010 Board of Directors Meeting is attached to the Appendix of Exhibits as Exhibit 6.

16. David Mayberry, who was the Secretary for these meetings and is currently counsel for the defendants in this action, also attended the March 19, 2010 Board of Directors Meeting.

17. On or about May 10, 2010, Mr. Mayberry subsequently wrote an email discussing the Licensor's options in dealing with the contested ownership of Honey Baked domain names by Honey Baked licensees. Mr. Mayberry sent a copy of this email to, among others, me. A true and correct copy of Mr. Mayberry's May 10, 2010 email is attached to the Appendix of Exhibits as Exhibit 7.

18. In this same email, Mr. Mayberry suggested that one option would be to send out a "non-waiver letter . . . reserving all rights until the other issues are sorted out." At the time, Linda van Rees, an executive of licensee Honey Baked Ham of Georgia, was refusing the Licensor's request to turn over the Honeybaked domain names used by her family's licensee entity.

19. Although the board members, including myself, had various discussions at that time about the transfer of licensees' domain names, the Licensor never sent a letter to the Honey Baked Ham licensees stating that it was not waiving its rights to ownership of the contested Honey Baked domain names.

20. On May 24, 2010, the Licensor provided written approval for Honey Baked California to use the domain names *shophoneybaked.com* and *hbhca.com*. The Licensor addressed a copy of this letter to, among others, myself. A true and correct copy of the Licensor's May 24, 2010 letter, is attached to the Appendix of Exhibits as Exhibit 8.

21. The Licensor's May 24, 2010 letter, however, demanded that Honey Baked California "promptly take steps to transfer the registration [of the domain names] to the Partnership, and in any event, by April 30, 2010 [sic]."

22. On or about July 12, 2018, I directed an employee of Honey Baked California, Sean Heslin, to contact his counterparts at Honey Baked USA, Scott Koons and Bill Bolton, and request that Honey Baked USA switch domains from *ca.honeybaked.com* to *shophoneybaked.com* for Honey Baked California's store locator page on the National Website. I was copied on this email. The next day, Honey Baked USA responded (copying me) and consented to this request. A true and correct copy of Mr. Heslin's July 12, 2018 email and Honey Baked USA's response is attached to the Appendix of Exhibits as Exhibit 9.

23. In or about November 1, 2019, Honey Baked Licensing, through its counsel, David Gurnick, sent a letter to Honey Baked California's counsel about alleged "noncompliance . . . with the terms of the written License Agreement between the parties." I received and reviewed a copy of this letter.

24. In this letter, Honey Baked Licensing, claimed that California had to transfer ownership of the domain name *shophoneybaked.com*. The renewed demand required a transfer of ownership by March 1, 2020. When Honey Baked California did not comply with this demand, Honey Baked USA ultimately issued a "Guideline" that required Honey Baked California to transfer ownership of the domain name to Honey Baked USA. The Internet Guidelines promulgated by Honey Baked USA applied only to itself and Honey Baked California.

25. Honey Baked USA has been transferring California customers to the *shophoneybaked.com* site since this Court's first ruling on the state selector for the national Honey Baked website. Forcing Honey Baked California to give up a domain name it has owned since 2004, and before the end of its franchise term, would not in any way benefit the orderly administration of the Honey Baked system.

26. Moreover, from July 2018 to the present, Honey Baked California has

USA.604098196.5/YGH 5
DECLARATION OF RICHARD GORE

received approximately 50% of its internet referrals from the National Website. The remaining 50% of Honey Baked California's customers directly access *shophoneybaked.com*, as well as by other means.

### D. Until June of 2020, Honey Baked USA Never Objected To Honey Baked California's Use Of Trademarks

27. Honey Baked California markets and sells to California customers, either in store or online, Honey Baked Ham products. Many of the Honey Baked Ham products prominently display the Honey Baked brand—as typically required by standards and guidelines issued by Honey Baked USA or Honey Baked Licensing.

