1  Jonathan Solish (CA Bar No. 67609)
   jonathan.solish@bclplaw.com
2  Glenn J. Plattner (CA Bar No. 137454)
   Glenn.plattner@bclplaw.com
3  Alfred Shaumyan (CA Bar No.  266908)
   alfred.shaumyan@bryancave.com
4  David J. Root (CA Bar No. 307251))
   david.root@bclplaw.com
5  **BRYAN CAVE LEIGHTON PAISNER LLP**
   120 Broadway, Suite 300
6  Santa Monica, California  90401-2386
   Telephone:    (310) 576-2100
7  Facsimile:    (310) 576-2200

8  Attorneys for Plaintiff and Counterclaim Defendant
   HONEY BAKED HAM INC.

9

10

11                   **UNITED STATES DISTRICT COURT**

12                 **CENTRAL DISTRICT OF CALIFORNIA**

13                        **SOUTHERN DIVISION**

14

15  **HONEY BAKED HAM INC.,**                    Case No.:8:19-cv-01528-JVS (DFMx)

16           Plaintiff/Counterclaim               Judge: Hon. James V. Selna
             Defendant,
17                                                 **DECLARATION OF NANCY**
18       v.                                        **WANG IN SUPPORT OF**
                                                   **PLAINTIFF AND**
19  **HONEY BAKED HAM COMPANY**                    **COUNTERCLAIM DEFENDANT**
    **LLC, et al.,**                              **HONEY BAKED HAM INC.'S**
                                                   **MOTION FOR SUMMARY**
20                                                 **JUDGMENT AND PARTIAL**
             Defendants/Counterclaim               **SUMMARY JUDGMENT**
21           Plaintiffs.
                                                   [Filed with Notice of Motion and
22                                                 Motion; Separate Statement; Appendix
                                                   of Exhibits; Declarations of Jonathan
23                                                 Solish, Richard Gore, and Nancy Wang;
                                                   [Proposed] Order and Judgment]
24
                                                   Date:        October 4, 2021
25                                                 Time:        1:30 p.m.
                                                   Courtroom:  10C
26

27

28

*(left margin, vertical text)* Bryan Cave Leighton Paisner LLP / 120 Broadway, Suite 300 / Santa Monica, California  90401-2386

Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, California  90401-2386

## DECLARATION OF NANCY WANG

I, Nancy Wang, declare as follows:

1. I am the controller of Plaintiff Honey Baked Ham Inc. ("Honey Baked California").  I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify to them.  I am submitting this declaration in support of Honey Baked California's Motion for Summary Judgment or Partial Summary Judgment.

2. I have been the controller at Honey Baked California since 2006.  As the Controller, my job responsibilities include taking care of accounts payable, accounts receivable, cash flow, general ledger, financial reporting, and all other accounting-related matters, including preparing royalty reports and paying royalties.

3. I reviewed Honey Baked California's financial records to determine if we paid royalties on freight costs that are reimbursed by customers.  We charge customers shipping fees that offset some of the costs that we incur from shipping companies like UPS.  We have paid a 3% royalty on total revenue ("Gross Sales" as defined in the License Agreement) so we have not subtracted shipping costs from the royalty payments.  For this task, I pulled a report from our accounting software with all of the shipping charges from our Anaheim ecommerce facility.  Based on this report, I determined that we paid royalties on about $7,832,734 in shipping fees that were reimbursed by customers from July 2014 to June 2019.  This means we paid $234,982.04 ($7,832,734.67 * .03) in royalties on this amount.  Attached to the Appendix of Exhibits as Exhibit 14 is a true and correct copy of the spreadsheet I created calculating the royalties paid on the shipping charges.

4. Since entering into the License Agreement, Honey Baked California has paid more than $9,437,336.78 in royalties.  Honey Baked California paid $1,822,239.22 in royalties for the July 1, 2019 to June 30, 2020 royalty year, including a payment for $1,306,026.09 on November 25, 2020.  Attached to the Appendix of Exhibits as Exhibit 15 are true and correct copies of the summaries that

1  I submitted with the yearly royalty reports for 2015-2020.

2       I declare under penalty of perjury under the laws of the United States of

3  America that the foregoing is true and correct.

4       Executed on August 30, 2021 at Irvine, California.

5

6

7

8                                                  Nancy Wang

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386