28. I understand that Defendants are asserting that Honey Baked California does not have the right to use the Honey Baked trademarks on any products that are not listed on Exhibit B of the License Agreement, such as side dishes, condiments, desserts, and soup mixes. Honey Baked California has sold the subject products in its stores and online with the Honey Baked name on them since at least the early 2000s. No one ever objected. Defendants did not object to Honey Baked California using the trademarks on these products after we entered into the 2015 License Agreement. The Licensor also never objected to Honey Baked California using the trademarks on these products.

29. The use of the trademarks on the subject items was not a secret. In June of 2015, I traveled to the Atlanta area to meet with executives of Defendants. I had dinner with the then CEO, Davie Keil, and Linda van Rees on June 30, 2015. The next day, July 1, 2015, I attended another meeting with Mr. Keil and other employees of Defendants. At the July 1 meeting, we discussed various issues, including the products that both Honey Baked California and Defendants sold in their stores and online. I recall discussing that Honey Baked California was selling its side dishes with the Honey Baked name on them.

30. After this meeting, I sent Ms. van Rees an email thanking her for making my visit such a positive experience. Attached to the Appendix of Exhibits as Exhibit

10 is a true and correct copy of that email and others in that chain. The last email in the chain is an email I sent to Ms. van Rees on July 1, 2004. In that email I was sharing our ideas for labeling side dishes, among other products, including having the Honey Baked name on them. I recently found the artwork that was attached to my July 1, 2004 email. A true and correct copy of the artwork attached to my July 1, 2004 email is attached to the Appendix of Exhibits as Exhibit 11. The first page of Exhibit 11 is the artwork for the side dishes, which is almost identical to the artwork we were using until Defendants objected.

31. The first time that Honey Baked California was informed that it allegedly violated Defendants' trademarks was when they filed their original counterclaim in June of 2020. Honey Baked California subsequently removed the trademarks from the subject items. If Defendants had objected to the use of the trademarks on these products earlier, Honey Baked California would have removed the trademarks earlier.

32. Honey Baked California has been negatively impacted by Defendants delay in raising its objection to Honey Baked California's alleged unauthorized use of Honey Baked trademarks. Honey Baked California had always heavily marketed its side dishes. Honey Baked California spent a significant amount of time and money developing these products. For example, I have spent decades and countless hours continuously developing and testing the recipes for the side dishes.

33. Honey Baked California has also been harmed because it has lost documents and other information from over the years that would have further demonstrated the approval to use the trademarks on the subject products. For example, I routinely shared my ideas about side dishes and how to label and market them with the other licensees, including when I was on the board of the Licensor. I also informed other board members about Honey Baked California's sale of side dishes and other products with the trademarks. I do not recall any board members raising an objection to the use of trademarks on the subject products. Unfortunately, given the passage of time, Honey Baked California no longer has these records, which would

corroborate that the Licensor and other Honey Baked Ham entities were fully aware of the use of trademarks on the subject items, provided written approval for the use, and never objected.

**E.     Easter of 2020**

34.     The market for online sales of Honey Baked Ham goods is highly cyclical—the peak season runs from November through Easter, as customers primarily order these products as traditional family meals during the holidays.  In order to supply Honey Baked products to consumers during high-demand seasons, Honey Baked California is required to make long-range purchases of hams and other products.  This forecasting requires Honey Baked California to predict future sales volume and pricing, which in turn is based on more than fifty years of experience in the California market.

35.     There are inevitable challenges because customers typically place their orders within the two weeks or so before any given holiday, but many of the flagship products offered by Honey Baked Ham take up to nine months to be completed and include many steps.  Honey Baked California also has to fulfill obligations with its suppliers months in advance to ensure that a sufficient supply of products and other materials are available during the holidays.  As a consequence, planning for a peak season like Easter requires precision.

36.     In Easter of 2020, Honey Baked California was faced with various challenges as a result of the global COVID-19 pandemic.  Some of the challenges included a dramatic six-fold increase in customer orders compared to Easter of 2019. The significant increase in consumer demand crashed Honey Baked California's website and phone lines—which ultimately resulted in Honey Baked California being delayed in responding to customers and any complaints that they had.

37.     Moreover, Honey Baked California made a media buy shortly before Easter of 2020, anticipating that it would receive increased consumer demand due to stay-at-home orders that were implemented at the start of the COVID-19 pandemic. However, when Honey Baked California determined that it would not have a sufficient

supply of products to fulfill increased consumer demand, I instructed our marketing agency, Global Media Group, to cancel all paid advertisements on television and printed media.

38.     The COVID-19 pandemic compounded other issues faced by Honey Baked California.  For example, Honey Baked California's preferred supplier of side dish containers is located in China and was unable to provide any containers at that time because of the impact of COVID-19.  This resulted in Honey Baked California needing to use side dish containers that were acquired from a different supplier; unfortunately, this supplier's products caused problems with some customers' orders, including resulting in some products not being properly sealed.  After Easter of 2020, Honey Baked California has been able to resume obtaining side dish containers from its preferred vendor in China.

39.     The COVID-19 pandemic significantly impacted other companies that Honey Baked California relies on in order to service its customers.  For instance, a major supplier of Honey Baked California's hams closed shortly before Easter due to a COVID-19 outbreak, which delayed Honey Baked California in obtaining a sufficient supply of products for its customers.

40.     The COVID-19 pandemic impacted local delivery services that Honey Baked California contracted with to pick up and deliver products to Honey Baked California's customers on schedule.  Delays in deliveries resulted in some consumers needing to discard their orders (which were ultimately either refunded and/or entirely replaced).  The various challenges detailed above resulted in some customers posting negative complaints about Honey Baked California on social media platforms.

41.     In light of the foregoing, Honey Baked California took corrective measures after Easter of 2020 to address any negative impacts on consumers that purchased products from Honey Baked California.  Honey Baked California issued $502,000 in refunds.  Honey Baked California also issued complimentary gift cards.

42.     Before the COVID-19 pandemic, Honey Baked California was

consistently recognized for the quality control scores it received on food inspections conducted on behalf of Honey Baked USA. Indeed, on October 9, 2018, the then-CEO of Honey Baked USA, Linda van Rees, praised Honey Baked California: "California has the highest (quality control) scores in the HBH retail system! . . . The effort you put into the overall program is just terrific. You should be very proud of those results." A true and correct copy of Linda van Rees' October 9, 2018 email to me is attached to the Appendix of Exhibit as Exhibit 12.

43. After Steritech inspects a Honey Baked California store, I receive an email with the results of the inspection. Full reports about the inspections are also available on the Steritech website. Steritech recently inspected Honey Baked California stores in Pleasanton (on July 16, 2021), Orange (on July 22, 2021), Riverside (on July 23, 2021), Ventura (on July 26, 2021), Tustin (on July 27, 2021), and Culver City (on August 4, 2021). Honey Baked California received "food safety assessment" scores of 99.3, 99.3, 98.1, 98.7, 99.3, and 100, respectively. A true and correct copy of these Steritech's reports are attached to the Appendix of Exhibit as Exhibit 13.

**F. Honey Baked California Never Received a Proper Notice of Termination**

44. Although they claim to have immediately terminated Honey Baked California, Defendants have continued to accept royalty payments.

45. As Vice President of Honey Baked California, I frequently review Honey Baked California's expenditures, including any expenditures for remodeling and other costs. Since Easter of 2020, Honey Baked California has spent approximately $110,000 completely remodeling two stores and a third store that is in progress. Defendants have continuously updated its standards and guidelines for remodeling stores, and those standards have been followed in the remodels. Had Honey Baked California received a notice of immediate termination of its franchise, these investments would not have been made.

46. Honey Baked California has also committed to purchase over $5,316,000 in branded hams and $740,000 in other branded products in anticipation of upcoming

holidays that it would not have the right to sell or use if its franchise were to be terminated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 30, 2021 at Irvine, California.

_____
Richard Gore