1  Jonathan Solish (CA Bar No. 67609)
   Jonathan.solish@bclplaw.com
2  Glenn J. Plattner (CA Bar No. 137454)
   Glenn.plattner@bclplaw.com
3  Alfred Shaumyan (CA Bar No. 266908)
   Alfred.shaumyan@bclplaw.com
4  David J. Root (CA Bar No. 307251)
   David.root@bclplaw.com
5  **BRYAN CAVE LEIGHTON PAISNER LLP**
   120 Broadway, Suite 300
6  Santa Monica, California  90401-2386
   Telephone:    (310) 576-2100
7  Facsimile:    (310) 576-2200

8  Attorneys for Plaintiff and Counterclaim Defendant
   HONEY BAKED HAM INC.

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12                   **SOUTHERN DIVISION**

13

14  **HONEY BAKED HAM INC.,**          Case No.:8:19-cv-01528-JVS (DFMx)

15        Plaintiff/Counterclaim        Judge: Hon. James V. Selna
          Defendant,
16                                      **APPENDIX OF EXHIBITS IN
                                        SUPPORT OF HONEY BAKED
17      v.                              HAM INC.'S MOTION FOR
                                        SUMMARY JUDGMENT, OR
18  **HONEY BAKED HAM**                 PARTIAL SUMMARY
    **COMPANY LLC, et al.,**            JUDGMENT, ON SECOND
19                                      AMENDED COUNTERCLAIM
        Defendants/Counterclaim         AND PARTIAL SUMMARY
20      Plaintiffs.                     JUDGMENT ON ITS SECOND
                                        AMENDED COMPLAINT
21
                                        **VOLUME III (Exhibits 24-40)**
22
                                        [Filed with Notice of Motion and
23                                      Motion; Separate Statement;
                                        Declarations of Jonathan Solish,
24                                      Richard Gore, and Nancy Wang;
                                        [Proposed] Order and Judgment]
25
                                        Date:      October 4, 2021
26                                      Time:      1:30 p.m.
                                        Courtroom:  10C
27

28

*Left margin (vertical):* Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

                              1
APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF HONEY BAKED HAM INC.'S MOTION FOR
SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT

Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, California  90401-2386

1    Plaintiff and Counterclaim Defendant Honey Baked Ham Inc. ("HBH

2  California") hereby submits this Appendix of Exhibits in support of its Motion for

3  Summary Judgment or Partial Summary Judgment on Counterclaimants' Second

4  Amended Counterclaim and Partial Summary Judgment on its Second Amended

5  Complaint.

6

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | License Agreement |
| 2. | Email from Richard Gore to Craig and Thad Martin forwarding the initial term sheet dated November 27, 2012, |
| 3. | Email from Alexander Tuneski to Richard Gore with attached redline version of California license agreement, email dated August 14, 2014 |
| 4. | Email from Thad Martin to, among others, Richard Gore concerning the registration of the *shophoneybaked.com* domain dated May 10, 2004 |
| 5. | Page of brochure used in 2008 bates stamped |
| 6. | Board of Directors Meeting Minutes dated March 19, 2010, |
| 7. | Email from David Mayberry to Richard Gore regarding Domain Names dated May 10, 2010 |
| 8. | Letter from Louis Schmidt, Jr. regarding Honey Baked domain names, dated May 24, 2010 |
| 9. | Email chain approving the use of shophoneybaked.com |
| 10. | Email chain between Richard Gore to Linda van Reese |
| 11. | Labels for side dishes |
| 12. | Email from Linda van Rees to Richard Gore dated October 9, 2018 |

Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

| EXHIBIT | DESCRIPTION |
|---|---|
| 13. | Inspection reports conducted by Steritech for California stores from July 16 through August 4, 2021. |
| 14. | Spreadsheet Nancy Wang created calculating the royalties paid on shipping charges |
| 15. | Summaries Nancy Wang submitted with the yearly royalty reports for 2015-2020. |
| 16. | Defendants' Answer to Plaintiff's First Amended Complaint for Injunctive Relief, and Counterclaim, filed June 22, 2020, Dkt. 99. |
| 17. | Defendants' Answer to Plaintiff's Second Amended Complaint, and Second Amended Counterclaims, dated October 22, 2020, Dkt. 144 |
| 18. | Honey Baked Ham Company LLC's Responses to Honey Baked Ham Inc.'s Second Set of Requests for Admission (14-30) dated June 22, 2021 |
| 19. | Excerpts from a certified copy of the deposition of Linda van Rees dated June 28, 2021 |
| 20. | Plaintiff's Notices of Deposition to Defendant HBH Licensing, LLC and Honey Baked Ham Company LLC, along with correspondence from counsel with designations. |
| 21. | Email from Linda van Rees to Dave Keil dated June 4, 2015. |
| 22. | Excerpts from a certified copy of the deposition of Linda van Rees dated June 29, 2021 |
| 23. | Excerpts from a certified copy of the deposition of John David Jones dated July 1, 2021. |
| 24. | Robert A. Taylor's expert report |

Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, California  90401-2386

| EXHIBIT | DESCRIPTION |
| --- | --- |
| 25. | Honey Baked Ham Company, LLC's and HBH Licensing, LLC's Initial Disclosures dated August 7, 2020 |
| 26. | Excerpts from a certified copy of the deposition of Jo Ann Herold dated July 2, 2021 |
| 27. | Relevant portions of the Proprietary Marks Standards Manual |
| 28. | Excerpts from a certified copy of the deposition of Bill Bolton dated July 1, 2021. |
| 29. | Excerpts from a certified copy of the deposition of Carolyn Kinzler dated July 1, 2021. |
| 30. | Messages between Carolyn Kinzler to Ann Marie Jernigan |
| 31. | Excerpts from a certified copy of the deposition of Dan McAleenan dated June 30, 2021. |
| 32. | Email from Craig Kurz regarding California Mystery Shop |
| 33. | Email from Mandy Muller to Dave Keli regarding California Mystery Shop |
| 34. | Email from Donna Wilson to Linda van Rees regarding CA-License Update |
| 35. | Letter dated November 1, 2019 from David Gurnick |
| 36. | Email from Dave Keil regarding his visit to the Honey Baked California stores on September 2015 |
| 37. | Email from Greg Hundt to Linda Van Rees |
| 38. | June 27, 2021 Supplemental Disclosure |
| 39. | Email from Dave Keil to Linda van Rees regarding California gameplan |
| 40. | Letter from Linda Heasley to Richard Gore dated May 30, 2017 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 41. | Letter from Mark Reeves regarding Honey Baked Ham – Updated Internet Guidelines & Domain Transfer, dated January 24, 2020, bates stamped HBHUSA0088469-HBHUSA0088470. |
| 42. | Declaration of Linda Van Rees in support of Motion to Compel Production of Documents, Dkt. 152-9 |
| 43. | Additional messages between Carolyn Kinzler to Ann Marie Jernigan |
| 44. | Email from Dave Keil with Management Presentation for Richard Gore (relevant portions of presentation). |

Dated:  August 30, 2021                    Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**


By: */s/ Jonathan Solish*
          Jonathan Solish
          Attorneys for Plaintiff and Cross-Defendant
          Honey Baked, Inc.

Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

# EXHIBIT 24

KILPATRICK TOWNSEND & STOCKTON LLP
KOLLIN J. ZIMMERMANN (State Bar No. 273092)
*kzimmermann@kilpatricktownsend.com*
1801 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:   (310) 248-3830
Facsimile:    (310) 860-0363

J. DAVID MAYBERRY (Admitted *Pro Hac Vice*)
*dmayberry@kilpatricktownsend.com*
The Grace Building
1114 Avenue of the Americas
New York, New York 10036
Telephone:   (212) 775-8700
Facsimile:    (212) 775-8800

MARK H. REEVES (Admitted *Pro Hac Vice*)
*mreeves@kilpatricktownsend.com*
Enterprise Mill
1450 Greene Street, Suite 230
Augusta, Georgia 30901
Telephone:   (706) 823-4206
Facsimile:    (706) 828-4488

PLAVE KOCH PLC
JAMES C. RUBINGER (Admitted *Pro Hac Vice*)
*jrubinger@plavekoch.com*
12005 Sunrise Valley Drive, Suite 200
Reston, Virginia 20191
Telephone:   (703) 774-1200
Facsimile:    (703) 774-1201

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| **HONEY BAKED HAM INC.,** | CASE NO.: 8:19-cv-01528-JVS (DFMx) |
| Plaintiff & Counterclaim-Defendant, | **DEFENDANTS' RULE 26(a)(2) DISCLOSURE OF ROBERT A. TAYLOR** |
| v. | Judge: Hon. James v. Selna |
| **HONEY BAKED HAM COMPANY LLC**, et al., | Second Amended Complaint filed: September 18, 2020 |
| Defendants & Counterclaim-Plaintiffs. | |

Ex. 24 Page 540

1    Defendants hereby disclose, pursuant to Rule 26(a)(2), that they intend to

2  rely on the expert testimony of Robert A. Taylor, certified public accountant

3  licensed in the State of California, at trial. Mr. Taylor is expected to present

4  evidence regarding Honey Baked California revenues from sales of products

5  infringing Honey Baked USA's Proprietary Marks, the adequacy and accuracy of

6  Honey Baked California's books and records, and Honey Baked California's

7  underpayment of royalties. Additionally, pursuant to Rule 26(a)(2)(B), a copy of

8  Robert A. Taylor's report is attached as Exhibit A.

9

10  DATED:  July 16, 2021                 Respectfully submitted,

11

12                                         KILPATRICK TOWNSEND & STOCKTON LLP

13

14                                         _____

15                                         J. David Mayberry (Admitted *Pro Hac Vice*)
                                           *dmayberry@kilpatricktownsend.com*
16                                         The Grace Building
                                           1114 Avenue of the Americas
17                                         New York, New York 10036
                                           Telephone:  (212) 775-8700
18                                         Facsimile:   (212) 775-8800

19                                         Kollin J. Zimmermann (State Bar No. 273092)
                                           *kzimmermann@kilpatricktownsend.com*
20                                         1801 Century Park East, Suite 2300
                                           Los Angeles, California 90067
21                                         Telephone:  (310) 248-3830
22                                         Facsimile:   (310) 860-0363

23                                         Mark H. Reeves (Admitted *Pro Hac Vice*)
                                           *mreeves@kilpatricktownsend.com*
24                                         Enterprise Mill
                                           1450 Greene Street, Suite 230
25                                         Augusta, Georgia 30901
                                           Telephone:  (706) 823-4206
26                                         Facsimile:   (706) 828-4488

27

28

DEFENDANTS' RULE 26(a)(2) DISCLOSURE OF ROBERT A. TAYLOR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAVE KOCH PLC

James C. Rubinger (Admitted *Pro Hac Vice*)
*jrubinger@plavekoch.com*
12005 Sunrise Valley Drive, Suite 200
Reston, Virginia 20191
Telephone:  (703) 774-1200
Facsimile:   (703) 774-1201

*Attorneys for Honey Baked USA*

1

# PROOF OF SERVICE

2

[C.C.P. §§ 1011 and 1013, C.R.C. § 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

3

I declare I am employed in the Washington, DC in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Kilpatrick Townsend & Stockton LLP, 607 14th Street, NW, Suite 900, Washington, DC 20005.

4

5

On July 16, 2021, I served the following document entitled **DEFENDANTS' RULE 26(a)(2) DISCLOSURE OF ROBERT A. TAYLOR** on the interested parties in this action by electronic transmission to the e-mail addresses indicated below. The transmitting terminal address is schick@kilpatricktownsend.com.a

6

7

8

Jonathan Solish
Alfred Shumyan
David J. Root
BRYAN CAVE LEIGHTON PAISNER LLP
120 Broadway Suite 300
Santa Monica, California 90401
EMAIL:    jonathan.solish@bclplaw.com
                 alfred.shaumyan@bclplaw.com
                 david.root@bclplaw.com

9

10

11

12

13

Executed on this 16th day of July, 2021 at Washington, DC.

14

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

15

16

_Shawn R. Chick_

17

Shawn R. Chick

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

**Report of
Robert A. Taylor
Expert Witness
For**

**Honey Baked Ham Company LLC and
HBH Licensing, LLC**

**In the Matter of**

**Honey Baked Ham Inc.
v.
Honey Baked Ham Company LLC and
HBH Licensing, LLC**

**And Related Counterclaims**

**United States District Court
For The Central District of California
Southern Division**

**Case No.: 8:19-CV-01528-JVS (DFMx)**

**July 16, 2021**

*C O N F I D E N T I A L*

# Table of Contents

I.     The Nature and Scope of My Work ................................................... 1

II.    Qualifications, Prior Case Testimony, and Compensation ............................. 1

III.   Data and Other Information Provided ............................................. 2

IV.   Background and Understanding .................................................... 3

V.    Financial Analysis .................................................................... 8

VI.   Conclusion ........................................................................ 21

## EXHIBITS

| | |
|---|---|
| Exhibit 1 | Summary of Revenue by Calendar Year by Location - Calendar Years 2016 - 2020 |
| Exhibit 2 | Profit and Loss Statements based on Calendar Years 2016 – 2020 – HBH California |
| Exhibit 3 | Sales of Infringing Products – July 1, 2015 through December 31, 2020 |
| Exhibit 4 | Gross Profit by Location, by Year – Selected Product Categories |
| Exhibit 5 | HoneyBaked Hams, Inc. Corporate Office Profit and Loss Statements for the Calendar Years 2016 through 2020 |
| Exhibit 6 | Sum of Gift Card Transactions for Gift Cards Owned by California Locations – 6/15/2016 – 1/31/2021 |
| Exhibit 7 | R J Kali Annual P&L Summaries |

## APPENDICES

| | |
|---|---|
| Appendix A | Résumé of Robert A. Taylor |
| Appendix B | Listing of Cases in which Robert A. Taylor has provided testimony within the preceding four years |
| Appendix C | Listing of Data or Other Information Provided |
| Appendix D | Honey Baked Ham, Inc. Profit and Loss Summaries, by Location, by Fiscal Year, for Fiscal Years Ended September 30, 2015 through September 30, 2020 |

*C O N F I D E N T I A L*

## I.     The Nature and Scope of My Work

I, Robert A. Taylor, have been retained by counsel for Honey Baked Ham Company LLC, et al., in connection with the matter of *Honey Baked Ham Inc.* ("HBH California" or "Plaintiff") *vs*. *Honey Baked Ham Company LLC and HBH Licensing, LLC* (together as "HBH USA," "Defendants," or "Counterclaimants"), in United States District Court for the Central District of California, Southern Division, Case No.: 8:19-CV-01528-JVS (DFMx).

I have been retained on behalf of the Defendants/Counterclaimants to provide expert witness testimony with respect to economic and financial aspects of the claims enumerated by the Counterclaimants in the Defendants' Answer to Plaintiff's Second Amended Complaint, and Second Amended Counterclaims.  Additionally, I have been asked to respond, as necessary and appropriate, to economic damage analyses and opinions proffered by the Plaintiff's expert witness on the topic of economic damages.

## II.    Qualifications, Prior Case Testimony, and Compensation

I am a certified public accountant licensed in the State of California and hold a Master of Business Administration degree with an emphasis in Finance from San Diego State University. I am a Managing Director in the firm CBIZ Brinig Taylor Zimmer and I have been qualified as an economic damage expert witness on many occasions in various state courts and United States district and bankruptcy courts.  I have provided deposition, trial or arbitration testimony as an economic damage expert witness in matters located in California, Hawaii, Oregon, Idaho, Delaware (Chancery Court), Nevada, Arizona, Texas, Illinois, Florida, Missouri, Massachusetts, Virginia, New Jersey, and New York.  I have testified in excess of 100 times in arbitration and/or trial and in excess of 200 times in deposition.  My résumé, which more fully describes my professional qualifications, is attached hereto as **Appendix A**.  A listing of all cases in which I have given trial or deposition testimony within the preceding four years is attached hereto as **Appendix B**.

In addition to the general qualifications presented on my résumé, I have substantial business valuation training and experience. I hold the Accredited in Business Valuation designation from the American Institute of Certified Public Accountants and I have been retained on and provided testimony in numerous litigation matters involving business valuation issues in various state courts and United States district and bankruptcy courts. Additionally, I have periodically been retained on non-litigation business valuation assignments.

My billing rate is $475 per hour for all work I perform, including trial and deposition testimony.  My compensation is not dependent in any way upon the outcome of this lawsuit.

1

*C O N F I D E N T I A L*

### III. <u>Data and Other Information Provided</u>

I have considered numerous sources of data and information in developing my opinions in this matter. A complete listing of data and information that I have considered is attached hereto as **Appendix C**. The following is a list of specific types/categories of documents that I have considered in preparing my analysis:

- Honey Baked Ham Inc. v. Honey Baked Ham Company LLC and HBH Licensing, LLC, Second Amended Complaint for Injunctive Relief and Damages

- The Defendants' Answer to Plaintiff's Second Amended Complaint, and Second Amended Counterclaims

- Assignment and Assumption Agreement dated May 4, 2015 between HBH Limited Partnership and HBH Licensing, LLC

- Honey Baked Ham® <u>License Agreement for State of California</u>

- The Honey Baked Ham Company LLC Contract Compliance Services California Royalty Audit – Phase 1, dated September 2020, prepared by BDO

- Honey Baked Ham Inc.'s Responses to Honey Baked Ham Company LLC's Second Set of Requests for Production of Documents

- Excel Spreadsheets presenting:

  - Monthly Royalty Reports that show sales by sales category (e.g. ham, lunch, other meat, etc.) for HBH California corporate-owned stores, monthly total sales for HBH California sub-franchise stores, and information on the purchase of ham pieces reported by HBH California to HBH USA for the period from October 2016 through December 2020

  - Royalties due (true-up calculations) from HBH California to HBH USA for the fiscal years ended June 30, 2016 through June 30, 2020

  - A listing of Smithfield invoices, by product sold, to HBH California (Corporate and sub-franchisee) during the period from May 2015 through July 2020

  - 2016 through 2020 spreadsheets showing deliveries to HBH California by Tapia

2

*C O N F I D E N T I A L*

> ➢ HBH California's detailed general ledger activity from July 1, 2015 through January 31, 2021 (HBHCA0459099)

> ➢ Detailed general ledger reports for the HBH California sub-franchisees [refer to **Exhibit 1a** attached hereto]

> ➢ Fiscal Year profit and loss statements, by location, for HBH California stores for the Fiscal Years ending September 30, 2015 through September 30, 2020

- HBH California's Franchise Agreements with its sub-franchisees

- Deposition of Honey Baked Ham, Inc., by and through Richard Gore, Volume I, taken June 14, 2021, and Volume II, taken June 15, 2021

- Deposition of Honey Baked Ham, Inc., by and through Nancy Wang, taken on June 15, 2021

- Deposition of Danielle King, taken on June 16, 2021

- Deposition of Honey Baked Ham, Inc., by and through Sean Heslin, taken on June 18, 2021

## IV.   <u>Background and Understanding</u>

"The Honey Baked Ham brand dates from 1957, when founder Harry J. Hoenselaar obtained a patent covering his spiral ham slicing machine and opened the first Honey Baked Ham store in Detroit Michigan."[1]

The Honey Baked Ham brand (the "Brand") became a commercial success and, over the years, the market for the Brand expanded nationally.  As of mid-2020 (at or around the time in which the Defendants' Answer to Plaintiff's Second Amended Complaint, and Second Amended Counterclaims was filed), "The Honey Baked System [was] made up of approximately: (a) 201 retail specialty stores owned by Counterclaim Plaintiffs; (b) 215 retail specialty stores owned and operated by 145 independent franchisees (excluding Honey Baked California's retail stores); (c) an online catalogue owned by Counterclaim Plaintiffs; (d) 36 retail stores in California operated or licensed by Honey Baked California, as a licensee; and (e) a separate online catalogue owned by Honey Baked California."[2]

---

[1] Second Amended Complaint for Injunctive Relief and Damages, paragraph 13
[2] Defendants' Answer to Plaintiff's Second Amended Complaint, and Second Amended Counterclaims., Counterclaims section, paragraph 16

*C O N F I D E N T I A L*

CBIZ Brinig Taylor Zimmer
Ex. 24 Page 549

HBH California contends that it "has been the exclusive HBH Brand licensee and master franchisee for the State of California for over 40 years."[3]  More recently, on or around April 23, 2015, HBH California and HBH Limited Partnership entered into the Honey Baked Ham® License Agreement for State of California (the "Agreement").

The HBH California system consists of 23 corporate-owned locations and 13 sub-franchise locations.   The 23 corporate-owned locations reported calendar year gross revenue of approximately $34.4 million (2017); $36.1 million (2018); $36.9 million (2019); and $44.2 million (2020).   The 13 sub-franchise locations reported calendar year combined gross revenue[4] of approximately $19.8 million (2017); $19.7 million (2018); $20.2 million (2019); and $19.4 million (2020). [Refer to **Exhibit 1** attached hereto]  Additionally, the corporate-owned locations reported calendar year net income of approximately $3.9 million (2017); $3.3 million (2018); $2.4 million (2019); and $7.9 million (2020).[5]  [Refer to **Exhibit 2** attached hereto]

During the time period subsequent to entering into the Agreement, disputes arose between the Parties.

HBH California contends, among other things, the following:

- "[T]hat HBH USA and Dragon Army have acted in concert to design and implement additional strategies to deprive HBH California of online customers…"[6]

- "[T]hat HBH USA has combined or conspired with one or more of those [approved] vendors to limit the supply of hams they would provide to HBH California, particularly during a period of several weeks after Easter 2020 when HBH California had strong retail market demand, hindering HBH California's ability to compete with HBH USA…"[7]

"As a result of these restraints HBH California has been damaged in an amount of profits on lost sales to be proven at trial."[8]

The Defendants deny the claims enumerated by HBH California in its Second Amended Complaint.[9]  Furthermore, the Defendants/Counterclaimants contend, among other things, the following:

---

[3] Second Amended Complaint for Injunctive Relief and Damages, paragraph 1
[4] The source for this data is various excel spreadsheets of the detailed general ledgers for the sub-franchisees [refer to **Exhibit 1a** attached hereto]
[5] The source for this data is HBHCA0459099
[6] Second Amended Complaint for Injunctive Relief and Damages, paragraph 53
[7] *Ibid*, paragraph 94
[8] *Ibid*, paragraph 97
[9] Defendants' Answer to Plaintiff's Second Amended Complaint, and Second Amended Counterclaims

4

CBIZ Brinig Taylor Zimmer
Ex. 24 Page 550

- HBH California committed "numerous breaches of Honey Baked California's duties and obligations under the License Agreement."[10]

- HBH California engaged in "unauthorized and unapproved use of HBH Brand marks in violation of federal law…"[11]  Specifically, HBH USA alleges that HBH California engaged in the unauthorized use of the Counterclaim Plaintiffs' Proprietary Marks and unauthorized registration and use of domain names.[12]

- HBH California failed to maintain adequate and accurate books, records, accounts and other data, containing all particulars on sales and other information necessary for an exact determination of all royalties owing to Licensor, and failed to pay all royalties due pursuant to the Agreement.

I have been retained by HBH USA to provide expert analysis and testimony on various financial claims enumerated by HBH USA in its Counterclaims, and to provide rebuttal testimony regarding the claims enumerated by HBH California in its Second Amended Complaint for Injunctive Relief.

The following provides my analysis and opinions regarding various claims asserted by the Counterclaimants.  At this time I have not received a report by the Plaintiff regarding its claims against HBH USA.  Upon receipt of the Plaintiff's expert report on damages, I will prepare and issue my rebuttal report.

**Provisions of the Honey Baked Ham® <u>License Agreement for State of California</u>**

The Agreement contains, among others, the following provisions:

- "This Agreement is made and entered into this 23rd day of April, 2015 (the '**Execution Date**'), by and between HBH LIMITED PARTNERSHIP, a Michigan limited partnership ('**Licensor**') and HONEY BAKED HAM, INC., a California corporation ('**Licensee**')."[13] (emphasis in original)

- "2.    <u>License Granted and Reserved Rights.</u>

    (a) <u>Exclusive Rights</u>.  Subject to the terms and conditions provided in this Agreement, Licensor hereby grants to Licensee the exclusive right and license to use the Proprietary Marks and the System to (i) promote and operate the HoneyBaked Outlets within the Territory, (ii) market and sell Branded Products and Non-Branded Products through HoneyBaked

---

[10] *Ibid*, Counterclaims, paragraph 9
[11] *Ibid*, Counterclaims, paragraph 12
[12] *Ibid*, Counterclaims, Sections V (page 63) and VI (page 66)
[13] Honey Baked Ham® <u>License Agreement for State of California</u>, page 1.

*C O N F I D E N T I A L*

Outlets within the Territory to consumers for on-premises or off-premises consumption, and (iii) Mail Order Transactions, to the extent permitted by Section 6(b)(xi).  Licensee does not have the right to sell any products at wholesale with the exception of Gift Cards that may be sold within the Territory."[14]

"Non-Branded Products: shall mean food products or related products sourced from a third party supplier, which use the third party's trademarks and do not use the Proprietary Marks."[15]

- "3.   Term.  The term of this Agreement shall commence on July 1, 2015 (the '**Effective Date**') and shall continue until June 30, 2036, unless terminated earlier in accordance with the terms of this Agreement (the '**Term**')…"[16]  (emphasis in original)

- "4.   Royalties and Other Fees.

  (a)  Royalties.  Licensee shall pay to Licensor a royalty at the time and in the manner set forth in Section (b) below, equal to three percent (3%) of the Gross Sales of Licensee and all sublicensees of Licensee (the '(**Royalty**').  '**Gross Sales**' means and includes the total revenues derived by Licensee, and sublicensees of Licensee, respectively, from all sales (including sales through HoneyBaked Outlets and Mail Order Transactions) of all products (whether or not such products contain the Proprietary Marks), without reserve or deduction for inability to collect any such sales, but less (i) sales, use, or service taxes collected and paid to appropriate taxing authorities, and (ii) refunds or credits to customers made in good faith."[17]  (emphasis in original)

- "6.   Quality Control Provisions.

  (a)  Use of Proprietary Marks.  Except as set forth in this Section 6(a), Licensee shall not use or employ the Proprietary Marks in any manner for any purpose.  Any use or employment of the Proprietary Marks not authorized by this Section 6(a) shall be a material breach of this Agreement.  All usage of the Proprietary Marks by Licensee shall be accompanied by all required trademark, service mark, or other notices

---

[14] *Ibid*, 2. (a) License Granted and Reserved Rights.
[15] *Ibid*, 1. Defined Terms: (e) (vi) Non-Branded Products
[16] *Ibid*, 3. Term.
[17] *Ibid*, 4. Royalties and Other Fees (a) Royalties.

6

CBIZ Brinig Taylor Zimmer
Ex. 24 Page 552

and designations as may be specified by Licensor.  Notwithstanding anything herein to the contrary, Licensee may continue to use the corporate name 'Honey Baked Ham, Inc.' during the Term.

(i) <u>Branded Products</u>.  Licensee shall promote, advertise, market and sell all Branded Products only by using the Proprietary Marks in the manner designated from time to time by Licensor and no other words, symbols, insignias, slogans, designs logos or other identifying marks shall be used on such products.  The Proprietary Marks shall not be utilized on any other products except the Branded Products, unless Licensee obtains Licensor's prior written approval, which Licensor may withhold in its sole discretion.  Licensee acknowledges that the Branded Products may be modified from time to time (i.e., products may be added or deleted) all at the sole discretion of Licensor…"[18]

"(b) <u>Standards for Conduct of Business</u>.  Licensee recognizes that the Business to be operated by it will be part of a nationwide network of specialty food stores and businesses operated under licenses granted by Licensor or its licensees, engaging in the sale under the Proprietary Marks of Branded Products and other specialty food items and related services pursuant to the System developed by Licensor.  In order to maintain such system and in order to protect and enhance the reputation, value and goodwill of the Proprietary Marks and Licensor's licensing system system, and to control the nature and quality of the goods and services provided under the Proprietary Marks, so that the public may rely upon the Proprietary Marks as identifying Branded Products and other goods and services of the highest order, Licensee agrees to abide by and conform to the standards of Licensor…"[19]

- "9. <u>Records and Access Thereto; Inspection of Business; Audit Matters</u>.

(a) <u>Records</u>.  Licensee shall establish and maintain at its principal place of business complete, adequate and accurate books, records, accounts and other data, kept in accordance with generally accepted accounting principles, containing all particulars on sales and any other information necessary for an exact determination of all royalties owing to Licensor hereunder and all other amounts payable by Licensee to Licensor hereunder.

---

[18] *Ibid*, 6. Quality Control Provisions.  (a)  <u>Use of Proprietary Marks</u>.
[19] *Ibid*, 6. Quality Control Provisions.  (b)  <u>Standards for Conduct of Business</u>.

*C O N F I D E N T I A L*

(b) <u>Inspection and Audit of Books and Records</u>.  Licensee shall permit (and cooperate with) Licensor and its agents, including accountants and attorneys, through the Term and any extension of this Agreement and upon termination or expiration of this Agreement, to enter upon any business premises of Licensee (including HoneyBaked Outlets) during regular business hours for the purpose of examining and auditing the books, records, accounts and data of Licensee, provided that Licensor shall give Licensee at least 48 hours advance notice prior to any examination or audit."[20]

**Assignment**

I have been asked to address the following contentions enumerated in HBH USA's counterclaims in this matter:

- Quantification of HBH California's sales that infringe on HBH USA's trademarks

- Assessment of HBH California's compliance with the requirement to maintain accurate books, records, accounts and other data necessary for an exact determination of all royalties owing to Licensor

- Calculation of unpaid royalties due to HBH USA by HBH California

The following section provides a description of my methodology and the detailed calculations that provide the bases for my opinions.

## V.    <u>Financial Analysis</u>

## Trademark Infringement Damages

HBH USA contends that "Honey Baked California has no right, license, or authorization to use the Proprietary Marks other than those limited rights set forth in the License Agreement, and only pursuant to all restrictions and requirements of the License Agreement."[21]  Additionally, HBH USA contends that "The License Agreement provides that Honey Baked California may not register or use domain names, establish or use social media accounts, or create or use apps for its business without the prior written consent of HBH Licensing, which shall have the right to require such domain names and accounts to be registered in Licensor's name."[22]

---

[20] *Ibid*, 9. <u>Records and Access Thereto; Inspection of Business; Audit Matters</u>. (a) <u>Records</u>. and (b) <u>Inspection and Audit of Books and Records</u>.
[21] Defendants' Answer to Plaintiff's Second Amended Complaint, and Second Amended Counterclaims, Counterclaims, paragraph 119
[22] *Ibid*, Counterclaims, paragraph 127

*C O N F I D E N T I A L*

CBIZ Brinig Taylor Zimmer
Ex. 24 Page 554

HBH USA states that "HBH Licensing has not licensed or authorized Honey Baked California to use the Proprietary Marks for any products other than the Branded Products. The Branded Products do not include side dishes, condiments, desserts, or soup mixes."[23]  Additionally, HBH USA alleges that HBH California is using the domain names *shophoneybaked.com* and *hbhca.com*.  The use of these domain names has not been consented to by HBH USA.[24]

HBH California admits that it used HBH USA's Proprietary Marks on products other than Branded Products and that it used the domain names *shophoneybaked.com* and *hbhca.com*. Regarding its use of the Proprietary Marks, HBH California testified as follows:

"Q. -- which ones that you recall using the trademark on.

A. So on the sides would be, let's say, the green beans, yams, cheesies, cream corn, I believe in catalog.  Cranberry.  Even though it says 'salad,' I think that's a retail item and probably a catalog item that would probably be used.  Stuffing, I believe, would have been used.

But -- okay.  So I have to go-- so these are listed as side dishes, but they're not.  Then I'll go through each one of them then from there.

Q. Okay.

A. The cornbread mix, I don't believe so.  Cranberry corn mix, I don't believe so.  I'm not positive, but I don't believe so.  Butternut pancake mix, no.  English -- English muffins, I don't believe so.  Gourmet crackers and wafers, I don't believe so.  And then the corn stuffing would have been on the container.  Mashed potatoes could have been or was probably.  Applesauce, I don't think so.

Q. Okay.  And go ahead, go through the condiments.

A. Cranberry walnut chutney.  I just don't think so on that.  Maple syrup, no.  Champagne mustard would have been.  Whole [grain], I don't think so.  Honey sweet, this is something -- yeah.  Honey sweet and the down-low's, I believe -- that's weird.  Oh, God.  I don't believe they were used on that.  But turkey gravy for some reason under condiments, that would have been -- that would have been used on the turkey gravy.

Mesquite barbecue sauce, no.  Coffee, no.  Snack nuts, no.  Candy, no.  Pancake mix, no.  Hot sauce, no.  Soup, the soup -- and this is talking about the mix.  I don't -- I don't believe that -- I don't believe that, but I'm not -- I just don't remember.

---

[23] *Ibid,* Counterclaims, paragraph 120
[24] *Ibid,* Counterclaims, paragraphs 127 - 140

*C O N F I D E N T I A L*

CBIZ Brinig Taylor Zimmer
Ex. 24 Page 555

Q. On the bag, did it have the ham man on the seal?

A. No.  It might have had the hambone thing.  I was thinking about this last night when I
saw this.  It might have been.  I don't think it's on there currently.  I don't believe it is.
Q. But did you sell it –

A. I don't believe so.

Q. You don't remember?

A. No, I just don't -- I know that -- I just remember some hexagon thing that was dye cut
maybe, but I just don't remember when that was.

Q. And the desserts?

A. So the cheesecake sampler thing, that was, I believe -- it did have it on the box, as I
recall.  We've taken that off since then, I think.  The coffee cake, I don't -- no, I don't think
so.  And I don't think we even sell the raspberry thing."[25]

Based on the above testimony, it appears the following products, other than Branded
Products, likely used the proprietary marks of HBHUSA:

**Sides/Desserts:**

- Green Beans [Green Bean Casserole]

- Yams [Yam Soufflé]

- Cheesies [Cheesy Potatoes]

- Cream[ed] Corn

- Stuffing

- Mashed Potatoes

- Cheesecake Sampler

---

[25] Videotaped 30(b) (6) Deposition of Honey Baked Ham Company, Inc. by and through Richard Gore, Volume I,
Tr. 126:1 – 128:5

10

*C O N F I D E N T I A L*

CBIZ Brinig Taylor Zimmer
Ex. 24 Page 556

**Condiments**

- Champagne Mustard

- Turkey Gravy

In addition to the acknowledged use of HBH USA's Proprietary Marks on the foregoing products, I am informed that photographic evidence also shows that HBH California used those marks on the following products:

**Sides**

- Baked Beans

- Cranberry Salad

- Deviled Egg Salad

- Spinach Alfredo

- Pasta Salad

**Condiments**

- Tantalizing Honeyspice Sauce

- Honeybaked Ham Hot Sauce

- Cranberry & walnut chutney*

- Pineapple & ginger chutney*

- R&R Sweet Garlic Mustard*

- Honeysweet Whole Grain Mustard with Horseradish*

- Honeysweet Creamy horseradish Sauce*

- Corn Relish*[26]

**Soup Mixes**

- Ham bone soup mix

- Ham bone white chili soup mix

---

[26] Products marked with an asterisk (*) use shophoneybaked.com on their labels.

11

C O N F I D E N T I A L

CBIZ Brinig Taylor Zimmer
Ex. 24 Page 557

- Green garden soup mix

- Seaside soup mix

HBH USA alleges that HBH California's use of the Proprietary Marks on various Non-Branded Products and HBH California's use of the domain names *shophoneybaked.com* and *hbhca.com* without authorization from HBH USA constitute trademark infringement in violation of the Lanham Act.  As a result, HBH USA has asked me to quantify HBH California's infringing sales (excluding sales of sub-franchisees) during the period from July 1, 2015 through the present. As of the date of this report, I have quantified allegedly infringing sales from July 1, 2015 through December 31, 2020.

Sales data produced to date by HBH California segregates the sales into the following sales categories:

- Product Sales (general ledger ("GL") account no. 4100)

- Sales – Ham (GL account no. 4101)

- Sales – Other Meat (GL account no. 4102)

- Sales – Intact Turkey (GL account no. 4103)

- Sales – Party Trays/Fam. Feast (GL account no. 4104)

- Sales – Side Dishes/Desserts (GL account no. 4105)

- Sales – Lunch (GL account no. 4106)

- Sales – Condiments (GL account no. 4107)

- Shipping Income (GL account no. 4200)

- Shipping Sales - Ham (GL account no. 4201)

- Shipping Sales – Other Meat (GL account no. 4202)

- Ship Sales – Slice Int. Turkey (GL account no. 4203)

- Ship Sales - Party Trays/Fam. Fst. (GL account no. 4204)

- Ship Sales - Side Dishes/Desserts (GL account no. 4205)

12

*C O N F I D E N T I A L*

- Ship Sales - Condiments (GL account no. 4207)

However, the sales data produced to date does not allow for identification and apportionment of specific product sales within the above-described general sales categories. Accordingly, I have been asked to quantify sales for the sales *categories* in which HBH California acknowledged selling product that used the Proprietary Marks on various Unbranded Products, and shipping sales based on HBH California's use of the domain names *shophoneybaked.com* and *hbhca.com.* In quantifying the allegedly infringing sales, I have included amounts in the relevant GL categories for account nos. 41xx and 42xx (product and shipping sales), less amounts in the relevant GL categories for account nos. 43xx (discounts and shipping discounts), and less amounts in the relevant GL categories for account nos. 58xx (refunds and shipping refunds).

Total sales in the above-described sales categories are as follows:

- Product sales and shipping sales for Side Dishes/Desserts - $10,602,793.71

- Product sales and shipping sales for Condiments - $6,304,095.92

- Shipping sales (excluding shipping sales that are included in the above product sales categories) - $44,931,588.99

I have calculated the sales for each of the above sales categories by year for the time period from July 1, 2015 through December 31, 2020. The sales in the above-described sales categories for the specified time period total $ 61,838,478.62.[27]   [refer to **Exhibit 3** attached hereto]

## Failure to maintain accurate books, records, accounts and other data necessary for an exact determination of all royalties owing to Licensor

HBH California's books, records, and accounts contain errors, have inconsistent classification of sales and the related cost of sales for the sales transactions, and commingle revenue from shipping and the sale of product. As such, it is not practical to test the accuracy of HBH California's revenue subject to royalty (e.g. royalty reporting) based on an analysis of the relationship between specific product sales and the related costs because the gross profit margins vary widely from location to location and year-over-year within a single location.

Analysis of HBH California's books, records, and accounts reveals the following:

---

[27] Some of these products were purchased from R & R Products, an entity in which I am informed that Richard Gore has an ownership interest (Honey Baked Ham Inc.'s Responses to Honey Baked Ham Company LLC's Second Set of Interrogatories, Response to Interrogatory #11).

*C O N F I D E N T I A L*

**Inconsistent recording of sales transactions results in unusual and inconsistent gross profit
margins among product lines**

HBH California's accounting for product revenue and the associated product costs does
not appear to be consistent among locations and/or from year-to-year for specific locations.
**Exhibit 4** presents various revenue and cost of sales categories for HBH California locations for
the fiscal years ending September 30, 2015 through 2020.  The data from which **Exhibit 4** was
prepared based on the financial statements by location that were produced by HBH California.
These statements are attached hereto as **Appendix D**.

The data presented on **Exhibit 4** indicates numerous revenue and cost of sales reporting
anomalies.  For example, the gross profit from lunch sales for the Anaheim location ranged from
13.25% (9/30/2020) to 41.79% (9/30/2015).  The gross profit from lunch sales for the Concord
location ranged from (33.66%) (9/30/2020), implying that the cost of the products for the lunches
exceeded the revenue from the lunch sales, to 80.95% (9/30/2019).  Similar reporting anomalies
can be found in the categories for: sliced intact turkey; other meat; party tray/family feasts; and
condiments.

These reporting anomalies preclude analysis and testing, based on the relationship of
revenue and product costs by sales category, of the accuracy of revenue reported on the annual
royalty true-up calculations.

**Product sales and shipping revenues are commingled**

As noted above, HBH California segregates sales in GL account numbers 41xx (product
sales) and 42xx (shipping sales).

In its profit and loss statements (Refer to **Appendix D**), Shipping Income (account number
4200) is not categorized under Product Sales. Rather, Shipping Income is categorized under "Other
direct costs" as an offset to direct costs. Testifying on behalf of HBH California, Nancy Wang
(HBH California's Controller) testified as follows regarding account number 4200:

"Q.     What is account 4200 on the general ledger?

A.      4200 is a general product sale. We have categories of ham, turkey, other
         meat, side dishes. There's actually, like, seven categories.

         4200 is a general, like, product we can't identify into a specific product --
         product type. So we call it 4200, general product. That could be a mix of
         everything.

Q.      And why would you not be able to identify what was sold?

14

*C O N F I D E N T I A L*

A.      I think it's the -- it's the decision of the shipping department when they have
a product number, they would assign that product number to a specific
account number.

Q.      And they do produce some kind of shipping summary by product report, I
believe. The shipping department does; is that right?

A.      Yes, they do.

Q.      Would you expect the summary of what they sold to match what you
record in the books and records?

A.      No. I can expect what they ship to match the revenue, the shipping revenue.

Q.      But it should match the shipping revenue?

A.      In theory, yes.

Q.      Okay. Do you know if the home delivery bundles are entered into Code
4200?

A.      Yes.

Q.      They are?

A.      Yeah."[28]

The total revenue reported in account number 4200 exceeded $10,000,000 for calendar
years 2016 through 2020.  [Refer to **Exhibit 2** attached hereto]  The inability to determine the
proper classification of product sales exacerbates the above-described reporting anomalies and
further inhibits the ability to analyze and test, based on the relationship of revenue and product
costs by sales category, the accuracy of revenue reported in the annual royalty true-up calculations.

**Gift Card Revenue and Revenue from Sales through Grub Hub and Uber Eats appears to
have been incorrectly accounted for prior to June 2020**

As described in detail in the Grub Hub and Uber Eats section below, it appears that prior
to 2020, HBH California incorrectly accounted for revenue from Grub Hub, Uber Eats, and similar
service providers.  Based on Ms. Wang's testimony, it appears that HBH California, prior to 2020,
accounted for revenue from these service providers at an amount that was net of the user fees.  Ms.
Wang further testified that this practice was corrected in 2020.  Ms. Wang's testimony appears
consistent with accounting entries that I observed in the books and records of HBH California
(discussed more fully below).

---

[28] Deposition of Nancy Wang, taken on June 15, Tr. 49:12 – 50:17

15

*C O N F I D E N T I A L*

It appears that a similar issue exists related to HBH California's accounting for gift card redemptions. Based on my review of the general ledger activity, and specifically activity recorded in the gift certificate liability sub-ledger accounts, it appears that the accounting treatment for the gift card redemptions was modified in June of 2020. As of the date of this report, I am not able to assess the accuracy or completeness of the of the gift card revenue included in the revenue reported on the royalty reports prior to the change in the accounting methodology.

The above comments and observations indicate that HBH California's books and records are not maintained in a manner to allow for an exact determination of all royalties owing to HBH USA.

## Failure to pay all royalties due

Based on my analysis, which is described in detail below, it is my opinion that HBH California has underreported its revenue that is subject to royalties by more than $1,700,000. As a result, HBH California has failed to pay HBH USA all royalties that are due.

### Gift Card Breakage Revenue

HBH California sells gift cards. Receipts from the sale of the gift cards and the redemption of gift cards are tracked by Heartland. At the time a gift card is sold, HBH California records the cash receipt and simultaneously records a liability for the amount of the sale of the gift card. Based on this accounting, at the time of the sale of the gift card, the cash receipt is not reported as revenue because HBH California records the cash receipt as a liability accruing from the sale of the gift card. As a result, no royalty is calculated or paid on the cash received at the time of the sale of a gift card.

HBH California recognizes revenue and ceases to account for the proceeds from the sale of gift cards as a liability when: (i) a gift card is redeemed; or (ii) one year after the sale for all sales of gift cards that have not been redeemed by that time (referred to as "Breakage").

Section 4. (a) of the Agreement defines Gross Sales as follows:

"'**Gross Sales**' means and includes the total revenues derived by Licensee, and sublicensees of Licensee, respectively, from all sales (including sales through HoneyBaked Outlets and Mail Order Transactions) of all products (whether or not such products contain the Proprietary Marks), without reserve or deduction for inability to collect any such sales, but less (i) sales, use, or service taxes collected and paid to appropriate taxing authorities, and (ii) refunds or credits to customers made in good faith." [29]

Based on my analysis of the records provided, together with Honey Baked Ham Inc.'s Supplemental Response to Defendant Honey Baked Ham Company LLC's Second Set of

---

[29] Honey Baked Ham® License Agreement for State of California, 4. Royalties and Other Fees (a) Royalties.

16

Interrogatories, HBH California includes in its calculation of its annual 3% royalty revenue from gift card balances that are redeemed.

However, although HBH California recognizes revenue from the sale of unredeemed gift cards, HBH California fails to include in its calculation of the annual 3% royalty the revenue it recognizes from the sale of gift cards that are not redeemed within one year from the date of sale.

I have been asked to assume that at the time HBH California recognizes revenue from the sale of gift cards, whether due to redemption or through Breakage, HBH California owes to HBH USA a royalty of 3% on the proceeds from the sale of the gift cards.

During the calendar years 2016 through 2020, HBH California recognized additional revenue, net of discounts, from gift card Breakage in the amount of $915,301.97. [Refer to **Exhibit 5**, page 1, account #4820, attached hereto]

For the fiscal years ended September 30, 2016 through September 30, 2020, R. J. Kali Corp. (sub-franchise locations in Pasadena, West Covina, and Upland) recognized additional revenue of $155,179.90 on expired gift cards. [Refer to **Exhibit 7**, page 2, account #814, attached hereto]

Data provided by Heartland as of January 31, 2021 indicates that HBH California and R. J. Kali Corp.'s outstanding gift card liabilities for gift cards issued from June 15, 2015 through January 31, 2021 totaled $1,786,226.29 and $294,527.17, respectively. [Refer to **Exhibit 6** attached hereto]  The amount reported by Heartland purports to represent the entire amount of unredeemed gift cards sold during the time period from June 15, 2016 through January 31, 2021. This amount does not account for the gift card Breakage income reported by HBH California and R. J. Kali Corp.

For both HBH California and R. J. Kali Corp., the cumulative Breakage revenue recognized on expired gift cards equals approximately 50% of the unredeemed gift card balance reported by Heartland as discussed above (($915,302 + 155,180) ÷ ($1,786,226 + $294,527) = 51.45%).

Ham Delight (La Habra, Torrance, Lakewood, and Culver City), Mardek (Orange, Riverside, San Bernardino, and Tustin), and Toluca Lake (North Hollywood) do not appear to have recognized income from expired gift cards.[30] Based on data provided by Heartland, as of January 31, 2021, the outstanding gift card liability for these sub-franchisees is $1,115,812.38.[31] [Refer to **Exhibit 6** attached hereto]

---

[30] Based on data provided by Heartland, the Glendale sub-franchise location does not appear to sell gift cards.
[31] This is based on gift cards sold from June 15, 2016 through January 31, 2021

CBIZ Brinig Taylor Zimmer

*C O N F I D E N T I A L*

Ex. 24 Page 563

| Sub-franchisee Location | Liability | Assumes 50% over 1 Year |
|---|---|---|
| Culver City | $      16,020.89 | $     8,010.45 |
| Lakewood | 374,326.81 | 187,163.41 |
| Torrance | 78,442.18 | 39,221.09 |
| La Habra | 106,275.28 | 53,137.64 |
| Tustin | 292,741.82 | 146,370.91 |
| San Bernardino | 21,495.79 | 10,747.90 |
| Riverside | 33,295.26 | 16,647.63 |
| Orange | 133,930.83 | 66,965.42 |
| North Hollywood | 59,283.52 | 29,641.76 |
| | $ 1,115,812.38 | $ 557,906.19 |

Based on the above-described Breakage relationship for HBH California and R. J. Kali Corp., I have estimated that unrecorded Breakage revenue for the above locations is approximately $557,906.19, an amount that equals 50% of the unredeemed gift card balances reported by Heartland.

Based on the above-described analysis and the assumption that Breakage revenue is subject to royalties, it is my opinion that HBH California has underreported its revenue for the calendar years 2016 through 2020 in the amount of $1,628,388 ($915,301.97 + $155,179.90 + $557,906.19).

**Grub Hub and Uber Eats**

Based on my review of the Daily Sales Reports (HBHCA0309247), the bank statements, and HBH California's general ledger, it appears that through June 30, 2020, HBH California recorded sales made through on-line service providers such as Grub-Hub net of a reduction for service fees, meaning that the revenue recorded from these transactions is underreported.

I reached this conclusion because it appears that the amount recorded as revenue for the period from June 2018 through June 2020[32] was based on the amount transferred to the HBH California bank accounts from Grub Hub and Uber Eats (meaning amounts after deduction of the user fees). The total amount deposited from these services for the two-year period from June 2018 through June 2020 appears to be approximately $160,000.[33]  As of the date of this report, the fee arrangements between HBH California, Uber Eats, and Grub Hub, have not been provided to me. As a result, I have not quantified the possible unreported revenue and associated unpaid royalties on the revenue that was deducted by Grub Hub and Uber Eats as user fees because I have not been

---

[32] In June 2020 there were some adjusting entries made in in the general ledger which appear to have been a correction of this issue for the 12-month period ending June 30, 2020. However without the supporting sub-ledgers, my understanding of the adjusting entries is limited.
[33] Between June 2018 and June 2020, the revenue from Grub Hub and Uber Eats appears to have been recorded in account 4100 – Product Sales.

CBIZ Brinig Taylor Zimmer
Ex. 24 Page 564

provided with data from which to estimate the user fee and the resultant gross revenue for the various transactions.

The above observation appears to be consistent with the deposition testimony of Ms. Wang. Ms. Wang testified as follows regarding various entries into the HBH California general ledger dealing with sales through, among other providers, Grub Hub and Postmates:

"Q. I'm told that according to this general ledger that each month there's a debit or reduction to lunch sales that reduce the lunch sales amount shown on the income statements. Do you see that reduction?  I think it's highlighted on Page 2, with a reference R-09.

A. (Reading.) Yes, I do see that.

Q. Can you point me to that for my benefit?

A. Yes. For example, 223051.

Q. Okay

A. And here.

Q. Yes, I see it. Thank you.

A. Uh-huh.

Q. What is that deduction for?

A. Okay. I'll explain this based on my understanding.

This number comes from the store daily closing. When store is recording, there could be many possibilities. One possibility is when store is recording on line sales, like Postmates, Grubhub, they are not receiving payment. The payment is made later.

So our system, when it closed that, they record sales. The sales is balanced by payment; so then it can close. But they record the online sales into sales journal, but they have no payment to balance. So they have to do a debit to balance that.

So in other words, they record -- they record sales. In the meantime, they record revenue account. So to balance that and the way we will recognize them again, when we see the bank statement. So it's for recording purpose.

Q. Okay. Thank you.

A. And this also could be a discount. Sometimes they have a discount.

*C O N F I D E N T I A L*

Q. For the record, is HBHCA 0316319 to 459. Beginning on Page 141, it looks like that you appear to stop making the monthly debit to lunch sales? Do you see any further adjustments?

A. Can you repeat the question.

Q. I'm told that beginning in July of 2020, there are no more monthly debits to lunch sales, according to this report?

A. Yes. We changed the account number. We used to debit revenue account. And starting then, we create a new account called online receivable.

Q. Okay.

A. It is on balance sheet.

Q. Thank you.

A. And I want to add more.

Q. Sure.

A. For -- for this change, we used to debit revenue account, and then when it comes to bank reconciliation, we would recognize the revenue again. So it is something like A; so Record A, like revenue, and minus H balance, and plus A back into bank statement to recognize again.

And last year we changed. So we don't debit revenue account. We put it a receivable account. So we think it's more appropriate to account for this kind of transaction.

Q. And that was a change you put into place when?

A. I don't know exactly, but it's last year. Sometimes our receipt here shows 10 -- period 10/20, like, July 20. It could be earlier, could be the beginning; I don't remember when.

Q. You said, we thought it would be more appropriate. Was that your decision or someone else's?

A. It's my decision."[34]

Based on the forgoing testimony in conjunction with my analysis of HBH California accounting entries, it appears that in 2020 HBH California changed its method of accounting for revenue from delivery services such as Grub Hub and Uber Eats. The accounting and reporting methodology was updated to recognize revenue at the gross sale value, and the user

---

[34] Deposition of Nancy Wang, taken on June 15, 2021, Tr. 42:16 - 45:14

C O N F I D E N T I A L

fees/deductions from the gross sale amounts were shown as expenses.  However, HBH California has failed to pay royalties on user fees that were deducted from gross revenue for the time period prior to implementation of the change.

**Other Amounts Not Included Gross Sales for Payment of Royalties:**

Based on my review of the General Ledger, for the 12-month periods ended June 30, 2018 and June 30, 2019, sales categorized in account 4100 "PRODUCT SALES" in the amount of $7,489 and $81,633 respectively were not included in gross sales for the purposes of the royalty true-up (total of $89,122).

**Underpayment – North Hollywood**

I have been unable to reconcile the revenue on which the royalty is paid for the North Hollywood sub-franchise location to the daily sales reports provided by Toluca Lake Hams Inc., the sub-franchisee for the North Hollywood location.  Further, I am unable to ascertain if the sales reported on the daily sales reports provided by Toluca Lake Hams Inc. include sales made through Grub Hub and Door Dash or the method used to account for the related delivery fees.

For the royalty periods July 1, 2015 through June 30, 2016 and July 1, 2018 through June 30, 2019, the amount of sales on which the royalty was paid is the amount shown as "Deposite Totals" on the Daily Sales spreadsheets produced by Toluca Lake.[35]  The "Deposite Total" amount appears to be net of cash payments made for maintenance and other expenses.  For the remaining royalty periods reviewed, it does not appear that the revenue subject to royalty was calculated in a consistent manner.

Underreporting of sales by the Toluca Lake Hams Inc. sub-franchisee exacerbates the above-described underreporting of revenue by HBH California and further demonstrates that HBH California has failed to pay all royalties due.

## VI.   Conclusion

Based on my analysis and calculations that are described above, it is my opinion that HBH California reported sales of $61,838,479 that HBH USA contends infringe on the HBH USA Proprietary Marks and domain name.

Further, it is my opinion that HBH California has failed to maintain complete, adequate, and accurate books, records, and accounts.  Rather, HBH California's books, records, and accounts contain errors, have inconsistent classification of sales and the related cost of sales for the sales transactions, and commingle revenue from shipping and the sale of product.  As such, it is not practical to test the accuracy of HBH California's royalty reporting based on an analysis of the

---

[35] TOLUCALAKE_000000001, BDO_0000003588, TOLUCALAKE_0000000003, TOLUCALAKE_0000000004, and BDO_0000003461

*C O N F I D E N T I A L*

relationship between specific product sales and the related costs because the gross profit margins vary widely from location to location and year-over-year within a single location. As a result of HBH California's failure to maintain complete, adequate, and accurate books, records, and accounts, it is not possible to make an exact determination of all royalties owed to HBH Licensing under the License Agreement.

Additionally, as explained in detail above and based on the assumption that Breakage revenue is subject to royalties, it is my opinion that HBH California has underreported its revenue that is subject to royalties based on amounts I have been able to quantify by approximately $1,717,510 ($915,302 HBH California Breakage revenue + $155,180 R. J. Kali Breakage revenue + $557,906 other sub-franchisee estimated Breakage revenue + $89,122 other, non-Breakage amounts identified above). This amount does not include potential underreporting related to user fees for on-line service providers such as Grub Hub and Uber Eats and does not account for possible underpayments in revenue by the North Hollywood sub-franchisee location. As a result, HBH California has failed to pay HBH USA all royalties that are due. The unpaid royalty on the amount of underreported revenue is at least $51,525 ($1,717,510 x 3%).

I reserve the right to update this report upon the receipt of additional information.

Additionally, I have been asked to respond, as necessary and appropriate, to economic damage analyses and opinions proffered by the Plaintiff's expert witness for the topic of economic damages. Upon receipt of said report, I will prepare and issue my rebuttal report.

Executed this 15th day of July, 2021 at San Diego, California

_____

Robert A. Taylor

*C O N F I D E N T I A L*

CBIZ Brinig Taylor Zimmer
Ex. 24 Page 568

# EXHIBIT 25

KILPATRICK TOWNSEND & STOCKTON LLP
KOLLIN J. ZIMMERMANN (State Bar No. 273092)
*kzimmermann@kilpatricktownsend.com*
1801 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:  (310) 248-3830
Facsimile:   (310) 860-0363

J. DAVID MAYBERRY (Admitted *Pro Hac Vice*)
*dmayberry@kilpatricktownsend.com*
The Grace Building
1114 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 775-8700
Facsimile:   (212) 775-8800

MARK H. REEVES (Admitted *Pro Hac Vice*)
*mreeves@kilpatricktownsend.com*
Enterprise Mill
1450 Greene Street, Suite 230
Augusta, Georgia 30901
Telephone:  (706) 823-4206
Facsimile:   (706) 828-4488

PLAVE KOCH PLC
JAMES C. RUBINGER (Admitted *Pro Hac Vice*)
*jrubinger@plavekoch.com*
12005 Sunrise Valley Drive, Suite 200
Reston, Virginia 20191
Telephone:  (703) 774-1200
Facsimile:   (703) 774-1201

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| **HONEY BAKED HAM INC.**, | CASE NO.: 8:19-cv-01528-JVS (DFMx) |
| Plaintiff, | **HONEY BAKED HAM COMPANY, LLC'S AND HBH LICENSING, LLC'S INITIAL DISCLOSURES** |
| v. | |
| **HONEY BAKED HAM COMPANY LLC**, et al., | |
| Defendants. | Complaint filed:  August 7, 2019 |

## THE HONEY BAKED HAM COMPANY LLC'S AND HBH LICENSING, LLC'S RULE 26(a)(1) INITIAL DISCLOSURES

Defendants and Counterclaim Plaintiffs The Honey Baked Ham Company, LLC, and HBH Licensing, LLC (together, "Honey Baked USA") submit these Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Honey Baked USA bases these initial disclosures on its knowledge, understanding, and belief as to individuals who may have discoverable information and documents that may support Honey Baked USA's claims or defenses, as of the date of these disclosures. Honey Baked USA has not yet completed its investigation of the facts relating to this action, has not yet interviewed all potential witnesses, and has not yet reviewed all potentially supporting documents. In addition, the parties have not yet conducted any discovery. Honey Baked USA reserves its right to amend, modify, supplement or alter these Initial Disclosures as new information becomes available.

Honey Baked USA does not waive and expressly reserves its right to object to any discovery request or other matter involving or relating to these disclosures on any grounds, including privilege, and attorney work product doctrine, competency, relevancy, proportionality, materiality, hearsay, undue burden, or any other valid objection. Furthermore, these disclosures are not an admission by Honey Baked USA concerning any matter. All of the disclosures set forth below are made subject to the above qualifications.

### A.   PERSONS WITH DISCOVERABLE INFORMATION

Pursuant to Rule 26(a)(1)(A)(i), Honey Baked USA identifies the following persons as individuals likely to possess discoverable information that Honey Baked USA may use to support its claims or defenses in this action, and the subjects of that information, unless solely for impeachment:

| Individual | Subjects of Information |
|---|---|
| Linda van Rees<br><br>Chief Executive Officer, The Honey Baked Ham Company LLC<br><br>(This individual may be contacted through Honey Baked USA's counsel, Kilpatrick Townsend & Stockton, LLP) | • The parties exercise of their rights and obligations under the April 23, 2015, "Honeybaked Ham License Agreement for State of California" ("License Agreement");<br>• communications between Honey Baked USA and Honey Baked California concerning modernization of Honey Baked USA's e-commerce platform;<br>• Honey Baked USA's exercise of its collateral rights under the License Agreement;<br>• communications between Honey Baked USA and Honey Baked California concerning compliance with License Agreement requirements and brand standards;<br>• Honey Baked California's repeated failure to comply with requirements of the License Agreement;<br>• correspondence providing Honey Baked California notice of requirements of the License Agreement;<br>• the trademarks, trade names, trade dress, (Proprietary Marks), domain names, and other intellectual property associated with the HBH Brand and their authorized usage. |
| Jo Ann Herold<br><br>Chief Marketing Officer, The Honey Baked Ham Company LLC | • Honey Baked USA's marketing decisions and the execution of its marketing plans, including but not limited to online marketing; |

| | |
|---|---|
| (This individual may be contacted through Honey Baked USA's counsel, Kilpatrick Townsend & Stockton, LLP) | • Honey Baked USA's exercise of its collateral rights to market and sell to customers in California<br>• Honey Baked Brand standards for marketing, use, and display of the Proprietary Marks;<br>• Honey Baked USA's requirements, standards and policies for use of Proprietary Marks in social media accounts and on social media pages. |
| Dan McAleenan<br><br>Senior Vice-President of Store Operations, The Honey Baked Ham Company LLC<br><br>(This individual may be contacted through Honey Baked USA's counsel, Kilpatrick Townsend & Stockton, LLP) | • Brand standards and requirements of products and services offered under the HBH Brand in retail stores;<br>• quality control audits of Honey Baked California store operations;<br>• communications with Honey Baked California concerning compliance with retail store Brand standards. |
| Greg Hundt<br><br>Senior Vice-President—Supply Chain, The Honey Baked Ham Company LLC<br><br>(This individual may be contacted through Honey Baked USA's counsel, Kilpatrick Townsend & Stockton, LLP) | • Information supporting defenses to the plaintiff's allegations of improper restrictions on product supply;<br>• Honey Baked California's obligations to plan and secure its own product supply. |
| Anna Kitchens<br><br>Vice-President of Food Safety and Quality Assurance, The Honey Baked Ham Company LLC<br><br>(This individual may be contacted through Honey Baked USA's counsel, Kilpatrick Townsend & Stockton, LLP) | • Brand standards regarding food safety and food and menu labeling requirements;<br>• certain of Honey Baked California's failures to adhere to Brand standards concerning food safety and food and menu labeling requirements; |
| Bill Bolton | • Honey Baked USA's efforts to modernize its e-commerce |

| | |
|---|---|
| Senior Vice-President of Information Technology, The Honey Baked Ham Company LLC<br><br>(This individual may be contacted through Honey Baked USA's counsel, Kilpatrick Townsend & Stockton, LLP) | platforms;<br>• Operation and functionality of current and legacy versions of honeybaked.com and of Honey Baked USA's e-commerce sites.<br>• Information regarding analytics for legacy version of www.honeybaked.com and Honey Baked USA's legacy e-commerce website. |
| Mandy Muller<br><br>Senior Manager Customer Experience, The Honey Baked Ham Company LLC<br><br>(This individual may be contacted through Honey Baked USA's counsel, Kilpatrick Townsend & Stockton, LLP) | • Consumer complaints concerning Honey Baked California's packaging and shipping of perishable food during the Easter 2020 season;<br>• Honey Baked California's failure to provide customer service and support during the Easter 2020 season;<br>• communications between Honey Baked USA and Honey Baked California concerning such complaints;<br>• unavailability of Honey Baked California's customer service and support telephone line during the Easter 2020 season. |
| Nicholas Zinkie<br><br>Senior Digital Marketing Manager, The Honey Baked Ham Company LLC<br><br>(This individual may be contacted through Honey Baked USA's counsel, Kilpatrick Townsend & Stockton, LLP) | • Information regarding Honey Baked USA's digital marketing efforts, e-commerce, and mail order business. |
| Andy Hearn<br><br>Vice-President of Sales and Business Development, The Honey Baked Ham Company LLC<br><br>(This individual may be contacted | • Information regarding Honey Baked USA's sales and marketing.<br>• Honey Baked USA's efforts to modernize its e-commerce platforms<br>• Operation and functionality of |

| | |
|---|---|
| through Honey Baked USA's counsel, Kilpatrick Townsend & Stockton, LLP) | the current version of honeybaked.com and Honey Baked USA's e-commerce sites |
| Cortney Boyd<br><br>Vice-President of Client Services, Dragon Army<br><br>(845) 222-5767 | • Information regarding the design and functionality of the National Website, honeybaked.com, and its various subdomains. |

Because Honey Baked UA's investigation is continuing and discovery has not yet commenced, Honey Baked USA has not yet identified all persons likely to possess discoverable information.  Honey Baked USA will amend and supplement these initial disclosures as it identifies such persons.

### B.    RELEVANT DOCUMENTS

At this initial time, Honey Baked USA is not aware of all documents, electronically stored information, and tangible things within its possession, custody, or control that it may use to support its claims and defenses.  Additionally, Honey Baked USA anticipates that many such documents are within Honey Baked California's possession, custody, or control.  Therefore, these document disclosures are preliminary and Honey Baked USA may supplement these disclosures as its investigation and discovery proceed.

The identified documents, to the extent located to date, may be located at Honey Baked Ham Company, LLC's offices at 3875 Mansell Road, Alpharetta, GA, 30022; or the New York office of Honey Baked USA's attorneys, Kilpatrick Townsend & Stockton LLP, 1114 Avenue of the Americas, New York, New York, 10036.  Relevant and non-privileged documents within the disclosed categories will be produced or made available, subject to the entry of a protective order, at a mutually agreed time for inspection and copying at Kilpatrick Townsend & Stockton's New York office, or otherwise produced in a manner agreed by the parties.

1.      The License Agreement;

2.      Correspondence to Honey Baked California providing notice of requirements of the License Agreement;

3.      Brand standards applicable to Honey Baked California under the License Agreement;

4.      Documents concerning Honey Baked California's failure to adhere to applicable laws, license requirements, and brand standards concerning the preparation, packaging, and shipping of food products, food safety, and food menu labeling;

5.      Documents concerning Honey Baked California's sale of unauthorized products;

6.      Examples of, and documents concerning, Honey Baked California's unauthorized use of domain names and social media accounts under the HBH brand;

7.      Documents concerning Honey Baked California's failure to comply with Brand requirements and standards regarding the use and display of Proprietary Marks owned by Honey Baked USA;

8.      Consumer complaints, and documents concerning, Honey Baked California's preparation, packaging, and shipping of perishable food during the Easter 2020 season;

9.      Consumer complaints, and documents concerning, Honey Baked California's failure to provide customer service and support during the Easter 2020 period;

10.      Trademark registration certificates for Honey Baked USA's Proprietary Marks;

11.      Correspondence between Honey Baked USA and selected suppliers regarding supplying product to Honey Baked California;

12.      Documents regarding the design, implementation, and functionality of Honey Baked USA's modernized National Website, honeybaked.com, including but

not limited to its state selector overlay;

13.     Correspondence and communications between Honey Baked USA and Honey Baked California and their respective representatives regarding matters at issue in the litigation.

## C.     COMPUTATION OF DAMAGES

Honey Baked USA is not seeking damages in this action.  As set forth in its Amended Answer to Plaintiff's First Amended Complaint, and Counterclaims (Dkt. No. 110), Honey Baked USA intends to seek its costs and attorneys' fees incurred in this action in accordance with 15 U.S.C § 1117 and the terms of the License Agreement as well as such additional relief as the Court deems just and proper. *Id.*, p. 81.  Honey Baked USA cannot compute those potential amounts until the litigation concludes.

Honey Baked USA expressly reserves the right to supplement or otherwise amend its disclosure as investigation and discovery proceed.

## D.     INSURANCE AGREEMENTS

At this time, Honey Baked USA is not aware of the existence of any insurance agreements under which an insurance business may be liable to satisfy part or all of a judgment entered in this action, or to indemnify or reimburse for payments made to satisfy any such judgment.

DATED:  August 7, 2020

                         /s/ J. David Mayberry
                         J. DAVID MAYBERRY
                         MARK REEVES
                         KOLLIN J. ZIMMERMANN
                         JAMES C. RUBINGER

                         Attorneys for Defendants
                         HONEY BAKED HAM COMPANY, LLC
                         HBH LICENSING, LLC

**DEFENDANTS' INITIAL DISCLOSURES**
CASE NO. 8:19-CV-01528

# PROOF OF SERVICE

## [C.C.P. §§ 1011 and 1013, C.R.C. § 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare I am employed in the City of Atlanta, Georgia in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Kilpatrick Townsend & Stockton LLP, 1100 Peachtree Street, N.E., Atlanta, Georgia 30309.

I served the following document(s) entitled: **DEFENDANTS' INITIAL DISCLOSURES** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope, following the ordinary business practice of Kilpatrick Townsend & Stockton LLP, as follows:

P. Kurt Peterson
K. Nina Reynolds
PETERSON MARTIN & REYNOLDS, LLP
299 third Street, Suite 200
Oakland, California 94607

EMAIL:  kpeterson@pmrlegal.com
         nreynolds@pmrlegal.com

☒    [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐    [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐    [By Hand] I caused to be hand delivered each envelope to the party(ies) so designated on the service list on

☐    [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒    [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above. The transmitting terminal address is lcrumbley@kilpatricktownsend.com.

Executed on this 7th day of August, 2020 at Atlanta, Georgia.

Louie W. Crumbley

# EXHIBIT 26

HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL.
30(b)(6)                    Jo Ann Herold on 07/02/2021

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2                      SOUTHERN DIVISION

 3   HONEY BAKED HAM, INC.,      §
                                 § CASE NO.
 4                               § 8:19-cv-01528-JVS (DFM)
     Plaintiff &                 §
 5   Counterclaim-Defendant,     §
                                 §
 6        vs.                    §
                                 §
 7                               §
                                 §
 8   HONEY BAKED HAM COMPANY,     §
     LLC, et al.,                §
 9                               §
                                 §
10          Defendants &         §
     Counterclaim-Plaintiffs.    §
11                               §
     ~~~~~~~~~~~~~~~~~~~~~~~~~
12
                 VIDEOTAPED 30(b)(6) DEPOSITION OF
13                       JO ANN HEROLD

14
                        9:23 a.m.
15          Friday, the 2nd day of July 2021

16
                      Suite 2800
17             1100 Peachtree Street, NE
                    Atlanta, Georgia
18

19

20
        Blanche J. Dugas, CRR, RPR, CCR No. B-2290
21

22

23

24

25
```

1       A.   Yeah.  Uh-huh (affirmative).

2       Q.   Okay.  And then what do you mean by test and

3   learn?

4       A.   We want to make sure it reads, that the

5   consumer can see it, that it translates.

6       Q.   Okay.  And then you -- you attached a -- a

7   copy of the trademark manual for him?

8       A.   I did.

9       Q.   Can you go to Page 21 in that document.

10      A.   Yes.

11      Q.   And is this the brand standard for how side

12   dishes are supposed to be packaged?

13      A.   Correct.

14      Q.   And looking at Page 23, is this the brand

15   standard for condiments and soups?

16      A.   Correct.

17      Q.   Are there any sites that you track that --

18   that reference -- that -- that rate the brand?  In

19   other words, I mean, for a restaurant, it would be

20   Yelp, whether three stars or five stars.  Do you -- do

21   you track any sites like that?

22      A.   We don't.

23      Q.   Are you aware of the ratings of -- of the

24   brand on -- on such sites?

25      A.   I'm not.

1    STATE OF GEORGIA:

2    COUNTY OF FULTON:

3

4         I hereby certify that the foregoing

5         transcript was reported, as stated in the

6         caption, and the questions and answers

7         thereto were reduced to typewriting under

8         my direction; that the foregoing pages

9         represent a true, complete, and correct

10        transcript of the evidence given upon said

11        hearing, and I further certify that I am

12        not of kin or counsel to the parties in the

13        case; am not in the employ of counsel for

14        any of said parties; nor am I in any way

15        interested in the result of said case.

16

17

18

19

20             BLANCHE J. DUGAS, CCR-B-2290

21

22

23

24

25

# EXHIBIT 27

Message

| From: | Herold, Jo Ann [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=63E4261CF7C5424991C359FFC25A522B-HEROLD, JOA] |
| Sent: | 5/25/2018 4:31:26 PM |
| To: | 'Richard Gore' [rgore@hbhca.com]; Domer, Debbie [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=c45ef33afe3b466ab162563859462a44-Domer, Debb] |
| BCC: | Herold, Jo Ann [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=63e4261cf7c5424991c359ffc25a522b-Herold, Joa] |
| Subject: | RE: From JoAnn re: Trademark Manual |
| Attachments: | Trademark Manual May 15 2018.docx |

Richard,

We are looking forward to seeing you in Atlanta when you are here. I know you have a lot going on there.
So that we can keep the trademark and logo work moving, wanted you to have a copy of the Trademark manual. As you
know this is a iterative process...

For this holiday, any of the new branding work is voluntary for you. We will launch most of it for this holiday (new foil,
bags, web-site, etc.).
For 2019, we will work with you on a few common items for that will be seeking for consistency on the trademark (e.g.,
new foil, tote bag and box).

It's important to note, we will have a "slower burn" on the store signage and will seek to "test and learn" on readability
and consumer reaction.

We are very excited about launching the new branding work. We believe the new graphics speak to our strong heritage--
while contemporizing our brand for the future.

Thanks, as always, for your feedback and support.

All the best,
Jo Ann


From: Richard Gore [mailto:rgore@hbhca.com]
Sent: Thursday, May 17, 2018 6:59 PM
To: Herold, Jo Ann <jherold@hbham.com>; Domer, Debbie <ddomer@hbham.com>
Subject: RE: From JoAnn

Im sorry I was in a legal proceeding on Monday and forgot about you both.
Needless to say I missed today, and tomorrow I won't be in. Im going to be coming out in the next 3 or 4 weeks, ill know
better after my daughter goes to doctors tomorrow she having another baby and is due within the next 3 weeks.
So it would seem that it would be better talk about it than??

From: Herold, Jo Ann [mailto:jherold@hbham.com]
Sent: Monday, May 14, 2018 10:31 AM
To: Richard Gore; Domer, Debbie
Subject: From JoAnn

Richard,



Plaintiff Exhibit
202
Jo Ann Herold
Friday, July 2, 2021
BJ Dugas, CRR, RPR

CONFIDENTIAL

How are you? Looking forward to seeing you soon.

Debbie and I wanted to share the new logo & trademark work with you when have a moment.
Perhaps this Thursday or Friday? Let us know your availability.

Hope all is going well with you. Miss seeing you!

All the best,
Jo Ann

Ex. 27 Page 585
HBHUSA0072539

CONFIDENTIAL

# THE HONEY BAKED HAM COMPANY

# PROPRIETARY MARKS STANDARDS MANUAL



Edited May 11 2018

HBHUSA0072540

CONFIDENTIAL

### i.    Sides Dishes – HONEYBAKED (1 word) mark

This designation is appropriate for any side dishes that complement the core products, hot or cold: Potatoes Au Gratin; Sweet Potato Soufflé; Potato Salad; Cole Slaw; etc. A beauty shot of the product showing end use should be included if the product cannot be seen through the packaging. The colors used on the packaging should be within the approved brand color palette. The recommended fonts should be within the approved brand typography.

Always lead with the HONEYBAKED seal as hero, and include our "Sign Off" at the bottom of the package. This relationship allows the consumer to know that every product is brought to them from the company they've loved for years.



**FPO**

21

**Ex. 27 Page 587**
HBHUSA0072561

CONFIDENTIAL

## ii.   Deserts –HONEYBAKED (1 word) mark

This designation would be appropriate for cheesecakes, carrot cakes, pies, etc., that are unique and proprietary to The HoneyBaked Ham Company.  A beauty shot of the product showing end use should be included if the product cannot be seen through the packaging.  The colors used on the packaging should be within the approved brand color palette.  The recommended fonts should be within the approved brand typography.

Always lead with the HONEYBAKED seal as hero, and include our "Sign Off" at the bottom of the package. This relationship allows the consumer to know that every product is brought to them from the company they've loved for years.



**FPO**

22

**Ex. 27 Page 588**
HBHUSA0072562

iii.    **Condiments and Soups – HONEYBAKED (1 word) mark**

      This category would include proprietary condiments and proprietary soup mixes. The Banner names should be distinct, such as "Josie's Honey Mustard," NOT generic, such as "Cranberry Chutney." The colors used on the packaging should be within the approved brand color palette. The recommended fonts should be within the approved brand typography.

      Always lead with the HONEYBAKED seal as hero, and include our "Sign Off" at the bottom of the package. This relationship allows the consumer to know that every product is brought to them from the company they've loved for years.



**FPO**



iv.    <u>Meats –</u>                                    <u>HONEYBAKED (1 word)</u>

23

# EXHIBIT 28

**HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL**

30(b)(6)                                    Bill Bolton on 07/01/2021

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2                     SOUTHERN DIVISION

 3    HONEY BAKED HAM, INC.,        §
                                    § CASE NO.
 4                                  § 8:19-cv-01528-JVS (DFM)
      Plaintiff &                   §
 5    Counterclaim-Defendant,       §
                                    §
 6                                  §
          vs.                       §
 7                                  §
                                    §
 8                                  §
      HONEY BAKED HAM COMPANY,      §
 9    LLC, et al.,                  §
                                    §
10                                  §
      Defendants &                  §
11    Counterclaim-Plaintiffs.      §
                                    §
12    ~~~~~~~~~~~~~~~~~~~~~~~~~

13          VIDEOTAPED 30(b)(6) DEPOSITION OF
                      BILL BOLTON
14

15                    1:25 p.m.
            Thursday, the 1st day of July 2021
16

17                   Suite 2800
            1100 Peachtree Street, NE
18               Atlanta, Georgia

19

20

21      Blanche J. Dugas, CRR, RPR, CCR No. B-2290

22

23

24

25
```

**HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL**

```
 1        Q.   So this is a -- an interchange, Scott Koon,

 2   is that someone you're familiar with?

 3        A.   He works for me.

 4        Q.   What is his position?

 5        A.   He's the director of application

 6   development.

 7        Q.   And do you know who Sean Heslin is?

 8        A.   Yes.

 9        Q.   Is he someone associated with the California

10   licensee?

11        A.   Yes, he is.

12        Q.   And so it looks like, I guess reading from

13   the last one here, this is a message, "Hi Scott/Bill.

14   Can you please update the in-store reservation list

15   for the California stores."

16             And then -- and then it says, "We're simply

17   replacing ca.honeybaked.com for shophoneybaked.com in

18   the link."

19             Do you recall receiving that?

20        A.   I -- was I copied on these?

21        Q.   Yeah.  Yeah.  It's to you and to Mr. Koon,

22   and it says, "Hi Scott/Bill."

23        A.   Okay.  So what was your question again?

24        Q.   Do you recall receiving this communication?

25        A.   I guess so.
```

HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL
30(b)(6)                       Bill Bolton on 07/01/2021                       Page 24

```
 1        Q.   And so -- and then the response from Scott
 2   is the URLs have been updated to use
 3   shophoneybaked.com instead of ca.honeybaked.com.  So
 4   you had approved the use of that site by -- by
 5   California; is that right?
 6        A.   I had --
 7             MR. MAYBERRY:  Object to the form.
 8        Q.   (By Mr. Solish)  As you understood it,
 9   California was asking you to move to the
10   shophoneybaked site, is that right, and they
11   couldn't -- California couldn't do that without your
12   help; is that right?
13        A.   That's correct.
14        Q.   And so -- and you agreed to do it and
15   facilitated it and moved them to shophoneybaked.com;
16   correct?
17        A.   The link to ca.honeybaked at the time.
18        Q.   And you switched that to shophoneybaked.com;
19   correct?
20        A.   shophoneybaked was a vanity URL that
21   redirected to ca.honeybaked.com.  It landed on
22   ca.honeybaked.com.
23        Q.   And through this interchange and the
24   Exhibit 110 that we're looking at, California was
25   asking to switch to shophoneybaked; correct?
```

HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL

30(b)(6)                    Bill Bolton on 07/01/2021                    Page 25

```
 1       A.   They were asking to use a vanity URL.

 2       Q.   And you approved it?

 3       A.   Yes, I did.

 4       Q.   And after this July 13th, 2018, the URL that

 5   California was using was shophoneybaked.com; correct?

 6       A.   The link we were using was

 7   shophoneybaked.com.

 8       Q.   Okay.  And so that would mean that when --

 9   when something was directed from honeybaked.com after

10   July of 2018, it would then go to shophoneybaked.com;

11   is that right?

12       A.   It would -- the link -- the URL would be

13   shophoneybaked.com, but it would land on another

14   domain called ca.honeybaked.com.

15       Q.   And when you say land on it, that would --

16   can you explain the difference between going to it and

17   landing on it or --

18       A.   Yeah.  If I type --

19       Q.   Sure.

20       A.   Back when this was going on, if I typed in

21   shophoneybaked.com, when I landed on the eCommerce

22   site of California, it would say on the URL

23   ca.honeybaked.com.

24       Q.   Okay.  So -- and a vanity address is

25   something like a vanity license plate, is it?
```

HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL
30(b)(6)                        Bill Bolton on 07/01/2021                        Page 26

```
 1        A.    It's a method of -- there's a couple of

 2   reasons for vanity URLs.  One is customers may think

 3   of you with a different name.  They may misspell your

 4   name.  So you'll use it in those two different cases.

 5   One is, you know, bigdeals@honeybaked.com sort of

 6   thing versus Honey Baked spelled incorrectly.  You use

 7   vanity URLs to redirect to your site.

 8        Q.    Okay.  And it looks like Mr. Koon said that,

 9   "The URLs have been updated to use shophoneybaked.com

10   instead of California honeybaked.com," and that's what

11   happened after this request; is that true?

12        A.    Yes.

13        Q.    Okay.  Who does the digital advertising for

14   the company that you work for?

15        A.    That would be our marketing department.

16        Q.    And who is the head of the marketing

17   department?

18        A.    Jo Ann Herold.

19        Q.    And does your company advertise on Google?

20        A.    For a paid search, yes.

21        Q.    And does the company advertise on Facebook?

22        A.    Yes.

23        Q.    Do you know if your company's Facebook

24   account has ever indicated that there are no Honey

25   Baked Ham stores in California?
```

**HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL**

30(b)(6)                    Bill Bolton on 07/01/2021                    Page 60

```
 1    STATE OF GEORGIA:

 2    COUNTY OF FULTON:

 3

 4         I hereby certify that the foregoing

 5         transcript was reported, as stated in the

 6         caption, and the questions and answers

 7         thereto were reduced to typewriting under

 8         my direction; that the foregoing pages

 9         represent a true, complete, and correct

10         transcript of the evidence given upon said

11         hearing, and I further certify that I am

12         not of kin or counsel to the parties in the

13         case; am not in the employ of counsel for

14         any of said parties; nor am I in any way

15         interested in the result of said case.

16

17

18

19

20         BLANCHE J. DUGAS, CCR-B-2290

21

22

23

24

25
```

# EXHIBIT 29

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2                      SOUTHERN DIVISION

 3   HONEY BAKED HAM, INC.,      §
                                 § CASE NO.
 4                               § 8:19-cv-01528-JVS (DFM)
     Plaintiff &                 §
 5   Counterclaim-Defendant,     §
                                 §
 6       vs.                     §
                                 §
 7                               §
                                 §
 8   HONEY BAKED HAM COMPANY,    §
     LLC, et al.,                §
 9                               §
                                 §
10   Defendants &                §
     Counterclaim-Plaintiffs.    §
11                               §
     ~~~~~~~~~~~~~~~~~~~~~~~~~
12
             VIDEOTAPED 30(b)(6) DEPOSITION OF
13                     CARYN KINZLER

14
                      11:18 a.m.
15           Thursday, the 1st day of July 2021

16
                      Suite 2800
17              1100 Peachtree Street, NE
                    Atlanta, Georgia
18

19

20
        Blanche J. Dugas, CRR, RPR, CCR No. B-2290
21

22

23

24

25
```

 1   records?

 2       A.   I -- I don't know if California has

 3   falsified its records or not.

 4            (Plaintiff's Exhibit 192 was marked

 5        for identification.)

 6       Q.   (By Mr. Solish)  Before we get to this, were

 7   you involved at any time in doing any evaluation of

 8   California, in terms of the possible purchase of

 9   California by your company?

10       A.   I was not.

11       Q.   Okay.  Were you aware of that being done at

12   any time?

13       A.   No.

14       Q.   Okay.  So let --

15            MR. REEVES:  Counsel, what exhibit is

16        this, before you start?

17            MR. SOLISH:  It is 192.

18            MR. REEVES:  Thank you.

19       Q.   (By Mr. Solish) And I'd say take a moment to

20   read it, but I suspect you probably have, but you're

21   welcome to look at anything.

22            So this is a -- was this a text interchange

23   with someone else on your team?

24       A.   It was an instant message --

25       Q.   Instant --

HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL
30(b)(6)                    Caryn Kinzler on 07/01/2021                    Page 17

```
 1        A.    -- interchange over Skype.

 2        Q.    Okay.  And who was the interchange with?

 3        A.    Ann Marie Jernigan, who is our director of

 4   finance.

 5        Q.    Does she report to you or does she --

 6        A.    No.  She reports to David also.

 7        Q.    Okay.  So I want to focus on -- it's about

 8   two-thirds of the way down, the entry here at 4:43

 9   here.  And I'll read it first, then we can talk about

10   it.

11             "Also, I can't handle this California thing

12   anymore.  It's such a witch-hunt, especially given the

13   total dollars and I'm losing patience.  LVR is

14   convinced they're trying to screw understand and wants

15   to do our -- wants -- wants us to do all our own

16   analysis while the auditors are doing theirs as well."

17             So first, let me ask you:  What were the

18   total dollars involved in -- in this dispute or

19   potential dispute with California?

20        A.    I don't recall.

21        Q.    Do you remember if it was relatively modest?

22        A.    This wasn't about a dispute over the

23   dollars.  This was about some inconsistencies that we

24   were seeing in some of the numbers in the BDO reports

25   that we were trying to understand.
```

**HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL**

30(b)(6)                    Caryn Kinzler on 07/01/2021                    Page 18

1       Q.   And so when you say "I can't handle this

2    California thing anymore," what were you saying?

3       A.   There was a lot of back and forth going on

4    about the audit of California with BDO.  We had

5    several read-out sessions going through various drafts

6    with our team, myself and David, the BDO team and

7    Linda, and there were a lot of questions about the

8    data and ensuring that the data was as accurate as

9    possible.

10      Q.   So you were in meetings where Linda was

11    involved and BDO was also there?

12      A.   Yes.  That's correct.

13      Q.   And in the meetings when you were with

14    Linda, did she seem to be obsessed with this issue?

15           MR. REEVES:  Object to form.

16      Q.   (By Mr. Solish)  You can answer.

17      A.   I would say that -- no, I would not use the

18    word obsessed.  I would say that she was -- I would

19    say that she was very determined to make sure that we

20    had an accurate report and the most accurate

21    information possible in this report.

22      Q.   Did you get a sense that she had some

23    emotional investment in proving California was -- was

24    taking advantage in some way?

25      A.   No.  I wouldn't describe it that way.

HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL
30(b)(6)                          Caryn Kinzler on 07/01/2021                          Page 19

1        Q.   Did you have any sense that Ms. van Rees was

2    angry at the people in California?

3        A.   No, I wouldn't describe it that way either.

4        Q.   And so the word here that you used in your

5    communication was witch-hunt; correct?  The phrase was

6    witch-hunt?

7        A.   Yes.

8        Q.   And by witch-hunt, I would take a witch-hunt

9    to be a vehement and unwarranted persecution.  Would

10   you agree with that -- that definition of witch-hunt?

11       A.   No.  Not in that context, no.

12       Q.   So tell me how you would have -- you know,

13   at the time you wrote this, what were you thinking

14   when you used the phrase "witch-hunt"?

15       A.   I think a couple of things.  First of all,

16   there were a lot of competing priorities at that time

17   and a lot going on.  But Linda was -- Linda has a long

18   history of -- I've only been with the company not even

19   three years, and she's obviously been with Honey Baked

20   much longer and knows the data better, I think, than

21   any of the rest of us.  And she was seeing what she

22   believed to be some missing data in the BDO report

23   that she was pushing on and wanting to make sure that

24   both between myself and David as well as the BDO team

25   we ran it to ground to be sure that we had accurate

    1    information.

    2        Q.   And so the witch-hunt suggests something

    3    excessive to me, at least.  Did you feel that she was

    4    pressing harder than you felt was warranted based on

    5    what you had seen?

    6        A.   No, I don't.  I think she was 100 percent

    7    spot on because there was missing data and we were

    8    able to identify and correct it.

    9        Q.   And so at the time you wrote this, you

   10    didn't think she was 100 percent spot on?

   11        A.   At the time I wrote this, I was frustrated

   12    because we were trying to do multiple tasks at the

   13    same time, and this was taking a lot of time from us

   14    trying to get this right.

   15        Q.   And at the time you wrote this, you weren't

   16    seeing that this particular investigation was

   17    warranted?

   18        A.   No, I won't say that.

   19        Q.   So why don't you tell me what you meant by

   20    the phrase "witch-hunt."

   21        A.   Well, I guess I can repeat what I said.  I

   22    think that she was determined to make sure that the

   23    data was right.  At that point, we had already had a

   24    lot of back and forth with BDO.  I guess that she was

   25    right, there was missing data, and I think it was just

**HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL**

30(b)(6)                    **Caryn Kinzler on 07/01/2021**                    Page 33

```
 1   going on.

 2        Q.   And what kind of COVID problems were you

 3   having?

 4        A.   An entire team was remote and trying to

 5   manage employee engagement and --

 6        Q.   Oh, that.

 7             So this is another interchange that you had

 8   with the same person.  And I think we can -- we can

 9   affix the date of it because it was Zachary's eighth

10   birthday.  When would that have -- what would that

11   date be?

12             (Plaintiff's Exhibit 193 was marked

13        for identification.)

14             THE WITNESS:  Well, it looks like the

15        date of this was December 3rd, 2020.

16        Sorry, December 4th.  Yeah, his birthday is

17        December 3rd.  So --

18        Q.   (By Mr. Solish)  Oh, okay.

19        A.   -- I guess the date at the top was the next

20   day.

21        Q.   So starting up here, the phrase here, "You

22   know in Maleficent the king and his massive paranoia

23   about killing Maleficent."  Is that a reference to the

24   Disney -- is that the cartoon or movie?

25        A.   Yes.
```

```
 1        Q.   And then your comment is, "That's my
 2   comparison to LVR and California."
 3             LVR is Linda van Rees?
 4        A.   Yes.
 5        Q.   And so what are you saying about her in
 6   comparing her to Maleficent, the king?
 7        A.   This was really just about her digging in
 8   and spending time going through the reports trying to
 9   understand them, and she didn't have -- the reports
10   that we received from California are saved on our
11   network in an accounting drive, and she doesn't have
12   access to it.  So it was really just some requests to
13   see the reports.
14        Q.   And what was it about Maleficent, the king
15   that you were -- that you were referencing here in
16   massive paranoia?
17             Let me ask it another way.  Paranoia is a
18   form of delusion; correct?  When you say someone is
19   paranoid, you're saying that they are excessively
20   reacting to something.
21        A.   Again, I don't know if anyone's even seen
22   the movie.  I would describe this more of a focus
23   of -- a focus and someone spending their time focused
24   on this and -- yeah, really just spending their time
25   on it.
```

HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL
30(b)(6)                    Caryn Kinzler on 07/01/2021                    Page 36

```
 1   Linda.  It's -- it's -- it's the Angelina Jolie remake

 2   of the Disney movie.

 3         Q.   Okay.

 4         A.   And it's actually -- I can't go into

 5   details.  But anyway.  It's a movie about the king who

 6   has a vendetta against this creature basically.

 7         Q.   Okay.  I mean, I assume from the words

 8   "witch-hunt" and -- and -- and "massive paranoia" and

 9   the word "vendetta" you just used that Linda had --

10   was, let's say, extremely focused on California?

11         A.   From my perspective, she was -- I would use

12   the word focused on California.  I did not have any

13   direct conversations where she quoted to me that she

14   thought that something was wrong or that there was

15   anything that California was doing and certainly not

16   intentionally.  It was just requests for data and her

17   spending time looking at it.

18              I didn't spend time doing read-outs with

19   her, as far as what she was finding or how she was

20   going through the data.

21         Q.   So -- so after you said you -- the

22   comparison to massive paranoia about Maleficent,

23   "That's my comparison to LVR and California," and the

24   reaction is, "Yep.  And then after that, you say, "She

25   called me this morning.  I just don't even have
```

```
 1    STATE OF GEORGIA:

 2    COUNTY OF FULTON:

 3

 4         I hereby certify that the foregoing

 5         transcript was reported, as stated in the

 6         caption, and the questions and answers

 7         thereto were reduced to typewriting under

 8         my direction; that the foregoing pages

 9         represent a true, complete, and correct

10         transcript of the evidence given upon said

11         hearing, and I further certify that I am

12         not of kin or counsel to the parties in the

13         case; am not in the employ of counsel for

14         any of said parties; nor am I in any way

15         interested in the result of said case.

16

17

18

19

20         BLANCHE J. DUGAS, CCR-B-2290

21

22

23

24

25
```

# EXHIBIT 30

| Message | |
|---|---|
| **From**: | ckinzler@hbham.com |
| **Sent**: | 8/4/2020 3:12:26 AM |
| **To**: | ajernigan@hbham.com; ckinzler@hbham.com |
| **Subject**: | Conversation with Jernigan, Ann Marie |

redacted

ckinzler@hbham.com [4:43 PM]:
  also, I can't handle this CA thing anymore....it's such a witch hunt, esp given the total dollars, and I'm losing patience.
  LVR is convinced they're trying to screw us and wants to do all our own analysis while the auditors are doing theirs as
  well.
ajernigan@hbham.com [4:43 PM]:
  talking with David at 1 and am just trying to prep my patience as he is going to grill me on details and we are on day
  0.5 of looking at the total picture
ajernigan@hbham.com [4:44 PM]:
  OMG on CA
ckinzler@hbham.com [4:44 PM]:
  I'm guessing he'll do the same at 2....
ckinzler@hbham.com [4:44 PM]:
  CA is just a complete distraction with everything else going on
ajernigan@hbham.com [4:46 PM]:
  And it makes it hard when your CEO is convinced the data is wrong
ajernigan@hbham.com [4:46 PM]:
  from what Greg told me LVR was already asking about the roll up again in the LT meeting.
ajernigan@hbham.com [4:46 PM]:

OMG everything was still being loaded over the weekend.

ckinzler@hbham.com [4:47 PM]:

OMG

ckinzler@hbham.com [4:47 PM]:

that's everything I hate about budgets....they also need to give you half a second to actually look at it once it's submitted

ajernigan@hbham.com [4:47 PM]:

right

ajernigan@hbham.com [4:47 PM]:

so annoying

ajernigan@hbham.com [4:47 PM]:

at least everything is in

ajernigan@hbham.com [4:48 PM]:

either first pass or placeholder

ajernigan@hbham.com [4:48 PM]:

just taking deep cleansing breaths

ckinzler@hbham.com [4:48 PM]:

David wants to spend our entire 1x1 discussing CA tomorrow – I just can't. Breakage. Tremaine. Budget. Close. Everything else.

ckinzler@hbham.com [4:49 PM]:

audit

# redacted

## Redacted - Nonresponsive Confidential

Ex. 30 Page 610

HBHUSA0094722

# Redacted - Nonresponsive Confidential

ckinzler@hbham.com [4:54 PM]:
 ugh
ajernigan@hbham.com [4:54 PM]:
 which we are reviewing with Dan tomorrow morning - that is where David needs to be patient
ajernigan@hbham.com [4:54 PM]:
 Dan has not even seen the rollup yet - Justin just sent
ajernigan@hbham.com [4:56 PM]:
 T minus 4 min...whish me luck!!!

HBHUSA0094723

# EXHIBIT 31

HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL.
30(b)(6)                    Dan McAleenan on 06/30/2021

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2                     SOUTHERN DIVISION

 3   HONEY BAKED HAM, INC.,      §
                                 § CASE NO.
 4                               § 8:19-cv-01528-JVS (DFM)
     Plaintiff &                 §
 5   Counterclaim-Defendant,     §
                                 §
 6      vs.                      §
                                 §
 7                               §
     HONEY BAKED HAM COMPANY,     §
 8   LLC, et al.,                §
                                 §
 9                               §
     Defendants &                §
10   Counterclaim-Plaintiffs.    §
                                 §
11   ~~~~~~~~~~~~~~~~~~~~~~~~~

12         VIDEOTAPED 30(b)(6) DEPOSITION OF
                    DAN McALEENAN
13

14                   10:03 a.m.
          Wednesday, the 30th day of June 2021
15

16                   Suite 2800
             1100 Peachtree Street, NE
17               Atlanta, Georgia

18

19

20      Blanche J. Dugas, CRR, RPR, CCR No. B-2290

21

22

23

24

25
```

**HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL.**

30(b)(6)                    Dan McAleenan on 06/30/2021                    Page 38

```
 1        A.   Yes.  Breakfast catering.  There are certain
 2   approved products that can be used for breakfast.
 3   It's not widely done, but there are some.
 4        Q.   You made a point to say breakfast catering.
 5   So --
 6        A.   Off premise, not open to serve breakfast in
 7   the dining room.  None that I'm aware of, and only a
 8   few -- only one actually that I'm aware of doing
 9   breakfast catering.
10        Q.   Which franchisee does breakfast catering?
11        A.   Athens, Gainesville, Georgia.  Two
12   locations.
13        Q.   Do they offer similar items as Northridge,
14   waffles, bacon?
15        A.   No.
16        Q.   What do they offer?
17        A.   I believe there's a croissant and egg
18   sandwich with ham.  A very narrow menu.
19        Q.   How do you verify if your franchisees are
20   complying with brand standard?
21        A.   There's a number of ways.  I had mentioned
22   earlier the Steritech audits, which are food
23   safety-focused audits which would measure certainly
24   our standards and local authority standards for health
25   and food safety, product temperatures and cleanliness
```

**HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL.**

30(b)(6)                    Dan McAleenan on 06/30/2021                    Page 39

 1   and sanitation standards.

 2           And then there's also the ham evaluations

 3   that I mentioned earlier.  We would have a

 4   representative of the company, a franchisee business

 5   leader as they're called.  They may support several

 6   franchisees, 30 to 40 stores in their territory, and

 7   they would periodically, when they visit the store,

 8   perform a ham evaluation.

 9           We also had what we call an OER, an

10   operations excellence report, that's broader than that

11   that would observe things like sandwich preparation,

12   the production process and how hams are being

13   produced, the cleanliness of the dining room, the

14   restrooms, the parking lot, things of that nature.

15      Q.   Do you also use mystery shops to test

16   whether your franchisees are complying with brand

17   standards?

18      A.   We don't currently perform mystery shops in

19   the franchise stores.

20      Q.   Why did you stop?

21      A.   We haven't performed them during my time

22   here, so I wasn't a party to any discussions.  I can't

23   really say if they were ever performed in the

24   franchise stores.

25      Q.   Were they performed for California?

HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL.
30(b)(6)                    Dan McAleenan on 06/30/2021                    Page 40

```
 1        A.    At -- we performed them during my time in
 2   our Atlanta market as well as our California stores.
 3   Atlanta company stores we performed them in an exact
 4   same form that we used in the California stores.
 5        Q.    Why do you conduct mystery shops on
 6   California?
 7        A.    The purpose of mystery shops in our own
 8   stores or any store is to get another view of what's
 9   going on in a store.  Announced visits are one
10   snapshot.  GoServ, our Steritech audits are another
11   snapshot.  It get -- it's more geared towards a
12   customer view of the business and how well standards
13   are -- are met when someone is not announcing that
14   they're coming into the store.  So it's just a tool
15   that we've used over the years to help maintain
16   standards.
17        Q.    And you don't use that tool on your
18   franchise stores?
19        A.    No.  We use the Steritech audit, which is
20   the -- in the franchise stores.
21        Q.    And that's an announced --
22        A.    No.
23        Q.    -- visit?
24        A.    It's both an announced and an unannounced.
25   So one is announced and a second one is not announced.
```

**HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL.**

30(b)(6)                    Dan McAleenan on 06/30/2021                    Page 41

```
 1        Q.   And you --

 2        A.   Twice a year.

 3        Q.   I'm sorry.

 4        A.   Twice a year.  Sorry.  One and one.  One

 5   announced and one unannounced.

 6        Q.   I'm sorry for interrupting.

 7             Do you also use Steritech for California?

 8        A.   Steritech, yes, visits the California

 9   stores.

10        Q.   Do you hire anyone to go through the trash

11   at your franchise stores?

12        A.   I am unaware of that ever happening with our

13   franchise stores.  It's not something that I've

14   directly been involved in.

15        Q.   Why not?

16        A.   I haven't had a need to.

17        Q.   Have you hired someone to go through the

18   trash at the California stores?

19        A.   I have no knowledge of that.  I personally

20   have not, and I don't know of that occurring.

21        Q.   No one's told you that the LLC has hired

22   private investigators to go through the trash at the

23   California stores?

24        A.   No.

25        Q.   Do you see any need to go through the trash
```

**HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL.**

30(b)(6)                    Dan McAleenan on 06/30/2021                    Page 50

```
 1    use, but we worked with them to try to develop one

 2    that could be modified for their uses as a tool to

 3    help meet brand standards.

 4        Q.   Is California complying with brand

 5    standards?

 6        A.   That's a pretty general question.  In any

 7    given moment, I'm not there right now to observe

 8    what's going on with California stores.  But the

 9    measurement that I see would be their Steritech audits

10    that measure brand standards related to food safety.

11    And so I can't really speak from personal observation

12    outside of that currently.

13        Q.   So is California currently complying with

14    brand standards for food safety?

15        A.   As measured by the Steritech audits, which

16    may not capture everything.  And it's a snapshot of a

17    moment in time related to store operations.

18    Generally, those audits indicate they're meeting those

19    standards defined in those reports.

20        Q.   So is California complying with brand

21    standards for food safety?

22        MR. MAYBERRY:  Object to the form.

23        THE WITNESS:  Related to what's

24     measured?  There are -- from time to time

25     there will be standards missed within those
```

**HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL.**

30(b)(6)                     Dan McAleenan on 06/30/2021                     Page 52

```
 1        standards to that.  I'm telling you my
 2        knowledge as measured by that form.  I will
 3        say the ham evaluations, for example.  At
 4        the time that I trained them on the use of
 5        the ham evaluations, they were not meeting
 6        the standards as I observed them and as we
 7        measured by the ham evaluation.  That was
 8        the purpose of sharing with them, was to
 9        calibrate and make sure that they fully
10        understood what was expected and had a tool
11        that they could use that would help them
12        meet those standards.
13        Q.   (By Mr. Shaumyan)  And do they currently
14   meet the ham evaluation standards?
15        A.   I don't currently have observational
16   measurement by which I can answer that -- that
17   question.
18        Q.   Have you terminated a franchisee for failure
19   to comply with brand standards?
20        A.   I have not personally been involved in the
21   termination of a franchisee for failure to meet brand
22   standards.
23        Q.   Do you know if that's ever been done?
24        A.   I don't have personal knowledge of it.
25        Q.   If -- on the Steritech evaluation, if a
```

Ex. 31 Page 619

**HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL.**

30(b)(6)                    Dan McAleenan on 06/30/2021                    Page 53

1    franchisee isn't meeting brand standards, what

2    happens?

3        A.   If a franchisee scores below 90 percent,

4    they submit an action plan and correcting

5    deficiencies.  If they score below an 85 percent,

6    there are more frequent audits performed at the

7    expense of the franchisee.  Rather than two a year, it

8    would be one a quarter that is completed.  So there's

9    an increased follow-up and accompanied by an

10   evaluation -- or excuse me -- an action plan to

11   address the deficiencies.

12           (Plaintiff's Exhibit 151 was marked

13        for identification.)

14       Q.   (By Mr. Shaumyan)  You just got Exhibit 151.

15   Do you recognize that?

16       A.   Give me a moment to familiarize myself with

17   it.

18           Yes, I recognize -- I don't recall the exact

19   e-mail, but I recognize the -- the document here

20   for -- labeled 3.8, update national standards for -- I

21   believe that's conduct for business.  There's a

22   misspelling in the top of the page.

23       Q.   Missing an E?

24       A.   And an R for for, "Fo business."  Mine just

25   says F-O business.

```
 1    inspections since 2015, so I'm just going to ask you a

 2    couple questions about Exhibit 153.

 3              This says that Dave -- pronounced Keil?

 4         A.   Yes.

 5         Q.   -- visited California, looks like September

 6    2015?

 7         A.   Uh-huh (affirmative).

 8         Q.   Is that correct?

 9         A.   Yes.

10         Q.   In getting ready for today's deposition, did

11    you look into, you know, what Mr. Keil did on his

12    visit in September of 2015?

13         A.   I reviewed this correspondence, yes.

14         Q.   So it says, you know, he met with the

15    licensee, Mr. Gore; is that correct?

16         A.   This indicates that he was on his way to

17    meet with the licensee.

18         Q.   Do you think he actually met with Mr. Gore?

19         A.   It's my understanding he did.

20         Q.   And it says he was going to visit an

21    eCommerce facility.  You think he visited an eCommerce

22    facility?

23         A.   He indicates he was going to.  My -- my

24    understanding is he did.

25         Q.   And he was going to visit several stores?
```

**HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL.**

30(b)(6)                    Dan McAleenan on 06/30/2021                    Page 70

1        A.    Yes.

2        Q.    And he was going to discuss growth plans and

3    brand standards?

4        A.    That's what his communication states, yes.

5        Q.    And he was going to discuss food safety?

6        A.    Yes.

7        Q.    Do you know what, if anything, happened

8    after this visit?

9        A.    I don't have personal knowledge, and may

10   have read some other communications related to this

11   visit.  Nothing that ever happened on this visit was

12   incorporated into my thinking or my working with

13   California.

14       Q.    What did you see, what correspondence did

15   you see that happened after this visit?

16       A.    I believe there was some communication

17   between he and another member of the company, Maggie

18   DeCan, perhaps, and he gave just a general summary of

19   observations.  It wasn't detailed.  It was in

20   correspondence around other things, and it was

21   referenced or mentioned.  I don't recall the specific

22   details of that.

23       Q.    And what was -- what were his general

24   observations?

25       A.    That overall product quality looked pretty

Ex. 31 Page 622

**HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL.**

30(b)(6)                   Dan McAleenan on 06/30/2021                   Page 71

 1   good.  I remember a reference to merchandising looking

 2   like Cracker Barrel.  It wasn't -- it wasn't a

 3   positive attribute.  There were some merchandising

 4   opportunities about too much product on the floor.

 5        Q.   Was there anything in there about the side

 6   dishes that California was selling?

 7        A.   I'd have to see the communication.  I don't

 8   recall that.

 9             (Plaintiff's Exhibit 154 was marked

10        for identification.)

11        Q.   (By Mr. Shaumyan)  Sir, I think you've been

12   given Exhibit 154 --

13        A.   Uh-huh (affirmative).

14             MR. MAYBERRY:  Let him have a chance

15        to review this, please.

16             MR. SHAUMYAN:  I'm sorry.

17             THE WITNESS:  Okay.

18        Q.   (By Mr. Shaumyan)  Have you seen this e-mail

19   before?

20        A.   I have.  Well, I take that back.  I don't --

21   this was from 2015.  At first, I had thought it might

22   have been from when we implemented mystery shops,

23   which were with the same company, and took similar

24   photos.  Some of the photos would have been probably

25   the same.  I've seen pictures of the outside of these

**HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL.**

```
 1   buildings and these signs before.  So I don't know if

 2   it was this specifically as this correspondence wasn't

 3   addressed to me, I hadn't yet started.  So, no, I've

 4   seen these photos of these stores before, but I don't

 5   recall seeing this specific communication.

 6       Q.   And these are pictures of the California

 7   stores?

 8       A.   Yes.

 9       Q.   And this was another mystery shop done

10   around September of 2015?

11       A.   It appears so.

12       Q.   And it's an e-mail from Mandy Muller.

13       A.   Correct.

14       Q.   Who is Mandy Muller?

15       A.   Mandy is a director in the company over

16   service.  She's our SMG, service management group

17   contact.  All things customer service basically.

18       Q.   And it's an e-mail she sent to David Keil?

19       A.   Looks like it's to Dave Keil, Maggie DeCan

20   and Molly Kesmodel.

21       Q.   And I think is this pretty consistent with

22   your typical mystery shop, take pictures, food?

23       A.   This is an excerpt.  It's not a full mystery

24   shop here, but you would typically receive photos of

25   the store and of the product, yes.
```

**HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL.**

1      Q.    And I think Ms. Muller says, "This is a

2   sneak peak of some of the pictures."

3      A.    Yeah.  It doesn't look like there was any

4   full shop.  The receipts are part of that just to

5   validate, give evidence of the purchase that actually

6   took place.  So this would be typical of a mystery

7   shop.

8      Q.    If you'd turn to Page 715, are those the

9   items the mystery shopper purchased?  In that picture

10  on the bottom.  I apologize.

11     A.    It seems so.  It's hard to tell exactly what

12  those items are from the photo, but I think that's a

13  sandwich and some side dish and a drink.  And I don't

14  know what the item is in the lower left-hand corner.

15  I don't recognize that packaging, that shape.

16     Q.    And it's also a picture of the tote bag that

17  was used at the time; right?

18     A.    Yes.

19     Q.    And the utensils and --

20     A.    Yes.

21     Q.    -- and the napkins.

22          Can you tell what type of side dish that is?

23     A.    I -- I can't say with certainty.  I can't

24  read it on the label.  It looks like potato salad,

25  looking at the color of it, that yellowish color and

1    the consistency there, but I don't know for a fact.

2        Q.    And it has the Honey Baked name on it?

3        A.    The Honey Baked name is on there, yes, on

4    the -- their label that they've affixed to it.

5        Q.    Did the company tell California to stop

6    using the Honey Baked name on the side dish?

7        A.    I don't know.

8        Q.    Are royalties paid on side dishes?

9        A.    Yes.

10            (Plaintiff's Exhibit 155 was marked

11        for identification.)

12        Q.    (By Mr. Shaumyan)  This one is a big one.

13    You've just been given Exhibit 155.  Have you seen

14    this document before?

15        A.    I don't believe so.  It's possible that some

16    of these examples of mystery shops in here were used

17    as a reference when we developed the new shops that we

18    did in 2000- -- again, '19, I believe.  So I may have

19    looked at one of those documents at that time to build

20    upon.  But what you've just handed me in totality, I

21    have not viewed before.

22        Q.    I appreciate that.  Thank you.

23            So you didn't see this before in getting

24    ready for today's deposition?

25        A.    No.

Case 8:19-cv-01528-JVS-DFM   Document 187-7   Filed 08/30/21   Page 94 of 227   Page ID
#:5268
HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL.
30(b)(6)                          Dan McAleenan on 06/30/2021                        Page 76

```
 1    unidentified side dish there.  I can't speak to what's

 2    in that container.  There's a label on top and it's

 3    not clear from the photo.

 4        Q.   And the label on top, is that the Honey

 5    Baked name on it?

 6        A.   Yes.

 7             (Plaintiff's Exhibit 156 was marked

 8       for identification.)

 9        Q.   (By Mr. Shaumyan)  This is Exhibit 156 that

10    we're on.  Have you seen this e-mail?  It looks like

11    it's from Linda Heasley to Linda van Rees, at the top

12    at least.

13        A.   Let me just read it to make certain.

14        Q.   Take your time.

15        A.   I don't believe I've seen this specific

16    document.

17        Q.   There's an e-mail at the bottom, a

18    March 30th, 2017 e-mail from Linda Heasley to

19    Mr. Gore.  It says, "Thank you for your time.  It was

20    great meeting you and putting a face to voice."

21             Do you see that?

22        A.   Yes.

23        Q.   Did you know that Ms. Heasley visited the

24    California stores in March of 2017?

25        A.   I'm aware that she did.
```

Ex. 31 Page 626A

**HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL.**

```
 1        Q.    And who was with her?

 2        A.    Perhaps Molly Kesmodel.  I don't recall for

 3    certain.

 4        Q.    Was Adam Haigh with her?

 5        A.    Yes, I believe he was.  Yes.

 6        Q.    Now, I'll spell the last name.  H-A-I-G-H.

 7        A.    Yes.

 8        Q.    Who is Adam Haigh?

 9        A.    He was our corporate counsel at the time.

10        Q.    He was general counsel?

11        A.    General counsel, yes.

12        Q.    Of the LLC?

13        A.    Yes.

14        Q.    Do you know what they did on their -- on

15    their March 2017 visit to California?

16        A.    I believe a general tour of stores, visited

17    stores that perhaps Richard would have guided them to,

18    might have done something similar to what we did in --

19    in -- Linda and I did on our visit.

20        Q.    Have you seen any documents or

21    correspondence describing their visit afterwards?

22        A.    I may have.  I don't recall details, but if

23    you've got something I can look at to refamiliarize

24    myself, it's possible.

25        Q.    Do you remember anything in specific about
```

**HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL.**

30(b)(6)                    Dan McAleenan on 06/30/2021                    Page 94

```
 1   well.  And if you were to look at corporate and

 2   franchise, it would be 2.0.  The Heavenly brand was

 3   higher at 4.0.

 4       Q.   So corporate stores had 2.0 average critical

 5   violations?

 6       A.   Franchise the same, yes.

 7       Q.   Is below 80 percent a failing score?

 8       A.   We view below 85 percent a failing score.

 9       Q.   If you'd turn to the next page, is this a

10   comparison between the scores from 2017 and 2018?

11       A.   It is.

12       Q.   And in 2018, five percent of the -- five and

13   a half percent of the scores -- of the stores were

14   below 80 percent?

15       A.   That's correct.

16       Q.   Five percent of the stores -- 5.5 percent of

17   the stores failed?

18       A.   That is correct.

19       Q.   Do you know what the distribution is between

20   the franchise stores and the corporate stores?

21       A.   On this page, it doesn't break it out.  I

22   can tell you that generally the corporate stores score

23   higher than the franchise stores by a point and a half

24   or so, on average.

25       Q.   Have you terminated any franchise stores for
```

 1    failing the EcoSure test?

 2         A.   No.

 3         Q.   Have you closed any corporate stores for

 4    failing the EcoSure test?

 5         A.   When a franchise store fails an audit, as I

 6    mentioned, there's an action plan to address and then

 7    a follow-up score.  If there were to be continued

 8    failure, it would lead to that.  The corrective

 9    measures that have been put in place and follow-up

10    audits have led to improved scores.

11         Q.   And in this chart on Page 633, it shows that

12    .9 percent of the stores for the LLC scored between 98

13    and 100?

14              MR. MAYBERRY:  Object to the form.

15              THE WITNESS:  I'm sorry, which page

16      are you on?

17         Q.   (By Mr. Shaumyan)   633.

18         A.   Yes.

19         Q.   If you'd turn to Page 639, it -- what is

20    this?

21         A.   This is a summary of the most commonly-noted

22    variances, if you will, or missed question numbers on

23    the audit.

24         Q.   Are these violations of brand standards?

25         A.   This would be where someone is missing --

**HONEY BAKED HAM, INC. vs HONEY BAKED HAM COMPANY, LLC, ET AL.**

30(b)(6)                     Dan McAleenan on 06/30/2021                     Page 126

```
 1    were -- I believe Easter was the 12th.  This
 2    communication was early in the morning on the 11th.  I
 3    think I spoke to him late in the evening on the 10th.
 4    So, yeah, I thought it was important.
 5         Q.   And you told this customer that Richard --
 6    Mr. Gore would contact him immediately and valued his
 7    loyalty; correct?
 8              MR. MAYBERRY:  Object to the form.
 9              THE WITNESS:  I told him that someone
10         from his organization would be reaching out
11         to resolve the situation.  I didn't tell
12         him Richard would.
13         Q.   (By Mr. Shaumyan)  And you told Mr. Gore, "I
14    know these things occur."
15         A.   Errors, failures.  Perfection is not
16    possible.  You're going to fail to meet the -- the
17    mark.  So that was really -- you know, I was trying to
18    be understanding during an intense time.
19         Q.   It's because it happens in your business as
20    well.
21         A.   Not with a high degree of frequency, but it
22    does happen.
23              MR. SHAUMYAN:  I think I'm done.  If I
24         could just have maybe five or ten minutes
25         to look at my notes.
```

```
 1    STATE OF GEORGIA:

 2    COUNTY OF FULTON:

 3

 4         I hereby certify that the foregoing

 5         transcript was reported, as stated in the

 6         caption, and the questions and answers

 7         thereto were reduced to typewriting under

 8         my direction; that the foregoing pages

 9         represent a true, complete, and correct

10         transcript of the evidence given upon said

11         hearing, and I further certify that I am

12         not of kin or counsel to the parties in the

13         case; am not in the employ of counsel for

14         any of said parties; nor am I in any way

15         interested in the result of said case.

16

17

18

19

20         BLANCHE J. DUGAS, CCR-B-2290

21

22

23

24

25
```

# EXHIBIT 32

CONFIDENTIAL

| Message | |
|---|---|
| **From:** | Kurz, Craig [ckurz@honeybaked-oh.com] |
| **Sent:** | 2/27/2015 4:14:55 PM |
| **To:** | Lou Schmidt, Jr. [loujr@honeybaked-mi.com]; Curtis, Vaughan [Vaughan.Curtis@alston.com]; VanRees, Linda [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=74300c1f1cf84c39ab99f740f98fbf76-VanRees, Li]; DMayberry@KilpatrickStockton.com |
| **CC:** | Kurz, Craig [/O=HONEYBAKED HAM COMPANY/OU=Atlanta/cn=Recipients/cn=CKurz] |
| **Subject:** | California Mystery Shop Summary |
| **Attachments:** | California Shop Summary.pdf |

Here is a summary of the California Mystery Shops. I've attached a document that came from a website that contains all
the details on a store by store basis. If anyone would like access to that site, just let me know. Under separate cover, for
your records and review, I will send the link to every shop since the photographs really didn't come out well in the pdf
version. Take some time to click on a few of them and you'll see larger images of the signage and hams, etc.

95%+ of the comments regarding the ham quality/appearance, sandwich purchases or exterior/interior were very
positive. No real negative or alarming verbatim's contained within the individual store shops. I gave a sampling of the
verbatim's below.

Let me know if you'd like to discuss further.

Here's the Headlines:

- 36 Shops – ALL stores
- 12 Hams Purchased and Photographed – top/face
  - My personal opinion after reviewing the ham photographs is that while none would make the 'cover a
    HoneyBaked catalog', 1/3rd or so were fine, 1/3 ok, and 1/3 kind of rough looking. But surprising, even
    some of the ok/rough looking ones were contained in overall shop scores of 90+%.
  - Many positive comments – 'very high quality', 'tasted delicious and fresh', 'ham was perfect', 'sweet
    tasting flavor and tasted fresh', 'ham was fresh and moist', 'pleasing honey flavor permeating the meat',
    'ham was high quality, well-marbled and without excess fat', 'ham was excellent quality', 'ham was
    moist and flavorful'...
- 24 Sandwiches Purchased – no photographs, but service, food, etc. scored
  - Sandwich Comments
    - 'ham sandwich was flavorful and fresh', 'veggies were fresh and sandwich was neatly made',
      'sandwich was cooked fresh and had great flavor', 'bacon on the sandwich cooked to
      perfection', 'got a salad and the lettuce was fresh and crisp and it was cold', 'got a turkey classic
      and it had succulent turkey'...
- All Exterior Signage Photographed, including secondary signage, window signage and graphics etc.
  - 17 Locations contained Hexagon Store Signage – 5 of the 17 was typeface only, not hexagon/swirl
    1. Stockton
    2. North Hollywood
    3. Torrance – typeface only
    4. Anaheim
    5. La Habra
    6. Orange
    7. Rancho Mirage – typeface only
    8. Riverside – typeface only
    9. San Bernardino – typeface only (1/2 signage was dark, other ½ was lit)
    10. Encinitas – typeface only
    11. Escondido
    12. La Mesa



Plaintiff Exhibit

**152**

**Dan McAleenan**
Wednesday, June 30, 2021
BJ Dugas, CRR, RPR

            13. San Diego
            14. Colma
            15. Palo Alto
            16. San Jose
            17. Ventura

- 10 Stores received a 100% Score
- 10 Stores received a 95-99% Score
- 6 Stores received a 90-94% Score
  - o 26 out of 36 stores or 73% received 90% or above
- 4 Stores received an 80-89% Score
- 6 Stores received a 79% or below Score
- Appearance Comments
  - o 'Clean, free of debris', 'glass free of smudges', 'store was immaculate', 'floor was clean, food prep area looked clean, neat and organized', 'entryway was clean, debris free', 'windows had no smudges and everything looked sparkling', 'huge windows – all seemed clean and debris free', 'exterior and surrounding area clean and free of trash or unnecessary items', 'food area was neatly organized', 'product display was clean and neatly organized', 'food prep area was clean, stocked', 'no clutter evidenced inside the store and no spills, debris on floor or counter', 'interior floor and countertops were clean', 'windows were free from streaks and fingerprints', 'windows were clean and smudge free', 'sidewalk was clear of debris', 'eating tables were clean and neat', 'deli case was clean and without fingerprints', 'store was clean and well kept', 'restroom was clean and supplies fully stocked', 'no trash or spills in parking lot', glass and doors were clean and saw no visible fingerprints', 'nothing was expired or looked less than fresh', 'associate wore a pair of gloves when she worked on my order', 'displays were nicely merchandised', 'food prep area as neat and clean', 'associates were well groomed and wearing clean uniforms', 'inside of store was immaculate and tables were clean and inviting', 'the sandwich prep area appeared sanitary and well maintained', 'floor, counters, tables were spotless', 'counters and tables wiped clean'...

HBHUSA0011975

ient Home Page



SELECT SURVEY

HoneyBaked/Limited Partnership: Mystery Shop ∨

| Reports | Locations | Shop Logs | View Form | My Account |

**SHOW ONLY SHOPS:**
Entire Company ∨
-- Group -- ∨ **Full View**

**DATE RANGE:**
From 2-2015 ∨
Show 1 ∨



**Top 5 s**
| | |
|---|---|
| 1. Pasadena | 100% |
| 2. North Hollywood | 100% |
| 3. Palo Alto | 100% |
| 4. Stockton | 100% |
| 5. Huntington Beach | 100% |

**Bottom 5 s**
| | |
|---|---|
| 1. Culver City | 67% |
| 2. La Mesa | 72% |
| 3. San Diego | 73% |
| 4. San Jose | 74% |
| 5. Lakewood | 76% |

**91.97%**

**Trending Relative to Threshold (90%)**

Mar 14, Apr 14, May 14, Jun 14, Jul 14, Aug 14, Sep 14, Oct 14, Nov 14, Dec 14, Jan 15, Feb 15, Mar 15

Ex. 32 Page 635
HBHUSA0011976

CONFIDENTIAL

HONEYBAKED  HoneyBaked/Limited Partnership: Mystery Shop  Patty Bray                    Entire Company  1/1/15 - 2/28/15  36 Evaluations



YOUR SCORE

91.97



COMPANY OVERVIEW



SECTIONAL SCORES

Sampling
Station 94.85
Service 90.58
In-Store service 90.75
Appearance 93.83
Overall 87.22

Entire Company



RECENT EVALUATIONS

[None]

## IMPROVABLE QUESTIONS

| Question | Points Lost | Potential Evaluation Score Current Score: 91.97 |
|---|---|---|
| 3. On a scale from 1-10 (with 10 being the highest), rate the overall in-store team member based on their knowledge, helpfulness and suggestive skills: | 57 | 94.01 |
| 4. On a scale of 1-10 (with 10 being the highest), rate your overall experience: | 46 | 93.70 |
| 2. Did the in-store team member display knowledge of the menu, preparation instructions and/or serving suggestions? | 30 | 93.26 |
| 4. Were marketing materials/signage clear and prominently displayed? | 30 | 93.26 |
| 2. Was the interior of the store (floors, windows and doors) clean and free of spills? | 25 | 93.12 |

## DRILLDOWN RANKING

| Level | Rank | Percent Rank | # Evaluations | Score |
|---|---|---|---|---|
| North Hollywood | 1 | 100 | 1 | 100.00 |
| Colma | 1 | 100 | 1 | 100.00 |
| Pasadena | 1 | 100 | 1 | 100.00 |
| San Bernardino | 1 | 100 | 1 | 100.00 |
| Huntington Beach | 1 | 100 | 1 | 100.00 |
| Encinitas | 1 | 100 | 1 | 100.00 |

Ex. 32 Page 636
HBHUSA0011977

CONFIDENTIAL

| Level | Rank | Percent Rank | # Evaluations | Score |
|---|---|---|---|---|
| Stockton | 1 | 100 | 1 | 100.00 |
| Bakersfield | 1 | 100 | 1 | 100.00 |
| Palo Alto | 1 | 100 | 1 | 100.00 |
| Riverside | 1 | 100 | 1 | 100.00 |
| Upland | 11 | 71 | 1 | 99.00 |
| Ventura | 11 | 71 | 1 | 99.00 |
| Fair Oaks | 11 | 71 | 1 | 99.00 |
| Concord | 11 | 71 | 1 | 99.00 |
| Fremont | 11 | 71 | 1 | 99.00 |
| Torrance | 16 | 57 | 1 | 98.00 |
| Tustin | 16 | 57 | 1 | 98.00 |
| La Habra | 16 | 57 | 1 | 98.00 |
| Escondido | 16 | 57 | 1 | 98.00 |
| Oakland | 20 | 46 | 1 | 96.00 |
| Pleasanton | 21 | 43 | 1 | 94.00 |
| Chula Vista | 21 | 43 | 1 | 94.00 |
| Lake Forest | 21 | 43 | 1 | 94.00 |
| Rancho Mirage | 24 | 34 | 1 | 91.00 |
| West Covina | 25 | 31 | 1 | 90.00 |
| Northridge | 25 | 31 | 1 | 90.00 |
| Glendale | 27 | 26 | 1 | 89.00 |
| Fresno | 28 | 23 | 1 | 83.00 |
| Orange | 28 | 23 | 1 | 83.00 |
| Sacramento | 30 | 17 | 1 | 82.00 |
| Anaheim | 31 | 14 | 1 | 76.00 |
| Lakewood | 31 | 14 | 1 | 76.00 |
| San Jose | 33 | 9 | 1 | 74.00 |
| San Diego | 34 | 6 | 1 | 73.00 |
| La Mesa | 35 | 3 | 1 | 72.00 |
| Culver City | 36 | 0 | 1 | 67.50 |

Ex. 32 Page 637
HBHUSA0011978

# HONEYBAKED.

The world's best ham

**Company Overview**
**HoneyBaked/Limited Partnership: Mystery Shop**
**Companywide Report**
**2/1/2015 – 2/28/2015**

Section 2 : Service
Section 3 : Appearance
Section 5 : Overall

| NAME | SubDivision | Evaluation Count | Score | Sec 2 | Sec 3 | Sec 5 |
|------|-------------|------------------|-------|-------|-------|-------|
| **COMPANY** | | | | | | |
| Company | | 36 | 91.97 | 90.58 | 93.83 | 87.22 |
| **LOCATION** | | | | | | |
| 1 – Bakersfield | District: [None] | 1 | 100.00 | 100.00 | 100.00 | 100.00 |
| 2 – Stockton | District: [None] | 1 | 100.00 | 100.00 | 100.00 | 100.00 |
| 3 – Fresno | District: [None] | 1 | 83.00 | 57.00 | 100.00 | 80.00 |
| 4 – Culver City | District: [None] | 1 | 67.00 | 83.00 | 60.00 | 50.00 |
| 5 – Glendale | District: [None] | 1 | 89.00 | 90.00 | 88.00 | 90.00 |
| 6 – Lakewood | District: [None] | 1 | 76.00 | 47.00 | 96.00 | 60.00 |
| 7 – North Hollywood | District: [None] | 1 | 100.00 | 100.00 | 100.00 | 100.00 |
| 8 – Northridge | District: [None] | 1 | 90.00 | 93.00 | 88.00 | 90.00 |
| 9 – Pasadena | District: [None] | 1 | 100.00 | 100.00 | 100.00 | 100.00 |
| 10 – Torrance | District: [None] | 1 | 98.00 | 100.00 | 98.00 | 90.00 |
| 11 – West Covina | District: [None] | 1 | 90.00 | 98.00 | 80.00 | 90.00 |
| 12 – Anaheim | District: [None] | 1 | 76.00 | 72.00 | 80.00 | 80.00 |
| 13 – Huntington Beach | District: [None] | 1 | 100.00 | 100.00 | 100.00 | 100.00 |
| 14 – Lake Forest | District: [None] | 1 | 94.00 | 90.00 | 100.00 | 80.00 |
| 15 – La Habra | District: [None] | 1 | 98.00 | 97.00 | 100.00 | 90.00 |
| 16 – Orange | District: [None] | 1 | 83.00 | 93.00 | 76.00 | 90.00 |
| 17 – Tustin | District: [None] | 1 | 98.00 | 100.00 | 100.00 | 80.00 |
| 18 – Rancho Mirage | District: [None] | 1 | 91.00 | 84.00 | 100.00 | 80.00 |

Ex. 32 Page 638
HBHUSA0011979

Company Overview                                                                    Page 2 o:

| | | Count | | | | |
|---|---|---|---|---|---|---|
| 20 – San Bernardino | District: [None] | 1 | 100.00 | 100.00 | 100.00 | 100.00 |
| 21 – Upland | District: [None] | 1 | 99.00 | 100.00 | 100.00 | 90.00 |
| 22 – San Jose | District: [None] | 1 | 74.00 | 57.00 | 86.00 | 70.00 |
| 23 – Ventura | District: [None] | 1 | 99.00 | 100.00 | 100.00 | 90.00 |
| 24 – Chula Vista | District: [None] | 1 | 94.00 | 90.00 | 100.00 | 80.00 |
| 25 – Encinitas | District: [None] | 1 | 100.00 | 100.00 | 100.00 | 100.00 |
| 26 – Escondido | District: [None] | 1 | 98.00 | 97.00 | 100.00 | 100.00 |
| 27 – La Mesa | District: [None] | 1 | 72.00 | 97.00 | 54.00 | 90.00 |
| 28 – San Diego | District: [None] | 1 | 73.00 | 43.00 | 98.00 | 40.00 |
| 29 – Fair Oaks | District: [None] | 1 | 99.00 | 97.00 | 100.00 | 100.00 |
| 30 – Sacramento | District: [None] | 1 | 82.00 | 93.00 | 76.00 | 80.00 |
| 31 – Concord | District: [None] | 1 | 99.00 | 100.00 | 100.00 | 90.00 |
| 32 – Colma | District: [None] | 1 | 100.00 | 100.00 | 100.00 | 100.00 |
| 33 – Fremont | District: [None] | 1 | 99.00 | 100.00 | 100.00 | 90.00 |
| 34 – Oakland | District: [None] | 1 | 96.00 | 90.00 | 100.00 | 90.00 |
| 35 – Palo Alto | District: [None] | 1 | 100.00 | 100.00 | 100.00 | 100.00 |
| 36 – Pleasanton | District: [None] | 1 | 94.00 | 93.00 | 98.00 | 80.00 |

Ex. 32 Page 639
HBHUSA0011980

CONFIDENTIAL



## HONEYBAKED
### The world's best ham

**ANSWER SUMMARY**
**HoneyBaked/Limited Partnership: Mystery Shop**
**Companywide Report**
**All Dates**

| Picture of outside signage: | |
|---|---|
| Date | Location ID – Name |
| Answer | |

| | |
|---|---|
| 01–26–15 | 36 – Pleasanton, CA US |

| | |
|---|---|
| 01–27–15 | 30 – Sacramento, CA US |

| | |
|---|---|
| 01–27–15 | 4 – Culver City, CA US |

| | |
|---|---|
| 01–27–15 | 15 – La Habra, CA US |

| | |
|---|---|
| 01–27–15 | 24 – Chula Vista, CA US |

| | |
|---|---|
| 01–27–15 | 23 – Ventura, CA US |

**Ex. 32 Page 640**
HBHUSA0011981

CONFIDENTIAL

| Date | Location ID – Name | | |
|------|--------------------|--|--|
| Answer | | | |



| 01–27–15 | 11 – West Covina, CA US |



| 01–27–15 | 3 – Fresno, CA US |



| 01–28–15 | 20 – San Bernardino, CA US |



| 01–28–15 | 9 – Pasadena, CA US |



| 01–28–15 | 16 – Orange, CA US |



| 01–28–15 | 5 – Glendale, CA US |



| 01–28–15 | 6 – Lakewood, CA US |



| 01–29–15 | 7 – North Hollywood, CA US |

Ex. 32 Page 641
HBHUSA0011982

Answer Summary

Page 3 o



| Date | Location ID – Name |
|------|--------------------|
| Answer | |
| 01–29–15 | 21 – Upland, CA US |
| 01–29–15 | 22 – San Jose, CA US |
| 01–30–15 | 29 – Fair Oaks, CA US |
| 01–30–15 | 28 – San Diego, CA US |
| 01–30–15 | 25 – Encinitas, CA US |
| 01–31–15 | 32 – Colma, CA US |
| 01–31–15 | 17 – Tustin, CA US |

Ex. 32 Page 642
HBHUSA0011983

CONFIDENTIAL

| Date | Location ID – Name |
|------|--------------------|
| Answer | |



| 01–31–15 | 35 – Palo Alto, CA US |



| 02–02–15 | 2 – Stockton, CA US |



| 02–02–15 | 14 – Lake Forest, CA US |



| 02–02–15 | 31 – Concord, CA US |



| 02–02–15 | 13 – Huntington Beach, CA US |



| 02–02–15 | 1 – Bakersfield, CA US |



| 02–03–15 | 19 – Riverside, CA US |

Ex. 32 Page 643
HBHUSA0011984

| Date | Location ID – Name |
|------|--------------------|
| Answer | |



| 02–04–15 | 26 – Escondido, CA US |



| 02–05–15 | 8 – Northridge, CA US |



| 02–05–15 | 18 – Rancho Mirage, CA US |



| 02–06–15 | 34 – Oakland, CA US |



| 02–07–15 | 12 – Anaheim, CA US |



| 02–09–15 | 10 – Torrance, CA US |

Ex. 32 Page 644
HBHUSA0011985



**HONEYBAKED,**
The world's best ham

### ANSWER SUMMARY
### HoneyBaked/Limited Partnership: Mystery Shop
### Companywide Report
### All Dates

| Additional picture of outside signage: (if needed) | |
|---|---|
| **Date** | **Location ID – Name** |
| **Answer** | |
| 01–26–15 | 36 – Pleasanton, CA US |
| | |
| 01–27–15 | 4 – Culver City, CA US |
| | |
| 01–27–15 | 15 – La Habra, CA US |
| | |
| 01–27–15 | 24 – Chula Vista, CA US |
| | |
| 01–27–15 | 23 – Ventura, CA US |
| | |
| 01–27–15 | 3 – Fresno, CA US |

Ex. 32 Page 645
HBHUSA0011986

CONFIDENTIAL

| Date | Location ID – Name |
| --- | --- |
| **Answer** | |
| 01–28–15 | 20 – San Bernardino, CA US |



| 01–28–15 | 16 – Orange, CA US |



| 01–28–15 | 6 – Lakewood, CA US |



| 01–30–15 | 29 – Fair Oaks, CA US |



| 01–30–15 | 28 – San Diego, CA US |



| 01–31–15 | 32 – Colma, CA US |



| 01–31–15 | 17 – Tustin, CA US |



| 01–31–15 | 33 – Fremont, CA US |

Ex. 32 Page 646
HBHUSA0011987

| Date | Location ID – Name |
|------|--------------------|
| Answer | |



| 02–02–15 | 14 – Lake Forest, CA US |



| 02–02–15 | 13 – Huntington Beach, CA US |



| 02–02–15 | 1 – Bakersfield, CA US |



| 02–03–15 | 27 – La Mesa, CA US |



| 02–05–15 | 8 – Northridge, CA US |



| 02–05–15 | 18 – Rancho Mirage, CA US |



| 02–06–15 | 34 – Oakland, CA US |

Ex. 32 Page 647
HBHUSA0011988

CONFIDENTIAL

Answer Summary                                                                    Page 4 o:

| Date | Location ID – Name |
|------|--------------------|
| Answer | |
| 02–07–15 | 12 – Anaheim, CA US |

2/23/20
Ex. 32 Page 648
HBHUSA0011989

CONFIDENTIAL

**HONEYBAKED.**
··························
The world's best ham

**ANSWER SUMMARY**
HoneyBaked/Limited Partnership: Mystery Shop
Companywide Report
All Dates

| Additional picture of outside signage: (if needed) | | |
|---|---|---|
| Date | Location ID – Name | |
| Answer | | |
| 01–26–15 | 36 – Pleasanton, CA US | |
|  | | |
| 01–27–15 | 4 – Culver City, CA US | |
|  | | |
| 01–27–15 | 23 – Ventura, CA US | |
|  | | |
| 01–27–15 | 3 – Fresno, CA US | |
|  | | |
| 01–28–15 | 16 – Orange, CA US | |
|  | | |
| 01–28–15 | 6 – Lakewood, CA US | |

Ex. 32 Page 649
HBHUSA0011990

nswer Summary

| Date | Location ID – Name |
|------|---------------------|
| Answer | |



| 01–31–15 | 32 – Colma, CA US |



| 01–31–15 | 33 – Fremont, CA US |



| 02–02–15 | 14 – Lake Forest, CA US |



| 02–02–15 | 13 – Huntington Beach, CA US |



| 02–07–15 | 12 – Anaheim, CA US |

Ex. 32 Page 650
HBHUSA0011991

**HONEYBAKED.**
The world's best ham

### ANSWER SUMMARY
HoneyBaked/Limited Partnership: Mystery Shop
Companywide Report
All Dates

Picture upload of any logos or window signage:

| Date | Location ID – Name |
|---|---|
| Answer | |
| 01–26–15 | 36 – Pleasanton, CA US |



| 01–27–15 | 30 – Sacramento, CA US |



| 01–27–15 | 4 – Culver City, CA US |



| 01–27–15 | 15 – La Habra, CA US |



| 01–27–15 | 24 – Chula Vista, CA US |



| 01–27–15 | 23 – Ventura, CA US |

**Ex. 32 Page 651**
HBHUSA0011992

| Date | Location ID – Name |
|------|--------------------|
| Answer | |



| 01–27–15 | 11 – West Covina, CA US |



| 01–27–15 | 3 – Fresno, CA US |



| 01–28–15 | 20 – San Bernardino, CA US |



| 01–28–15 | 9 – Pasadena, CA US |



| 01–28–15 | 16 – Orange, CA US |



| 01–28–15 | 5 – Glendale, CA US |



| 01–28–15 | 6 – Lakewood, CA US |

Ex. 32 Page 652
HBHUSA0011993

CONFIDENTIAL

| Date | Location ID – Name |
|------|--------------------|
| Answer | |



| 01–29–15 | 21 – Upland, CA US |



| 01–29–15 | 22 – San Jose, CA US |



| 01–30–15 | 29 – Fair Oaks, CA US |



| 01–30–15 | 28 – San Diego, CA US |



| 01–30–15 | 25 – Encinitas, CA US |



| 01–31–15 | 32 – Colma, CA US |



| 01–31–15 | 17 – Tustin, CA US |

Ex. 32 Page 653
HBHUSA0011994

CONFIDENTIAL

| Date | Location ID – Name |
|------|--------------------|
| Answer | |



| 01-31-15 | 33 – Fremont, CA US |



| 01-31-15 | 35 – Palo Alto, CA US |



| 02-02-15 | 2 – Stockton, CA US |



| 02-02-15 | 14 – Lake Forest, CA US |



| 02-02-15 | 31 – Concord, CA US |



| 02-02-15 | 13 – Huntington Beach, CA US |



| 02-02-15 | 1 – Bakersfield, CA US |

2/23/20

Ex. 32 Page 654
HBHUSA0011995

CONFIDENTIAL

| Date | Location ID – Name |
| --- | --- |
| **Answer** | |



| 02–03–15 | 19 – Riverside, CA US |



| 02–03–15 | 27 – La Mesa, CA US |



| 02–04–15 | 26 – Escondido, CA US |



| 02–05–15 | 8 – Northridge, CA US |



| 02–05–15 | 18 – Rancho Mirage, CA US |



| 02–06–15 | 34 – Oakland, CA US |



| 02–07–15 | 12 – Anaheim, CA US |

**Ex. 32 Page 655**
HBHUSA0011996

nswer Summary

| Date | Location ID – Name |
|------|--------------------|
| Answer | |



| 02–09–15 | 10 – Torrance, CA US |

**Ex. 32 Page 656**
HBHUSA0011997

CONFIDENTIAL

**HONEYBAKED.**
............................
The world's best ham

ANSWER SUMMARY
HoneyBaked/Limited Partnership: Mystery Shop
Companywide Report
All Dates

| Additional picture upload of any logos or window signage: (if needed) | | | |
|---|---|---|---|
| Date | Location ID – Name | | |
| Answer | | | |
| 01–27–15 | 30 – Sacramento, CA US | | |



| | |
|---|---|
| 01–27–15 | 4 – Culver City, CA US |



| | |
|---|---|
| 01–27–15 | 15 – La Habra, CA US |



| | |
|---|---|
| 01–27–15 | 24 – Chula Vista, CA US |



| | |
|---|---|
| 01–27–15 | 23 – Ventura, CA US |



| | |
|---|---|
| 01–28–15 | 20 – San Bernardino, CA US |

2/23/20

Ex. 32 Page 657
HBHUSA0011998

nswer Summary                                                                Page 2 o

| Date | Location ID – Name |
|------|--------------------|
| Answer | |



| 01–28–15 | 9 – Pasadena, CA US |



| 01–28–15 | 5 – Glendale, CA US |



| 01–28–15 | 6 – Lakewood, CA US |



| 01–29–15 | 21 – Upland, CA US |



| 01–30–15 | 28 – San Diego, CA US |



| 01–31–15 | 32 – Colma, CA US |



| 01–31–15 | 17 – Tustin, CA US |

Ex. 32 Page 658
HBHUSA0011999

Answer Summary

| Date | Location ID – Name |
| --- | --- |
| Answer | |



01-31-15    35 – Palo Alto, CA US



02-02-15    2 – Stockton, CA US



02-02-15    14 – Lake Forest, CA US



02-02-15    31 – Concord, CA US



02-02-15    13 – Huntington Beach, CA US



02-03-15    19 – Riverside, CA US



02-03-15    27 – La Mesa, CA US

Ex. 32 Page 659
HBHUSA0012000

Answer Summary

| Date | Location ID – Name |
| --- | --- |
| Answer | |
| 02–05–15 | 8 – Northridge, CA US |



| 02–06–15 | 34 – Oakland, CA US |

Ex. 32 Page 660
HBHUSA0012001

## HONEYBAKED.
### The world's best ham

**ANSWER SUMMARY**
**HoneyBaked/Limited Partnership: Mystery Shop**
**Companywide Report**
**All Dates**

| Additional picture upload of any logos or window signage: (if needed) | |
|---|---|
| Date | Location ID – Name |
| Answer | |

| 01–27–15 | 23 – Ventura, CA US |



| 01–28–15 | 5 – Glendale, CA US |



| 01–28–15 | 6 – Lakewood, CA US |



| 01–31–15 | 32 – Colma, CA US |



| 01–31–15 | 17 – Tustin, CA US |



| 01–31–15 | 35 – Palo Alto, CA US |

2/23/20

Ex. 32 Page 661
HBHUSA0012002

nswer Summary                                                                 Page 2 o

| Date | Location ID – Name |
|------|--------------------|
| **Answer** | |



| 02–02–15 | 14 – Lake Forest, CA US |



| 02–02–15 | 13 – Huntington Beach, CA US |



| 02–03–15 | 19 – Riverside, CA US |



| 02–05–15 | 8 – Northridge, CA US |

Ex. 32 Page 662
HBHUSA0012003

**HONEYBAKED.**
••••••••••••••••••••••••
The world's best ham

### ANSWER SUMMARY
### HoneyBaked/Limited Partnership: Mystery Shop
### Companywide Report
### All Dates

| Ham Picture taken of Top: | | |
|---|---|---|
| Date | Location ID – Name | |
| Answer | | |
| 01–26–15 | 36 – Pleasanton, CA US | |
|  | | |
| 01–27–15 | 30 – Sacramento, CA US | |
|  | | |
| 01–27–15 | 3 – Fresno, CA US | |
|  | | |
| 01–28–15 | 20 – San Bernardino, CA US | |
|  | | |
| 01–29–15 | 7 – North Hollywood, CA US | |
|  | | |
| 01–30–15 | 29 – Fair Oaks, CA US | |

**Ex. 32 Page 663**
HBHUSA0012004

Answer Summary

| Date | Location ID – Name |
|------|--------------------|
| Answer | |



| 01-31-15 | 32 – Colma, CA US |



| 01-31-15 | 17 – Tustin, CA US |



| 02-02-15 | 2 – Stockton, CA US |



| 02-02-15 | 1 – Bakersfield, CA US |



| 02-06-15 | 34 – Oakland, CA US |



| 02-07-15 | 12 – Anaheim, CA US |

Ex. 32 Page 664
HBHUSA0012005

**HONEYBAKED.**
The world's best ham

### ANSWER SUMMARY
### HoneyBaked/Limited Partnership: Mystery Shop
### Companywide Report
### All Dates

**Ham Picture taken of front:**

| Date | Location ID – Name | | |
|------|--------------------|--|--|
| Answer | | | |
| 01–26–15 | 36 – Pleasanton, CA US | | |
|  | | | |
| 01–27–15 | 30 – Sacramento, CA US | | |
|  | | | |
| 01–27–15 | 3 – Fresno, CA US | | |
|  | | | |
| 01–28–15 | 20 – San Bernardino, CA US | | |
|  | | | |
| 01–29–15 | 7 – North Hollywood, CA US | | |
|  | | | |
| 01–30–15 | 29 – Fair Oaks, CA US | | |

**Ex. 32 Page 665**
HBHUSA0012006

CONFIDENTIAL

| Date | Location ID – Name | | |
| --- | --- | --- | --- |
| Answer | | | |



| 01–31–15 | 32 – Colma, CA US |



| 01–31–15 | 17 – Tustin, CA US |



| 02–02–15 | 2 – Stockton, CA US |



| 02–02–15 | 1 – Bakersfield, CA US |



| 02–06–15 | 34 – Oakland, CA US |



| 02–07–15 | 12 – Anaheim, CA US |

Ex. 32 Page 666
HBHUSA0012007

# EXHIBIT 33

CONFIDENTIAL

Message

| From: | Muller, Mandy [/O=HONEYBAKED HAM COMPANY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MCCRANIE, AMANDA] |
| --- | --- |
| Sent: | 9/14/2015 5:13:26 PM |
| To: | Keil, Dave [/O=HONEYBAKED HAM COMPANY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Dave Keilf01]; DeCan, Maggie [/O=HONEYBAKED HAM COMPANY/OU=Atlanta/cn=Recipients/cn=MDecan]; Kesmodel, Molly [/O=HONEYBAKED HAM COMPANY/OU=Atlanta/cn=Recipients/cn=MKesmod] |
| Subject: | California Pictures |

Good Afternoon!

A few of the California shops have come in already, so I thought you'd like a sneak peak at some of the pictures.

- **Northridge, CA**



  o

- **North Hollywood, CA**

Plaintiff Exhibit

**154**

**Dan McAleenan**
Wednesday, June 30, 2021
BJ Dugas, CRR, RPR

CONFIDENTIAL



o

HBHUSA0017712



## Let's Talk Chili

Chili Size  1/3lb Beef Patty with Chili, Cheese and Onions

Chili Cheese Fries  4.50

Bowl O' Chili  ½ order  4.00   Full order  6.00

## Add Ons

Bacon or Avocado  2.00

Cheese  .50

## Sides From the Grill

ench Fries          Small  2.00       Regular  3.50
ion Rings           Small  3.00       Regular  4.25
ed Zucchini         Small  3.00       Regular  4.25
eet Potato Fries    Small  3.00       Regular  4.25

## Sides From the Deli

o Salad  1.00

- **Ventura, CA**

CONFIDENTIAL



- Anaheim, CA

Ex. 33 Page 671
HBHUSA0017714

CONFIDENTIAL



o

- <mark>Fresno, CA</mark>

HBHUSA0017715

CONFIDENTIAL



I will send the full report with details, scores, and all pictures once the shops are completed by end of month.

Thanks,
**Mandy Muller**
Manager of Retail Service & Execution

The Honey Baked Ham Company, LLC
3875 Mansell Rd. | Alpharetta, GA 30022
office 678-966-3238 | cell 770-856-5412
MMuller@hbham.com | www.HoneyBaked.com

**HONEYBAKED.**
. . . . . . . . . . . . . . . . . . . . . .

CONFIDENTIAL

# EXHIBIT 34

| Message | |
|---|---|
| **From:** | Wilson, Donna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B979AD8DE1444097BDD11BF5949A6E8F-WILSON, DON] |
| **Sent:** | 5/31/2018 4:39:01 PM |
| **To:** | VanRees, Linda [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=74300c1f1cf84c39ab99f740f98fbf76-VanRees, Li] |
| **Subject:** | RE: CA-Licensee Update |
| **Attachments:** | Product Evaluation 6.xlsx; HBH v Food Standards.xlsx; Product Evaluation 1.xlsx; Product Evaluation 2.xlsx; Product Evaluation 3.xlsx; Product Evaluation 4.xlsx; Product Evaluation 5.xlsx |

Hi Linda,
Here is the link –
\\hbham.com\corp1\Everyone\California\Ecommerce Offering\

I have attached the excel files in the directory, the rest of the files are pictures.


Thanks
Donna

***Donna Wilson***
*The Honey Baked Ham Company, Inc.*
*3875 Mansell Rd. | Alpharetta, GA 30022*
*Office (678) 966-3216 | Cell (404) 406-3077*

**HONEYBAKED.**

**From:** VanRees, Linda
**Sent:** Thursday, May 31, 2018 8:21 AM
**To:** Wilson, Donna <dwilson@hbham.com>
**Subject:** Fwd: CA-Licensee Update

Is the link Greg refers to on the bottom a document ? If so can u send it to me ? The California Ecom document. Thank u,

Linda

Sent from my iPhone

Begin forwarded message:

> **From:** "Hundt, Greg" <ghundt@hbham.com>
> **Date:** May 31, 2018 at 8:12:48 AM EDT
> **To:** "VanRees, Linda" <LVanree@hbham.com>, "McAleenan, Dan" <dmcaleenan@hbham.com>,
> "Herold, Jo Ann" <jherold@hbham.com>
> **Cc:** "Hodge, Anthony" <ahodge@hbham.com>, "Abouchar, Julie" <jabouchar@hbham.com>, "McAdoo,
> Randy" <rmcadoo@hbham.com>, "Rawlings, Avery" <ARawlings@hbham.com>
> **Subject:** CA-Licensee Update

A couple of follow up items to keep us informed and aligned:

1) With Julie's success in getting Richard's agreement on audit edits/tweaks, we are prepared to
   start auditing CA stores. We have a meeting with EcoSure (today) since it is time to renew our
   contract with them (and we will ensure that our go-forward agreement adequately reflects that



Plaintiff Exhibit
**158**
**Dan McAleenan**
Wednesday, June 30, 2021
Bj Dugas, CRR, RPR

CONFIDENTIAL

we – as licensor – have full control the audit and results). Julie will then summarize the audit plan for Richard prior to turning EcoSure loose to audit.

2) Anthony has completed a thorough review and recap of the CA eCommerce packaging and products. All of the data gathered on the shared drive link, as the files are large. Most importantly there is a HBH vs. Government regulatory comparison which is the summary of our findings from a food safety lens. As you will see California is not meeting our current HBH standards for all mentioned components. However, they are also out of compliance on most US Government requirements. Avery compiled this list from the comments, data, and pictures of shipments.

    This info can be found at: V:\California\Ecommerce Offering

Please let me know if there are any questions.

CONFIDENTIAL

IMAGE PLACEHOLDER FOR NATIVE FILE

HBHUSA0005225

## California Ecommerce Evaluation Form

| | |
|---|---|
| Evaluator: | Anthony Hodge |
| Location or Store #: | CSC |
| Date Arrived: | 5/10/2018 - Ordered 5/4/2018 sent via UPS 2nd Day Air |
| Time Arrived: | 3:00 PM |
| Package Name: | Cali SKU 185, The Mini Ham & Sides Dinner |

| | | | |
|---|---|---|---|
| | | *0 = unacceptable, 5 = acceptable* | |
| **Package Condition** | | | |
| Overall Appearance | 5 | | |
| Exterior box integrity | 5 | | |
| Cooler Integrity | 5 | | |

| | |
|---|---|
| *Comments:* | White corrugate was dirty due to transit |

| **Package Contents** | | | |
|---|---|---|---|
| # of Bubbles included | 1 | 1 bottom | |
| # of gel ice packs included | 3 | Frozen? | Y |
| Dry Ice included | Y | ***Important: Do not touch with bare hands*** | |
| Dry ice was gone by time of opening | | | |
| *Comments:* | | | |
| Dry ice warning/info was on flyer on top of cooler | | | |

**Product List**: list the products included, condition (frozen or thawed) and temps:

*(Use a calibrated thermometer to take internal temps. Open packaging if necessary)*

| | | | | | |
|---|---|---|---|---|---|
| Product 1: | Q Ham 3-4lb | | | | |
| Condition: | Frozen | X | Thawed | Temp: | 25 |
| Product 2: | Yam souffle | | | | |
| Condition: | Frozen | | Thawed | X | Temp: | 28 |
| Product 3: | Green bean casserole | | | | |
| Condition: | Frozen | | Thawed | X | Temp: | 28.8 |
| Product4: | | | | | |
| Condition: | Frozen | | Thawed | | Temp: | |
| Product 5: | | | | | |
| Condition: | Frozen | | Thawed | | Temp: | |
| Product 6: | | | | | |
| Condition: | Frozen | | Thawed | | Temp: | |

| | |
|---|---|
| *Comments:* | |
| Please see next pages for product specific comments | |

*Please email this form to arawlings@hbham.com or mail to Avery Rawlings' attention to CSC*

**Ex. 34 Page 679**

## Evaluation Photos

Product 1:



Notes:

Sugar caps present, ham face not flat, mis-shapen.

MISSING: Nutritionals, lot/date codes, expiration date.

NEEDS: Proper Honey Baked Ham brand language

Product 1:

Notes:

A.Rawlings QA HBH 2017

Ex. 34 Page 680

| Evaluation Photos |
|---|

| Product 2/3: |
|---|



| Notes: |
|---|

Sides were semi frozen, tops beginning to liquify.

MISSING: White sealer film under lid, expiration date.

Nutritionals were present

| Product 2/3: |
|---|



| Notes: |
|---|

See above

## Evaluation Photos

Product 5:

Notes:

Product 6:

Notes:

Ex. 34 Page 682

CONFIDENTIAL

IMAGE PLACEHOLDER FOR NATIVE FILE

HBHUSA0005226

| California Ecommerce Package Observations | | | |
|---|---|---|---|
| Category | Meet HBH Standards? | Meet Government Standards? | Comments |
|  | (Y/N) | (Y/N) |  |
| Dry Ice Usage | N | N | Dry ice labeling was not found on outside carton as required for all air shipments |
| Labeling | N | N | The hams, turkey breast, whole turkey and cake did not meet labeling guidelines (no labeling present). Labeling should include, name of product, net weight, ingredient statement, allergen info, address line, nutritional info. |
| Tamper -proof packaging | N | n/a | The sides did not meet our tamper-proof package guidelines. A tightly sealed film or something similar should be under lid. |
| Dating of proteins | N | Y | Lack of code date makes it difficult to determine age of product. They are using a day dot but that only tells you what day of the week it was produce but not the actual date. |
|  |  |  |  |
|  |  |  |  |
| Additional Comments: |  |  |  |
| Due to the absense of a USDA mark of inspection sticker, we can assume the food came from a retail exempt facility (retail HBH store or facility regulated by state or local jurisdiction) instead of a USDA inspected facility. Meat and poultry from a retail exempt facility can be shipped across state lines as long as the meat and poultry came from a USDA inspected facility, i.e. John Morrell & Butterball. |  |  |  |
| There is a statement on outside of container near the bottom that states: if food is cool to the touch, it is safe to put in the fridge (I'm paraphrasing). Statement could be mis-leading. What does cool to the touch mean? |  |  |  |

CONFIDENTIAL

IMAGE PLACEHOLDER FOR NATIVE FILE

HBHUSA0005227

## California Ecommerce Evaluation Form

| | |
|---|---|
| Evaluator: | Anthony Hodge |
| Location or Store #: | CSC |
| Date Arrived: | 5/10/2018 - Ordered 5/4/2018 sent via UPS 2nd Day Air |
| Time Arrived: | 3:00 PM |
| Package Name: | Cali SKU 171, The Perfect Sides & Chessecake Meal #1 |

| | | | 0 = unacceptable, 5 = acceptable | | |
|---|---|---|---|---|---|
| **Package Condition** | | | | | |
| Overall Appearance | | 5 | | | |
| Exterior box integrity | | 5 | | | |
| Cooler Integrity | | 5 | | | |
| *Comments:* | White corrugate was dirty due to transit | | | | |
| | | | | | |
| | | | | | |
| **Package Contents** | | | | | |
| # of Bubbles included | 2 | | 1 top | 1 bottom | |
| # of gel ice packs included | 3 | | Frozen? | Y | |
| Dry Ice included | | Y | ***Important: Do not touch with bare hands*** | | |
| Dry ice was gone by time of opening | | | | | |
| *Comments:* | | | | | |
| Dry ice warning/info was on flyer on top of cooler | | | | | |

| **Product List**: list the products included, condition (frozen or thawed) and temps: | | | | | |
|---|---|---|---|---|---|
| *(Use a calibrated thermometer to take internal temps. Open packaging if necessary)* | | | | | |
| Product 1: | 7lb H Ham | | | | |
| Condition: | Frozen | X | Thawed | Temp: | 21.8 |
| Product 2: | Cheesecake Sampler 10" | | | | |
| Condition: | Frozen | | Thawed | X | Temp: | 34.4 |
| Product 3: | Cheesy Scalloped Potatoes 1 Qt. | | | | |
| Condition: | Frozen | X Semi | Thawed | Temp: | 27 |
| Product4: | Green Bean Cassarole 1 Qt. | | | | |
| Condition: | Frozen | X Semi | Thawed | Temp: | 26 |
| Product 5: | | | | | |
| Condition: | Frozen | | Thawed | Temp: | |
| Product 6: | | | | | |
| Condition: | Frozen | | Thawed | Temp: | |
| *Comments:* | | | | | |
| Please see next pages for product specific comments | | | | | |

*Please email this form to arawlings@hbham.com or mail to Avery Rawlings' attention to CSC*

## Evaluation Photos

### Product 1:



Notes:

Ham and glaze were in spec, glaze was a little cracked, not alarming.

MISSING: Nutritionals, lot/date codes, expiration date.

NEEDS: Proper Honey Baked Ham brand language on product bag.

### Product 2:



Notes:

Cake was in good condition, top dressings stuck to surface.

MISSING: Nutritionals, lot/date codes, expiration date.

A.Rawlings QA HBH 2017

## Evaluation Photos

### Product 3/4:



Notes:

Sides were semi frozen, tops beginning to liquify.

MISSING: White sealer film under lid, expiration date.

Nutritionals were present

### Product 3/4:



Notes:

See above

## Evaluation Photos

Product 5:

Notes:

Product 6:

Notes:

A.Rawlings QA HBH 2017

Ex. 34 Page 689

CONFIDENTIAL

IMAGE PLACEHOLDER FOR NATIVE FILE

HBHUSA0005228

## California Ecommerce Evaluation Form

| | |
|---|---|
| Evaluator: | Anthony Hodge |
| Location or Store #: | CSC |
| Date Arrived: | 5/10/2018 - Ordered 5/4/2018 sent via UPS 2nd Day Air |
| Time Arrived: | 3:00 PM |
| Package Name: | Cali SKU 171, The Perfect Sides & Chessecake Meal #2 |

| | | *0 = unacceptable, 5 = acceptable* | |
|---|---|---|---|
| **Package Condition** | | | |
| Overall Appearance | 5 | | |
| Exterior box integrity | 5 | | |
| Cooler Integrity | 5 | | |
| *Comments:* | White corrugate was dirty due to transit | | |

| **Package Contents** | | | |
|---|---|---|---|
| # of Bubbles included | 2 | 1 top | 1 bottom |
| # of gel ice packs included | 3 | Frozen? | Y |
| Dry Ice included | Y | ***Important: Do not touch with bare hands*** | |
| Dry ice was gone by time of opening | | | |
| *Comments:* | | | |
| Dry ice warning/info was on flyer on top of cooler | | | |

**Product List**: list the products included, condition (frozen or thawed) and temps:

*(Use a calibrated thermometer to take internal temps. Open packaging if necessary)*

| Product 1: | 7lb H Ham | | | | |
|---|---|---|---|---|---|
| Condition: | Frozen | X | Thawed | Temp: | 21.9 |
| Product 2: | Cheesecake Sampler 10" | | | | |
| Condition: | Frozen | | Thawed | X | Temp: | 26.6 |
| Product 3: | Cheesy Scalloped Potatoes 1 Qt. | | | | |
| Condition: | Frozen | X Semi | Thawed | Temp: | 28 |
| Product4: | Green Bean Cassarole 1 Qt. | | | | |
| Condition: | Frozen | X Semi | Thawed | Temp: | 27 |
| Product 5: | | | | | |
| Condition: | Frozen | | Thawed | Temp: | |
| Product 6: | | | | | |
| Condition: | Frozen | | Thawed | Temp: | |

| *Comments:* | |
|---|---|
| Please see next pages for product specific comments | |

*Please email this form to arawlings@hbham.com or mail to Avery Rawlings' attention to CSC*

**Ex. 34 Page 691**

## Evaluation Photos

### Product 1:



#### Notes:

Ham and glaze were in spec, glaze was a little cracked, not alarming.

MISSING: Nutritionals, lot/date codes, expiration date.

NEEDS: Proper Honey Baked Ham brand language on product bag.

### Product 2:



#### Notes:

Cake was in good condition, top dressings stuck to surface.

MISSING: Nutritionals, lot/date codes, expiration date.

A.Rawlings QA HBH 2017

Ex. 34 Page 692

| Evaluation Photos |
| --- |
| | | | | | | |
| Product 3/4: |



| Notes: |
| --- |
| Sides were semi frozen, tops beginning to liquify. |
| MISSING: White sealer film under lid, expiration date. |
| Nutritionals were present |

| Product 3/4: |
| --- |



| Notes: |
| --- |
| See above |

Ex. 34 Page 693

## Evaluation Photos

Product 5:

Notes:

Product 6:

Notes:

CONFIDENTIAL

**IMAGE PLACEHOLDER FOR NATIVE FILE**

HBHUSA0005229

## California Ecommerce Evaluation Form

| Evaluator: | Anthony Hodge |
|---|---|
| Location or Store #: | CSC |
| Date Arrived: | 5/10/2018 - Ordered 5/4/2018 sent via UPS 2nd Day Air |
| Time Arrived: | 3:00 PM |
| Package Name: | Cali SKU 808, The HoneyBaked Half Ham 8lb |

| | | 0 = unacceptable, 5 = acceptable |
|---|---|---|
| **Package Condition** | | |
| Overall Appearance | 5 | |
| Exterior box integrity | 5 | |
| Cooler Integrity | 5 | |

| *Comments:* | White corrugate was dirty due to transit |
|---|---|

| **Package Contents** | | | |
|---|---|---|---|
| # of Bubbles included | 1 | 1 bottom | |
| # of gel ice packs included | 3 | Frozen? | Y |
| Dry Ice included | Y | *Important: Do not touch with bare hands* | |
| Dry ice was gone by time of opening | | | |
| *Comments:* | | | |
| Dry ice warning/info was on flyer on top of cooler | | | |

**Product List**: list the products included, condition (frozen or thawed) and temps:

*(Use a calibrated thermometer to take internal temps. Open packaging if necessary)*

| Product 1: | 8lb H Ham | | | | |
|---|---|---|---|---|---|
| Condition: | Frozen | X | Thawed | Temp: | 24 |
| Product 2: | | | | | |
| Condition: | Frozen | | Thawed | Temp: | |
| Product 3: | | | | | |
| Condition: | Frozen | | Thawed | Temp: | |
| Product4: | | | | | |
| Condition: | Frozen | | Thawed | Temp: | |
| Product 5: | | | | | |
| Condition: | Frozen | | Thawed | Temp: | |
| Product 6: | | | | | |
| Condition: | Frozen | | Thawed | Temp: | |

| *Comments:* | |
|---|---|
| Please see next pages for product specific comments | |

*Please email this form to arawlings@hbham.com or mail to Avery Rawlings' attention to CSC*

## Evaluation Photos

Product 1:



Notes:

Ham and glaze were in spec, glaze was a little cracked, not alarming.

MISSING: Nutritionals, lot/date codes, expiration date.

NEEDS: Proper Honey Baked Ham brand language on product bag.

Product 1:

Notes:

A.Rawlings QA HBH 2017

**Ex. 34 Page 697**

## Evaluation Photos

Product 3:

Notes:

Product 4:

Notes:

See above

Ex. 34 Page 698

## Evaluation Photos

Product 5:

Notes:

Product 6:

Notes:

Ex. 34 Page 699

CONFIDENTIAL

IMAGE PLACEHOLDER FOR NATIVE FILE

HBHUSA0005230

## California Ecommerce Evaluation Form

| Evaluator: | Anthony Hodge | | | | |
|---|---|---|---|---|---|
| Location or Store #: | CSC | | | | |
| Date Arrived: | 5/10/2018 - Ordered 5/4/2018 sent via UPS 2nd Day Air | | | | |
| Time Arrived: | 3:00 PM | | | | |
| Package Name: | Cali SKU 200, The HoneyBaked Oven-Roasted Turkey Breast | | | | |

| | | *0 = unacceptable, 5 = acceptable* | | |
|---|---|---|---|---|
| **Package Condition** | | | | |
| Overall Appearance | 5 | | | |
| Exterior box integrity | 5 | | | |
| Cooler Integrity | 5 | | | |

| *Comments:* | White corrugate was dirty due to transit |
|---|---|

| **Package Contents** | | | | |
|---|---|---|---|---|
| # of Bubbles included | 1 | 1 bottom | | |
| # of gel ice packs included | 2 | Frozen? | Y | |
| Dry Ice included | | Y | ***Important: Do not touch with bare hands*** | |
| Dry ice was gone by time of opening | | | | |
| *Comments:* | | | | |
| Dry ice warning/info was on flyer on top of cooler | | | | |

**Product List**: list the products included, condition (frozen or thawed) and temps:

*(Use a calibrated thermometer to take internal temps. Open packaging if necessary)*

| Product 1: | TB 3lb | | | | | 35-37 Outer |
|---|---|---|---|---|---|---|
| Condition: | Frozen | | Thawed | X | Temp: | 27.7 Center |
| Product 2: | | | | | | |
| Condition: | Frozen | | Thawed | | Temp: | |
| Product 3: | | | | | | |
| Condition: | Frozen | | Thawed | | Temp: | |
| Product4: | | | | | | |
| Condition: | Frozen | | Thawed | | Temp: | |
| Product 5: | | | | | | |
| Condition: | Frozen | | Thawed | | Temp: | |
| Product 6: | | | | | | |
| Condition: | Frozen | | Thawed | | Temp: | |

| *Comments:* | |
|---|---|
| Please see next pages for product specific comments | |

*Please email this form to arawlings@hbham.com or mail to Avery Rawlings' attention to CSC*

Ex. 34 Page 701

## Evaluation Photos

Product 1:



Notes:

Glaze was liquified in bottom of bag, outer temps almost out of FS range.

MISSING: Nutritionals, lot/date codes, expiration date.

Product 1:

Notes:

## Evaluation Photos

Product 3:

Notes:

Product 4:

Notes:

See above

Ex. 34 Page 703

## Evaluation Photos

Product 5:

Notes:

Product 6:

Notes:

Ex. 34 Page 704

CONFIDENTIAL

IMAGE PLACEHOLDER FOR NATIVE FILE

HBHUSA0005231

## California Ecommerce Evaluation Form

| | |
|---|---|
| Evaluator: | Anthony Hodge |
| Location or Store #: | CSC |
| Date Arrived: | 5/10/2018 - Ordered 5/4/2018 sent via UPS 2nd Day Air |
| Time Arrived: | 3:00 PM |
| Package Name: | Cali SKU 330, The HoneyBaked Glazed Oven Roasted Whole Turkey |

| | | *0 = unacceptable, 5 = acceptable* |
|---|---|---|
| **Package Condition** | | |
| Overall Appearance | 5 | |
| Exterior box integrity | 5 | |
| Cooler Integrity | 5 | |

| | |
|---|---|
| *Comments:* | White corrugate was dirty due to transit |

| **Package Contents** | | | |
|---|---|---|---|
| # of Bubbles included | 1 | 1 bottom | |
| # of gel ice packs included | 2 | Frozen? | Y |
| Dry Ice included | Y | ***Important: Do not touch with bare hands*** | |
| Dry ice was gone by time of opening | | | |
| *Comments:* | | | |
| Dry ice warning/info was on flyer on top of cooler | | | |

**Product List**: list the products included, condition (frozen or thawed) and temps:

*(Use a calibrated thermometer to take internal temps. Open packaging if necessary)*

| Product 1: | Glazed Whole Turkey | | | | |
|---|---|---|---|---|---|
| Condition: | Frozen | X | Thawed | Temp: | 27 |
| Product 2: | | | | | |
| Condition: | Frozen | | Thawed | Temp: | |
| Product 3: | | | | | |
| Condition: | Frozen | | Thawed | Temp: | |
| Product4: | | | | | |
| Condition: | Frozen | | Thawed | Temp: | |
| Product 5: | | | | | |
| Condition: | Frozen | | Thawed | Temp: | |
| Product 6: | | | | | |
| Condition: | Frozen | | Thawed | Temp: | |

| *Comments:* | |
|---|---|
| Please see next pages for product specific comments | |

*Please email this form to arawlings@hbham.com or mail to Avery Rawlings' attention to CSC*

A.Rawlings QA HBH 2017

Ex. 34 Page 706

## Evaluation Photos

Product 1:



Notes:

Thick glaze, a lot was stuck to the bag.

MISSING: Nutritionals, lot/date codes, expiration date.

Product 1:

Notes:

A.Rawlings QA HBH 2017

Ex. 34 Page 707

## Evaluation Photos

Product 3:

Notes:

Product 4:

Notes:

See above

A.Rawlings QA HBH 2017

| Evaluation Photos |
|---|

| Product 5: |
|---|

| Notes: |
|---|

| Product 6: |
|---|

| Notes: |
|---|

A.Rawlings QA HBH 2017

Ex. 34 Page 709

# EXHIBIT 35

*Law Offices*

LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

16633 VENTURA BOULEVARD
ELEVENTH FLOOR
ENCINO, CALIFORNIA  91436-1865

DAVID GURNICK, ESQ.
DGurnick@lewitthackman.com
(818) 907-3285

(818) 990-2120
TELECOPIER  (818) 981-4764
WWW.LEWITTHACKMAN.COM

REFER TO FILE NUMBER
18500-5

November 1, 2019

Jonathan Solish, Esquire
jonathan.solish@bclplaw.com
Bryan Cave
120 Broadway, Suite 300
Santa Monica, California  90401-2386

James Mulcahy, Esquire
jmulcahy@mulcahyllp.com
Mulcahy Lofstrom LLP
4 Park Plaza, Suite 1230
Irvine, California  92614

<u>Notice of Breaches of License Agreement by Your Client Honey Baked Ham, Inc.,
Request that Your Client Cure the Breaches and Comply with the License Agreement; Notice of
Reservation of Rights and Claims Up to and Including Termination of License Agreement</u>

Dear Jon and Jim:

        1.      **Introduction**.

        The Lewitt Hackman law firm has been engaged to work together with the Kilpatrick Townsend law firm in the representation of HBH Licensing, LLC, successor in interest to HBH Limited Partnership ("Honey Baked Licensing").  I look forward to engaging and working with you to address and solve problems of noncompliance by your client Honey Baked Ham, Inc. ("Honey Baked California") with the terms of the written License Agreement between the parties. The License Agreement is dated April 23, 2015, with an effective date of July 1, 2015.

        The purposes of this letter are to:

        (1)     Notify you and Honey Baked California of breaches and defaults of the License Agreement;

        (2)     Respectfully demand that the breaches be cured and that Honey Baked California comply with the terms of the License Agreement; and

HBHUSA0131486

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 2

    (3)     Though not required, another purpose of this notice is to explain why Honey Baked Licensing is noticing the breaches and defaults at this time and in this manner.

    Honey Baked Licensing is aware that taking into account the present circumstances, there is a possibility your client or you may misapprehend or misconstrue the purposes of this letter or for various reasons resist compliance. Honey Baked Licensing hopes this will not be the case and your client will cooperate in addressing and solving the matters discussed below.

    Honey Baked Licensing had hoped to avoid litigation with your client. Now that it is clear litigation cannot be avoided, it is time to address the neglect of the California system. There are good reasons for your client, Honey Baked California, to cooperate. These begin with your client's obligations under the License Agreement, which are sufficient reason to comply. Failure to comply exposes Honey Baked California to claims, demands for relief, monetary damages, potential for termination of the License Agreement and all other available remedies.

    There are also other reasons to comply. Though these additional reasons are not necessary as justifications, they should interest your client, Honey Baked California. Compliance with this letter—that is, compliance with the License Agreement—will benefit the public in California, and your client, by improving Honey Baked California's operations, gaining better recognition for the brand among customers and potential customers in California, growing Honey Baked California's business, growing the number of licensed Honey Baked Ham outlets in California, growing the number of sublicensed outlets in California, gaining more business from existing customers, adding new customers, improving customer satisfaction and thus growing sales. This growth will be a service to the public by making quality Honey Baked Ham products and services available to more members of the public to enjoy, more often.

    There are more reasons to comply. Honey Baked California is currently violating federal and California laws, and thus violating License Agreement provisions that require compliance with applicable laws. This letter demands that Honey Baked California come into compliance with federal and California laws. In operating a business in California, enjoying the benefits of doing business with California residents, it is Honey Baked California's obligation in and of itself to comply with applicable laws. That is a basic civic responsibility. No further justification is needed. But there is further justification. Compliance with applicable laws will mean operating more transparently with customers and providing more information to customers about their choices at Honey Baked Ham. Compliance with laws will also reduce Honey Baked California's exposure to substantial government penalties and substantial civil liabilities for violations of such laws.

HBHUSA0131487

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 3

Honey Baked Licensing is also concerned about Honey Baked California endangering public health and safety by failing to label and warn of known allergens and failure to post ingredient and calorie information, and about injury to the reputation of the brand from Honey Baked California's ongoing, public violation of well-known laws requiring disclosure of ingredients, calories and allergens.

After you review this letter together and with your client I look forward to communicating on these matters with you and working to resolve them, hopefully on a collaborative, cooperative basis.

2.    **Background**.

Honey Baked Ham® and The Honey Baked Ham Company® are among the most famous brands in the United States. These brands are in widespread use throughout the nation at 440 Honey Baked Ham locations.  Usage of the original mark dates back to at least 1949, which was 70 years ago.  For decades, the Honey Baked Ham trademarks have received extensive attention in advertising, print and broadcast news, popular print literature, and now including the internet, in social media, and elsewhere.  Wide and deep public recognition of the Honey Baked brand has been achieved by careful use, associated with unique products and services, meeting high standards of quality and uniformity.

Honey Baked Licensing's parent and affiliate operate and offer franchises to operate Honey Baked Ham outlets.  Honey Baked Ham outlets provide quality hams, turkeys and other items meeting specifications or approval of the affiliate companies and following the Honey Baked Ham system. In following the system, the outlets use common standards, specifications, methods, procedures, recipes, techniques and management systems and use the company's proprietary trade secret information. The system uses distinctive building design, signage, specifications and appearances, uniform operating methods, procedures and techniques and other confidential procedures, methods and techniques for inventory, cost controls, record keeping and reporting, personnel management, training, purchasing, marketing, sales promotion and advertising.

Your client, Honey Baked California, is a part of this system, operating in the California market.  California is among the most important markets for restaurants and foods and for Honey Baked Ham in particular. The state represents more than 12% of the United States population on only about 5% of the nation's physical geography. This fact demonstrates the oversized importance of California. This importance is also magnified by the state's role in popular culture as a destination for travel and tourism, a place the nation looks to for trends in foods, dining, culture, entertainment, style, fashion and news.

**Ex. 35 Page 713**

HBHUSA0131488

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 4

The economy is filled with examples of once-successful restaurant chains and businesses that failed because they did not adapt as consumer desires and trends changed. Chi Chi's, Howard Johnsons, Kenny Rogers Roasters, Koo Koo Roo, Naugles, Roadhouse Grill, Roy Rogers, Rustler Steak House, Velvet Turtle and Victoria Station are just a few examples. In the broader business context, Blockbuster, Borders Books, Circuit City, Crown Books, Sports Authority, Sport Chalet and Toys R Us are a few notable examples. There are many more.

The Honey Baked brand has stayed relevant, and grown, by operating at a high level, delivering quality relevant products and services, and operating with transparency by providing product labeling meeting legal requirements and customer expectations. Honey Baked Ham outlets have earned increased customer visits, growth in sales and growth in number of restaurants. Honey Baked Ham has remained relevant for another reason. Honey Baked Licensing and its affiliates have updated the system to stay current and popular. The company has updated signage, store appearance, food choices, food preparation, product mix, labeling, packaging and other elements, to stay compliant with laws and relevant to consumers.

Honey Baked Licensing is concerned that in California, Honey Baked California has not operated and is not operating at the high level necessary to avoid losing customers and avoid dwindling restaurant locations and declining sales. This concern is grounded in troubling facts.

Since the year 2000, the number of Honey Baked Ham outlets outside California grew by more than 57%, from 263 outlets in 2000 to 415 outlets currently. Sales for the national Honey Baked Ham system outside the State of California in the same time frame grew from about $300 million in the year 2000 to an estimated $465 million currently. That growth is about 55%.

In the same period, the Dow Jones Industrial Average grew from 10,729 in 2000 to more than 26,000 currently. California's economy has also been strong, with the state's GDP growing from 1,366,561 millions of dollars in year 2000 to 2,968,118 millions of dollars in 2018. (This data is from the California State Department of Finance, *see www.dof.ca.gov/Forecasting/ Economics/Indicators/Gross_State_Product/*, and similar data is available from the Federal Reserve Bank of St. Louis. *See https://fred.stlouisfed.org/series/CARGSP).* Over this time period California's population grew from 33.6 million in year 2000 to 39.6 million currently

In this time of overall economic prosperity and economic and population growth, and growth of the Honey Baked Ham system, the number of Honey Baked Ham outlets in California *declined* more than 27% from 47 in 2000 to 34 presently. In year 2000, Honey Baked California purchased 473,888 whole hams. At the year 2000 average of more than 16 pounds per ham, total Honey Baked California ham purchases exceeded 7.5 million pounds. In contrast, through ten months of this year (2019) Honey Baked California is at a pace that is projected to result in total ham purchases of about 6 million pounds. That is a *decline* in ham purchases by Honey Baked California of more than 22%.

**Ex. 35 Page 714**

HBHUSA0131489

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 5

Honey Baked Licensing is concerned that Honey Baked California has not stayed current in product labeling, signage, attention to quality customer service, transparency of operations, compliance with developments in laws, enthusiasm or exerting best efforts to engage with customers, achieve high customer satisfaction, maintain and grow sales, and other elements of the Honey Baked Ham system. Honey Baked Licensing's concerns go further, as numerous actions and inactions of Honey Baked California are injuring and damaging the Honey Baked brand both in and outside California. This letter details several of these concerns and demands that they be cured.

It is troubling that there is a need for Honey Baked Licensing to bring these matters to your client's attention in this formal manner. The data is dramatic. Certainly your client is aware that its sales declined dramatically, its number of California outlets declined, the look-and-feel of the outlets is outdated, there has been inattentiveness to signage, menu labeling has been noncompliant with federal and California law, and packaging and branding are outdated. Your client's inattentiveness, complacency and acceptance of this low level of performance and in some cases hostility toward Honey Baked Licensing are further pointed, unsatisfactory conditions. These conditions also indicate inattentiveness, complacency and disregard by Honey Baked California for the experience of customers at California Honey Baked outlets.

3.     **The Honey Baked Ham License Agreement**.

The relationship between Honey Baked Licensing and Honey Baked California exists based on the License Agreement. In the License Agreement, some of the matters that Honey Baked California acknowledged and/or agreed to were and are:

(1)     Honey Baked Licensing owns the Honey Baked Ham trademarks (the "Proprietary Marks"). This is in the first Whereas clause (p. 1);

(2)     Honey Baked California is part of the nationwide network, selling branded products under the Proprietary Marks. (§ 6(b));

(3)     Honey Baked California accepts the provisions in the agreement as necessary to maintain the high standards of quality and service and uniformity (§ 18(a));

(4)     Honey Baked Licensing developed a method and philosophy of operation, customer service, marketing, advertising, promotion, publicity and technical knowledge connected with preparing, marketing, licensing, distributing and selling specialty hams and other food products. This is in the third Whereas clause (p. 1). The Agreement refers to this as the "System";

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 6

(5)     The System can be improved, developed and modified from time to time by
        Honey Baked Licensing. This is in the second Whereas clause (p. 1). Honey
        Baked California recognizes that the business may evolve and change (§18(a));

(6)     Honey Baked California must use best efforts to promote the sale in California of
        cured hams, finished hams, boneless turkey breasts, and other products designed
        by Honey Baked Licensing and certain other products (§§ 1(e)(iii), 1(e)(vii),
        6(c)(i); Exh. B);

(7)     Honey Baked California must promote, advertise, market and sell branded
        products only by using Honey Baked Licensing's Proprietary Marks in the manner
        designated from time to time by Honey Baked Licensing, and no other words,
        symbols, insignias, slogans, designs, logos or other identifying marks (§ 6(a)(i));

(8)     The manner and form of trademarks on signage shall be designated by Honey
        Baked Licensing (§6(a)(ii));

(9)     Honey Baked California must pay any and all costs for signage or changes,
        including costs relating to use of new proprietary marks implemented by Honey
        Baked Licensing (§ 6(a)(ii));

(10)    Honey Baked California was to update its signage and require its licensees to
        update their signage to match Honey Baked Licensing's standards in effect at July
        1, 2015, within 180 days after such date, which was December 28, 2015
        (§ 6(a)(ii));

(11)    Honey Baked California must prominently display at or within each outlet, only
        marks and words, symbols, insignias, slogans, designs, or logos approved and
        designated by Honey Baked Licensing; and must not use any other signs, posters,
        words, symbols, slogans, designs, logos or other identifying marks that may
        detract from the proprietary marks or confuse the public (§ 6(a)(iii));

(12)    For any changes to signage made by Honey Baked Licensing after July 1, 2015,
        Honey Baked California must also implement those changes within a timeframe
        specified in the License Agreement (§ 6(a)(ii));

(13)    Requirements of the Standards Manual are deemed to be provisions of the License
        Agreement, with the provisions of the Agreement itself controlling (§ 6(a)(iv));

HBHUSA0131491

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 7

    (14)    Honey Baked California must comply with the Standards Manual, including additions, deletions, revisions or modifications (§ 6(a)(iv));

    (15)    Honey Baked California must abide by and conform to Honey Baked Licensing's standards as well as standards that Honey Baked Licensing formulates from time to time (§ 6(b));

    (16)    Honey Baked California must maintain the outlets at all times in a clean, safe and sanitary condition (§ 6(b)(ii));

    (17)    Honey Baked California must comply at all times with all applicable federal, state and local laws, ordinances and regulations (§ 6(b)(ii));

    (18)    Honey Baked California must ensure that branded products retain their original flavor, taste, consistency freshness and other quality attributes (§ 6(b)(ii));

    (19)    Honey Baked California's promotion and sales solicitation efforts must be of the highest quality (§ 6(c)(i));

    (20)    Honey Baked California's promotion and sales solicitation efforts must be in the best interest of both Honey Baked Licensing and Honey Baked California (§ 6(c)(i));

    (21)    Honey Baked California must stop any advertising, promotion or sales solicitation if Honey Baked Licensing believes it hurts the image of the System or Proprietary Marks (§ 6(c)(ii));

    (22)    Honey Baked California must participate in any national advertising campaigns (§ 6(c)(ii)).  This also includes making monthly contributions to a National Advertising Fund (§ 6(c)(iv));

    (23)    Honey Baked California must not register or use domain names, establish or use social media accounts or create or use apps without the prior written consent of Honey Baked Licensing.  Honey Baked Licensing can require domain names and accounts to be in Honey Baked Licensing's name (§ 6(c)(iv)); and

    (24)    Honey Baked California must permit Honey Baked Licensing to examine and audit Honey Baked California's books, records, accounts and data, and must cooperate in that examination and audit (§ 9(b)).

**Ex. 35 Page 717**

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 8

These summaries of provisions in the License Agreement are provided for ease of reference. These summaries, and their inclusion, and the exclusions of other provisions, do not interpret, construe, broaden, narrow, amend, modify or waive any provision of the License Agreement. Please refer to the agreement itself, as its provisions are controlling.

4. **Notice of Breach/Default of Provisions Re Standards for Conduct of Business at HoneyBaked Outlet at 11405 Jefferson Blvd., Culver City, California, 90230**.

Honey Baked California is in breach and default of its obligations under Sections 6(a)(ii) and 6(b)(ii) of the License Agreement. Section 6(a)(ii) provides:

HoneyBaked Outlets shall be identified by prominent and tasteful signs containing only one or more of the Proprietary Marks . . . .

Currently, the prominent exterior south-facing sign at the HoneyBaked outlet at 11405 Jefferson Boulevard, Culver City, California, 90230, is missing multiple letters. This is shown in the following images:

 



The translucent coverings of three letters are missing (the "O," "B" and "D.") All the letters and sign elements are old and faded.

The sign over the entrance to the outlet is also in unsatisfactory, poor repair. All the letters and sign elements are faded and the letter "d" is broken.

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 9

The missing letters and faded signs convey inattentiveness, lack of concern for appearance of the Honey Baked outlet and financial weakness, which are unprofessional. Instead of displaying pride in the outlet, the sign conveys diffidence. The result is not tasteful, but is distasteful. The missing letters are distracting to customers, potential customers and to the public generally. This distraction has especially high impact because Jefferson Blvd. in the direction of this sign is a very high traffic street, throughout the day, every day. The sign is not a positive message. It is a depressing eyesore and blight to the outlet and community.

Those who give thought as to why the letters are missing, or even to the fact that they are missing, and to the faded rest of the signs are distracted from the message the brand seeks to communicate. Missing letters are inconsistent with the Honey Baked Ham trademark and branding. Customers may be concerned that personnel will exhibit the same careless attitude toward them and toward the outlet and its products, as the owner's inattentiveness toward the sign. Missing lettering and faded signage convey awkward, adverse messages and meaning. They certainly reduce the business of the Culver City Honey Baked outlet.

Negative effects of the missing letters and poor appearance extend beyond the Culver City location. These negatives impact the entire Honey Baked System. This harm is magnified, given the location of the Culver City outlet on the heavily trafficked Jefferson Boulevard thoroughfare, near the Interstate 405 freeway, in the vicinity of the Los Angeles International Airport. This is a high population area, with large numbers of people driving by, which means the signage is seen by tens or hundreds of thousands of people in the Culver City and Los Angeles community as well as people from throughout California and the nation.

Honey Baked California's outlets benefit from the goodwill and national brand recognition associated with the Honey Baked Ham brand. The neglect shown above is harmful and injurious to and destructive of the brand.

Honey Baked Licensing demands and requires that Honey Baked California repair this exterior sign within thirty (30) days. Within thirty (30) days, Honey Baked California must have the missing letters replaced and service the entirety of the sign to make sure it is in good condition, good appearance and in good working order. This may require replacing the facing of more of and potentially all the letters and of all other elements of the sign and servicing the electrical and other aspects of the sign.

5.    **Notice of Breach/Default For Failure to Update Signage at HoneyBaked Outlet at 5119 Jackson Drive, La Mesa, California, 91942**.

Honey Baked California is in breach and default under section 6(a)(ii) of the License Agreement with regard to the outlet at 5119 Jackson Drive, La Mesa, California, 91942. This

**Ex. 35 Page 719**

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 10

section of the License Agreement states:

> HoneyBaked Outlets shall be identified by prominent and tasteful signs
> containing only one or more of the Proprietary Marks . . . the manner and
> form of such Proprietary Marks shall be designated from time to time by
> Licensor . . . Licensee shall update its signage on all of its HoneyBaked
> Outlets, and shall cause its sublicensees to update their signage on all of
> their HoneyBaked Outlets, to match Licensor's current standards for
> signage (those in effect [at July 1, 2015] within 180 days after [July 1,
> 2015].

Honey Baked California has failed to update, or cause to be updated, exterior signage at
5119 Jackson Drive, La Mesa, California. The signage at this location, shown here, consists of a
sign package adopted in the early 1980s.  That was more than 30 years ago.



The Honey Baked signage standard was replaced in 1996 with an updated graphic. That
graphic is referred to in the 2006 Standards Manual as the "Duffy Design."  The 2006 Standards
Manual was in effect as of the execution date of the License Agreement.  It does not permit this
outdated 1980s-style signage.

Honey Baked California agreed to update all exterior signage within 180 days after July
1, 2015, which was not later than December 28, 2015.  Honey Baked Licensing demands that
Honey Baked California conform the signage at the 5119 Jackson Drive, La Mesa, location to
the agreed standard within thirty (30) days.

If Honey Baked California claims this default was corrected, please let me know and tell
me the date the signage was updated to the required standard and please provide me current
photographs demonstrating this.  The date when the signage was or ultimately is corrected is

HBHUSA0131495

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 11

important, because Honey Baked Licensing reserves all rights and claims regarding the breach by Honey Baked California through and including the date of correction.

### 6. **Notice of Breach/Default For Failure to Update Signage at HoneyBaked Outlet at 6530 Pacific Avenue, Suite A, Stockton, California, 95207.**

The signage at this location, shown here, consists of a sign package adopted in the early 1980s. That was more than 30 years ago.

 

The 2006 Standards Manual was in effect at the time of entering into the License Agreement. It does not permit this outdated 1980s-style signage.

Honey Baked California agreed to update all exterior signage within 180 days after July 1, 2015, which was not later than December 28, 2015. Honey Baked Licensing demands that Honey Baked California conform the signage at the 6530 Pacific Avenue, Stockton, location to the agreed standard.

If Honey Baked California claims this default was corrected, please let me know and tell me the date when the signage was updated to the required standard and please provide me current photographs demonstrating this. The date when the signage was or ultimately is corrected is important, because Honey Baked Licensing reserves all rights and claims regarding the breach by Honey Baked California through and including the date of correction.

### 7. **Notice of Breach/Default For Failure to Update Signage at HoneyBaked Outlet at 19022 Beach Boulevard, Huntington Beach, California, 92648.**

Honey Baked Licensing understands the signage shown in the following images is in use on at least two signs at the location at 19022 Beach Boulevard, Huntington Beach, California, 92648.

**Ex. 35 Page 721**

HBHUSA0131496

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 12

 

This design was not created or approved by Honey Baked Licensing and was not in the 2006 Standards Manual. Honey Baked Licensing demands that Honey Baked California conform the signage at the 19022 Beach Boulevard, Huntington Beach location to the agreed standard.

If Honey Baked California claims this default has been corrected already, please let me know and tell me the date the signage was corrected to the required standard and provide current photographs showing this. The date when the signage was corrected is important, because Honey Baked Licensing reserves all rights and claims with regard to the breach by Honey Baked California through and including the date of correction of the signage.

8. **Notice of Breach/Default For Failure to Update Signage at HoneyBaked Outlet at 4255 East Main, Ventura, California, 93003.**

Honey Baked Licensing understands the signage shown in the following image is in use at the location at 4255 East Main, Ventura, California, 93003.



*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 13

This signage was adopted in the early 1980s and was not in the 2006 Standards Manual. The 2006 Standards Manual was in effect at the time of entering into the License Agreement. It does not permit this outdated 1980s-style signage.

Honey Baked California agreed to update all exterior signage within 180 days after July 1, 2015, which was not later than December 28, 2015. Honey Baked Licensing demands that Honey Baked California conform the signage at the 4255 East Main, Ventura, location to the agreed standard.

If Honey Baked California claims this default was corrected, please let me know and tell me the date that the signage was corrected to the required standard and please provide me current photographs demonstrating this. The date when the signage was or ultimately is corrected is important to know, because Honey Baked Licensing reserves all rights and claims regarding the breach by Honey Baked California through and including the date of correction of the signage.

9.     **Time for Compliance**.

Honey Baked Licensing is aggrieved further because in 2016 Mr. Gore told Honey Baked Licensing CEO Paul Roth that all the above outlets were in compliance with signage requirements. Here is Mr. Gore's 2016 email to Mr. Roth:



It appears Mr. Gore's assurance was both incorrect and false.

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 14

The License Agreement requires Honey Baked California to cure these breaches and defaults within thirty (30) days.  Honey Baked Licensing requests that Honey Baked California do so.

Honey Baked Licensing objects to these breaches/defaults by Honey Baked California, which are noncompliant with the License Agreement and also are damaging to the image and reputation of your HoneyBaked outlets and the Honey Baked Ham brand.  In light of the arrival of the busy holiday season, however, and to reduce disruption during the upcoming holidays and allow time for Honey Baked California to cure these defaults, Honey Baked Licensing is willing to extend the time for cure of these breaches/defaults until Saturday, February 1, 2020.

This extension is conditioned on Honey Baked California executing the enclosed Statute of Limitations Tolling/Waiver.  In the absence of such execution, the thirty (30) day cure period remains in effect, and to avoid any waiver of the four (4) year statute of limitations under California law, Honey Baked Licensing intends to commence appropriate action for relief not later than mid-December, 2019, if these breaches/defaults are not timely cured.

10.   **Cure Requirements Regarding Signage.**

To cure these breaches/defaults, Honey Baked California must have or cause to have all signage referred to above conform to the signage requirements in the 2006 Standards Manual, or the requirements in the 2019 Standards Manual (at pp. 6-7), or use the "ticket stub" graphic shown on page 2 of the 2019 Standards Manual and also shown here:



Honey Baked California has the choice whether to conform to the 2006 or 2019 standard. Honey Baked California may wish to choose the 2019 standard, although doing so is not required at this time.  If Honey Baked California chooses to conform at this time to the 2006 standard, then Honey Baked California will be required in the future to have signage conform to standards in the 2019 Standards Manual, within two years after the Minimum Outlets (35% of outlets in the system) conform to the 2019 standard.

Wherever Honey Baked California claims any of the above signage defaults were already corrected, please let me know and tell me the date the signage was updated to the required standard and please provide current photographs demonstrating this.  Honey Baked Licensing still reserves all rights and claims with regard to breaches by Honey Baked California through and including the correction dates.

HBHUSA0131499

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 15

11.     **Request for Information Concerning Compliance with Menu Labeling Law.**

Section 6(b)(ii) of the License Agreement requires Honey Baked California to comply at all times with applicable federal, state and local laws. Honey Baked Licensing is concerned that Honey Baked California is not in compliance with multiple applicable federal and state laws and regulations, including, without limitation, those discussed in detail below.

In 2010, the Affordable Care Act ("ACA") amended Section 403 of the Federal Food, Drug, and Cosmetic Act of 1938 ("FDCA") to establish a standard for menu labeling. The federal Menu Labeling provisions require restaurants and similar retail food establishments that are part of a chain with 20 or more locations doing business under the same name and offering for sale substantially the same menu items to provide calorie and other nutrition information for standard menu items, including food on display and self-service food, on menus (whether printed, POS, outside/drive-thru, available on websites or mobile applications) and menu boards (digital and static). *See* 21 U.S.C. § 343(q)(5)(H); Final Rule, www.federalregister.gov/documents/2014/12/01/2014-27833/food-labeling-nutrition-labeling-of-standard-menu-items-in-restaurants-and-similar-retail-food. Some of the requirements include listing the caloric content adjacent to menu items on their menus and menu boards, and including the statement: "2,000 calories a day is used for general nutrition advice, but calorie needs vary."

These requirements were effective December 1, 2014 with compliance required by May 7, 2018. Pursuant to California law, however, California restaurants were required to conform to the existing FDA menu labeling regulations promulgated under the ACA as of December 1, 2016, which was before the federal compliance date. *See* Cal. Health & Safety Code § 114094.

Honey Baked Licensing understands that Honey Baked California updated menu boards in some outlets to provide information required by the FDCA but has not done so in other outlets. Honey Baked Licensing requests that within thirty (30) days, Honey Baked California confirm in writing that all Honey Baked California outlets are in compliance with the federal menu labeling law. If Honey Baked California is not able to truthfully and accurately provide this written confirmation within thirty (30) days, then within thirty (30) days it should in writing (a) confirm compliance for all outlets that are in compliance; and (b) in writing identify to Honey Baked Licensing each outlet that is not compliant by that date; and (c) a date certain by which each will become compliant. The portion of this request concerning the identification of outlets not in compliance and dates for compliance is neither waiver or consent by Honey Baked Licensing to Honey Baked California's breach of the License Agreement, nor waiver or consent regarding the extended compliance date. However, the information will be useful to Honey Baked Licensing in assessing further actions to be taken.

**Ex. 35 Page 725**

HBHUSA0131500

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 16

### 12.   Request for Information Concerning Compliance with Product Labeling Laws (e.g., ingredients, nutritional information, allergens)

Honey Baked Licensing is concerned that packaged food sold by Honey Baked California are not labeled as required by the applicable federal laws.  Elsewhere in the Honey Baked system, packaged food items sold by retail stores, fresh or frozen, including side dishes, bone-in ham, and turkey, are labeled with ingredients and allergen information.

#### 1)     Side Dish Nutritional and Ingredient Information

The Nutrition Labeling and Education Act amended the FDCA to require most foods regulated by the FDA to be labeled with nutrition information, including, without limitation, a list of ingredients by common or usual name in descending order of predominance by weight. *See* 21 U.S.C. 343(q); 37 C.F.R. § 101.4.  These requirements became effective November 8, 1990.

#### 2)     Side Dish Allergen Information

The Food Allergen Labeling and Consumer Protection Act amended the FDCA to require that all food labels of packaged foods regulated under the FDCA must identify in plain language if the food contains an ingredient that is or contains protein derived from a "major food allergen" (one of the eight major allergenic foods - milk, egg, fish, crustacean shellfish, tree nuts, wheat, peanuts or soybeans) as specified in the Act.  *See* 21 U.S.C. 343(w).  These requirements apply to applicable products labeled on or after January 1, 2006.

#### 3)     Ham and Turkey Nutritional and Ingredient Information

Honey Baked Licensing understands that Honey Baked California claims the Anaheim facility is exempt from U.S. Department of Agriculture ("USDA") Food Safety Inspection Service ("FSIS") *inspection* requirements pursuant to the retail store exemption.  Honey Baked Licensing is not purporting to advise on this aspect of the law and encourages Honey Baked California to consult with you to assure it may validly rely on this or any exemption it claims is applicable.

Honey Baked Licensing understands that meat products distributed by Honey Baked California are subject to *labeling* requirements of the Federal Meat Inspection Act, 21 U.S.C §§ 601 *et seq.* ("FMIA") and Poultry Products Inspection Act, 21 U.S.C. §§ 451 *et seq.* ("PPIA"). The FMIA requires, among other things, that retail meat food products distributed in a package or container must bear a label showing:

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 17

- Name and place of business of the manufacturer, packer, or distributor;

- Accurate statement of quantity of contents by weight, measure, or numerical count;

- Any word, statement, or other information (such as applicable safe handling instructions) required by or under authority of the FMIA;

- Common or usual name of the food;

- Common or usual name of each ingredient if the product is fabricated from two or more ingredients;

- Handling statement such as "Keep Refrigerated" or "Keep Frozen" if product requires special handling to maintain wholesomeness; and
- Nutrition labeling as specified in 9 C.F.R. 317, Subpart B, Nutrition Labeling (unless an exemption applies).

*See* 9 C.F.R. 301.2.  The PPIA contains similar requirements.  *See* 9 C.F.R. §§ 381.117-122.

4)      **Allergen Information**

Though Honey Baked Licensing understands that the Food Allergens Labeling and Consumer Protection Act (FALCPA) does not apply to meat, poultry, and egg products, the USDA FSIS encourages the use of allergen statements consistent with the FALCPA, and a meat or poultry product will be considered misbranded under FSIS requirements if the entirety of its ingredients is not disclosed on its labeling.

Honey Baked Licensing requests that Honey Baked California provide within thirty (30) days a report certifying for each of its outlets that it is compliant with applicable FDA and USDA FSIS requirements concerning food labeling.  To the extent any outlet is not fully compliant by that date, Honey Baked California should identify each such outlet and provide a date certain by which each will become compliant.

Honey Baked Licensing does not seek to require Honey Baked California to engage in activity or incur costs that are not required and do not provide a service to customers and to the public.  If your client is aware of any reason why it is not required to comply with FDA and/or USDA FSIS requirements detailed above, please provide a detailed explanation within the thirty (30) day period that is product and store specific.

HBHUSA0131502

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 18

13. **Request for Information on California Processed Food Registration (PFR).**

Section 6(b)(ii) of the License Agreement requires Honey Baked California to comply at all times with all applicable federal, state and local laws. California Health and Safety Code § 110460 requires businesses that manufacture, repack, label, or warehouse processed food products in California to register with the state's Department of Health Services, Food and Drug Branch. *See* Cal. Health & Safety Code §§ 110460-111223. Honey Baked Licensing requests that within thirty (30) days, Honey Baked California provide a copy of its active PFR certificate. If Honey Baked California does not have an active PFR certificate it should explain why in writing within this time period.

14. **Request for Information on Compliance with California Proposition 65.**

California Proposition 65, the Safe Drinking Water and Toxic Enforcement Act of 1986, was passed by California voters in 1986. The Act resulted in enactment of Health and Safety Code §§ 25249.5 – 25249.13. Section 25249.6 requires businesses including those operated by Honey Baked California, and licensees, to provide warnings to the public about exposures to chemicals that cause cancer, birth defects or other reproductive harm. *See.,* Cal. Health & Safety Code §§ 25249.6 and 25249.11(f). According to the State of California, at a minimum, potato chips, snack foods and food liners are known to contain such chemicals. *See e.g., www.p65warnings.ca.gov/fact-sheets/foods-and-beverages-restaurants-and-other-food-facilities.*

Honey Baked California has not provided Honey Baked Licensing with any information or documentation concerning Honey Baked California's compliance with Proposition 65. Honey Baked Licensing requests that within ninety (90) days, Honey Baked California provide:

1) List of each product that Honey Baked California sells;

2) For each product, a letter from its manufacturer confirming that no chemicals on the Proposition 65 list are present in its product, or to the extent such chemicals are present, confirmation that the manufacturer adequately disclosed them on the product packaging or other disclosure as required; and

3) For each product, a list of ingredient specifications for each ingredient to ensure that none contains chemicals listed in Proposition 65.

15. **Notice of Breach/Default Regarding Packaging Materials.**

Honey Baked California is in breach/default of obligations under Section 6(a)(v) of the License Agreement. That section of the License Agreement states:

**Ex. 35 Page 728**

HBHUSA0131503

*Law Offices*

LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 19

> Licensee agrees to utilize the Proprietary Marks in connection with . . .
> packaging materials, sales aids, decorating materials and such other similar
> items in conformance with the Standards Manual.

Honey Baked California was provided in October 2018 with a copy of the current Standards Manual, which was identified as taking effect in June 2019. Honey Baked California received more than six months' notice of the standards. This was abundant time to prepare for purchasing and inventory ahead of the 2019 holidays.

Honey Baked California is actively using outdated packaging materials. Examples are shown here:

 

Honey Baked Licensing is informed that a Honey Baked California executive, Mr. Richard Gore, claimed that packaging meeting current requirements would not be printed until December 2019. This is unacceptable. Scheduling such packaging for printing in December does not allow enough time to make use of properly printed packaging in the 2019 holiday season. This unacceptable schedule deprives customers and the public of the benefit of seeing and experiencing the visual identity for the 2019 holidays. This unacceptable schedule also results in Honey Baked California's outlets being inconsistent with outlets throughout the Honey Baked system, and results in other outlets being inconsistent with Honey Baked California's outlets.

The problem of inconsistency is significant. As one example of the problem Honey Baked California is inflicting on the brand, the holiday season is a time of increased travel. Honey Baked Ham customers from throughout the nation, may visit California and their positive experience and delight with Honey Baked Ham products from home, may lead them to seek and visit any of the California Honey Baked Ham outlets. The brand suffers when customers from

**Ex. 35 Page 729**

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 20

elsewhere have an inconsistent, less than excellent experience at California outlets. During the holiday season, Honey Baked Ham customers from California travel to destinations throughout the nation where they may visit any of the numerous Honey Baked Ham outlets. California customers may become confused to experience current packaging at Honey Baked Ham outlets outside the state, which is different from the outdated packaging improperly still used in California.  And after returning to California, they may be confused again and disappointed, at an experience that is less than excellent compared to their visit to a Honey Baked Ham outlet elsewhere.

Honey Baked Licensing objects to Honey Baked California's breach of Section 6(a)(v) of the License Agreement and demands that Honey Baked California use the proper current packaging.  However, without waiver of this breach, and without waiver of the objection, Honey Baked Licensing has authorized me to advise that if the other matters in this letter were solved, making this the sole issue, then currently it does not intend to initiate enforcement action, so long as Honey Baked California complies with the required packaging standard by Sunday, March 1, 2020.  This guidance does not apply if Honey Baked Licensing finds it necessary to initiate action for other reasons; if so then this issue will be included.  In any event, Honey Baked Licensing will not tolerate usage of nonconforming packaging materials as Easter 2020 approaches.

16.  **Request for Supplier Information**.

Section 5(b) of the License Agreement states:

> Licensor shall have the right to approve any agreements with suppliers to produce Spec Products so as to insure that the Spec Products are processed and prepared in accordance with Licensor's specifications and that other quality control aspects are satisfied.

Honey Baked Licensing has no record of having approved Honey Baked California's agreements with Honey Baked California's suppliers for the following Spec Products:

- Quarter Bone-in Ham
- Half Bone-in Ham
- Whole Bone-in Ham
- Oven-Roasted Sliced & Glazed Turkey Breast
- Smoked Sliced & Glazed Turkey Breast
- Glazed Smoked Whole Turkey
- Smoked Whole Turkey

- Cajun Fried Whole Turkey
- Roasted Shaped Turkey Breast
- Smoked Shaped Turkey Breast
- Smoked Natural Turkey Beast
- Roasted Natural Turkey Breast Skinless
- Smoked Natural Turkey Breast Skinless

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 21

o   Honey Baked Licensing requests that Honey Baked California provide, within thirty (30) days, true and correct copies of the executed, currently-applicable supply agreements with each supplier for these products.

17.   **Request for Transfer of Domain Name Registrations**.

Section 6(c)(iv) of the License Agreement states:

> Licensee may operate and maintain a website for its Business using the Proprietary Marks only at a domain name approved in writing by Licensor. Licensee may not register or use domain names, establish or use social media accounts, or create or use apps for its Business without the prior written consent of Licensor, which shall have the right to require such domain names and accounts to be registered in Licensor's name.

Honey Baked Licensing understands that Honey Baked California itself registered and is currently using the following website addresses (domain names):

- *shophoneybaked.com*
- *hbhca.com*

Honey Baked Licensing has the right to require such domain names and accounts to be registered in its name.  Honey Baked California is interfering with Honey Baked Licensing management of Honey Baked intellectual property, trademarks and domains. Honey Baked Licensing requests that Honey Baked California transfer to Honey Baked Licensing the ownership of the above domain names.  Honey Baked Licensing demands that Honey Baked California identify and transfer to Honey Baked Licensing any and all other domain names that contain any trademarks of or associated with Honey Baked Ham or that are the same as trademarks of or associated with Honey Baked Ham, or that contain words or phrases that are similar to trademarks of or associated with Honey Baked Ham.

To avoid or reduce disruption to Honey Baked California's website during the upcoming holidays, your client is requested to initiate the transfer of these domain names after the holidays by providing Honey Baked Licensing with the authorization code for these domain names, and to provide such other information and take such other steps as may be necessary to transfer the domain names to Honey Baked Licensing by March 1, 2020.

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 22

18.    **Required Monthly Contribution for National Advertising Fund**.

Honey Baked Licensing has recognized that national advertising of Honey Baked Ham products and services will benefit the public, the brand and Honey Baked licensees and franchisees.  These benefits will result from providing additional information about Honey Baked products and services to the public, and providing this information more frequently and in ways that have greater impact.  This effort will increase public awareness about the brand and increase public attention to the brand.  This will facilitate members of the public who already enjoy Honey Baked Ham products, to choose to do so more often, to buy more of the products they already enjoy, and to buy additional products. This will facilitate more members of the public who do not yet shop at Honey Baked Ham outlets, to choose to do so.   Increased recognition, attention and patronage will benefit the Honey Baked brand and will benefit Honey Baked licensees and franchisees by increasing patronage and sales of Honey Baked outlets.

Honey Baked Licensing intends to establish a National Advertising Fund on January 1, 2020.  Honey Baked Licensing believes economies of scale and impact can be achieved by thoughtful use of the fund for production and placement of national advertising, including in California.

Section 6(c)(ii) of the License Agreement provides that Honey Baked Licensing may require annual or monthly contributions to the National Advertising Fund to be used for national advertising. The aggregate amount of Honey Baked California's required contributions for any calendar year will not exceed one-half of one percent (0.5%) of gross sales unless Honey Baked California consents in writing.  Honey Baked California will be invoiced for its contribution beginning on or about January 21, 2020.

Currently, Honey Baked Licensing estimates that Honey Baked California's pro rata share of contributions to and expenditures from the fund will be approximately 10.6% of total contributions and expenditures.  This percentage, which is an estimate and is provided for information, but is not binding on Honey Baked Licensing, is anticipated to provide Honey Baked California a discount compared to the expected usage and impact of the fund, since California has approximately 12% of the nation's population.  Honey Baked California's pro rata share is expected to be $15,000 per month. This is based on a preliminary calculation, which is enclosed.  This figure could change, and therefore the estimate and enclosed preliminary calculation are for informational purposes only and are not to be relied on as conclusive.

HBHUSA0131507

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 23

19.    **Request for Information Regarding Residence of Mr. Gore**.

Honey Baked Licensing understands that Mr. Gore currently is residing in the back of the
Honey Baked outlet at 623 S. Brookhurst Street, Anaheim, California, 92804.  Section 6(b)(ii) of
the License Agreement requires Honey Baked California to maintain the Anaheim outlet at all
times in a clean, safe and sanitary condition.  This section also requires Honey Baked California
to comply at all times with all applicable state and local laws, ordinances and regulations.
Honey Baked Licensing is concerned that Mr. Gore's residence in an operating restaurant
conflicts with Honey Baked California's obligation to maintain the outlet in a clean, safe and
sanitary condition.  Further, the outlet is not in an area zoned as residential, nor is the outlet
licensed or designed to function as a residence.  Honey Baked Licensing is concerned that
residing in an operating outlet violates zoning, licensing, and other applicable laws.  Please
advise within thirty (30) days whether Honey Baked California has determined that this location
may be used as a residence.

20.    **Notice of Breach/Default of Best Efforts Obligation**.

Under Section 6(c)(i) of the License Agreement, Honey Baked California must use its
best efforts to promote the sale in California of cured hams, finished hams, boneless turkey
breasts and other branded products.  In view of the breaches and defaults discussed in this letter,
it is apparent that Honey Baked California is not using best efforts.  Rather, Honey Baked
California is in many respects inactive and passive, despite the injury to the HoneyBaked brand
caused by inactivity and passivity.  In many respects, Honey Baked California is engaged in
affirmative action that injures and damages the HoneyBaked brand and System.  In many
respects Honey Baked California is engaged in knowing, willful, flagrant disregard of applicable
laws and regulations and requirements of the License Agreement.   This is reflected in a
summary of the matters discussed above:

- ■  The brand licensed to Honey Baked California is among the most famous,
recognizable, highly regarded brands in the United States.

- ■  In the past 19 years the California economy has been strong. The state's population
has grown.  Nationally, Honey Baked Hams has grown.  But the Honey Baked Ham
business in California conducted by Honey Baked California has shrunk dramatically.

- ■  Honey Baked California is using outdated signage from an earlier time; it has not
brought the signage up to current sign standards.

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 24

- Apart from being outdated in their image, signs at Honey Baked California outlets are old, faded, missing letters and not properly maintained. To many members of the public in California, and to personnel of the California Honey Baked outlets, these signs are the principal image of Honey Baked Ham. These decrepit signs discourage people from visiting Honey Baked outlets and affirmatively hurt your client's business and the Honey Baked Ham brand.

- Honey Baked California stores have been and are poorly maintained.

- The Honey Baked California outlets are using outdated packaging materials from an earlier time.

- The Honey Baked California outlets have not been complying with law regarding disclosures of calories on menus.

- The Honey Baked California outlets have not been complying with law regarding ingredient and allergen labeling.

- Honey Baked California failed to provide copies of its key supplier agreements to Honey Baked Licensing for approval.

- Apparently, Mr. Gore is living at a Honey Baked outlet, which is unprofessional, unsanitary and likely unlawful.

The defaults/breaches discussed above constitute breaches and defaults of Honey Baked California's best efforts obligation.

The absence of best efforts is shown further by Honey Baked California's failure to register as a franchisor, failure to offer licenses, failure to establish new outlet locations, failure to make efforts to establish new outlets, closing of outlets in California and failure to replace those locations.

Honey Baked Licensing demands that Honey Baked California cure the best efforts violations by curing the breaches/defaults as described above and within the times described above, and additionally, by beginning to use its best efforts to promote Honey Baked branded products in California.

**Ex. 35 Page 734**

HBHUSA0131509

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 25

21.     **Conclusion**.

Honey Baked Licensing and its franchising affiliate have conducted a successful business
and developed a successful franchise system providing quality products and service to the public
over many years. Honey Baked Licensing claims the business and system have been successful,
as shown by widespread public recognition of the brand and nationwide growth. However, the
California business, operated by Honey Baked California, is a troubling exception to this history.

It is in Honey Baked California's interest to cure these breaches and comply with the
requests in this notice. Doing so will bring Honey Baked California into compliance on the
matters addressed, and as to many of these matters, will improve the operation of Honey Baked
California's business, which can be expected to improve customers' experience, generate
increased opportunities to serve the public, and mean more revenue for Honey Baked California.

Honey Baked Licensing appreciates and wishes to proceed with positive healthy
relationships with its franchisees and licensees, including your client. This begins with
compliance with laws, compliance with the License Agreement and attention to a high level of
operation and high level of customer service.

Honey Baked Licensing also recognizes and views the relationship as mutual. Honey
Baked Licensing invites you to let me know any issues your client believes exist under the
License Agreement so those may be addressed or explained, as applicable.

The contents of this letter must not be viewed by Honey Baked California or by you as a
complete or exhaustive listing or statement of all breaches, defaults or operational issues. Honey
Baked California's performance and compliance are not satisfactory to Honey Baked Licensing
and Honey Baked Licensing recognizes that further review of Honey Baked California may
identify issues additional to those in this letter.

It is also important that Honey Baked California understand the serious nature of the
matters identified in this letter. Honey Baked California should take the contents of this letter
seriously. This letter has identified numerous serious breaches and defaults of the License
Agreement. Apart from taking these matters seriously to correct its business practices,
demonstrate respect for customers and communities that its outlets serve, stop the shrinkage of
its business and turn the shrinkage around into growth and additional revenue and profit, is the
additional reason that, as shown above, Honey Baked California's numerous breaches of the
License Agreement and violations of law expose it to potential termination of the License
Agreement.

**Ex. 35 Page 735**

HBHUSA0131510

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 26

Therefore it is important for Honey Baked California to attend to and cure the defaults and breaches described in this letter and provide the information requested in this letter. It is important for Honey Baked California – with your assistance – to fully review the entirety of the License Agreement, including all provisions and including provisions not mentioned in this letter, and to take all necessary steps to be in compliance with all provisions of the License Agreement. The omission of any provision from this letter does not suggest that such provision lacks importance. Honey Baked California is required to comply with the entirety of the License Agreement. If there are any provisions that Honey Baked California believes should be waived or modified, you are invited to let me know in writing.

In summary, Honey Baked Licensing requests that Honey Baked California do the following in the timelines noted below:

- **Within thirty (30) days**

    o **Culver City, CA Honey Baked Ham retail store**: (a) repair the exterior south-facing sign; and (b) repair the sign over the entrance, including, without limitation, replacing the missing letters and other missing elements, and servicing the electrical and other aspects of the sign.

    o **La Mesa, CA Honey Baked Ham retail store:** conform the exterior signage to brand standards, as detailed in paragraph 10 above.

    o **Stockton, CA Honey Baked Ham retail store**: conform the exterior signage to brand standards, as detailed in paragraph 10 above.

    o **Huntington Beach, CA Honey Baked Ham retail store**: conform the exterior signage to brand standards, as detailed in paragraph 10 above.

    o **Ventura, CA Honey Baked Ham retail store**: conform the exterior signage to brand standards, as detailed in paragraph 10 above.

    o Confirm that each California Honey Baked Ham retail store is in compliance with the federal menu labeling law (to the extent any are not compliant, identify each such store and provide a date certain by which each will become compliant).

    o Provide a detailed report certifying for each California Honey Baked Ham retail store is compliant with the applicable FDA and USDA FSIS requirements concerning food labeling (to the extent any are not compliant,

HBHUSA0131511

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 27

      identify each such store and provide a date certain by which each will
      become compliant).

- o To the extent that Honey Baked California contends that it is not required
  to comply with any of the FDA and/or USDA FSIS requirements, provide
  a detailed explanation that is product and store specific.

- o Provide a copy of Honey Baked Ham California's active California
  Processed Food Registration.

- o Provide copies of executed, currently-applicable supply agreements
  between Honey Baked California and each supplier of the Spec Products
  identified in paragraph 16, above.

- o Advise whether Honey Baked Ham California has determined that the
  Honey Baked Ham outlet located at 623 S. Brookhurst Street, Anaheim,
  California, 92804 may be used as a residence.

- **Within ninety (90) days**

  - o Provide a list of every product that Honey Baked California offers for sale.

  - o For each product that Honey Baked California offers for sale, provide a
    letter from each product manufacturer confirming that no chemicals on the
    Proposition 65 list are present in its product, or to the extent any such
    chemicals are present, a confirmation that the manufacturer has adequately
    disclosed them on the product packaging or other disclosure as required.

  - o For each product that Honey Baked California offers for sale, provide a list
    of ingredient specifications for each ingredient to ensure that none contain
    chemicals listed in Proposition 65.

- **By March 1, 2020**

  - o Comply with the required packaging standard.

  - o Take all necessary steps to initiate the transfer of the domain names
    *shophoneybaked.com* and *hbhca.com* to Honey Baked Licensing.

The above summary is for reference, but is not a limitation on the contents of this letter.

**Ex. 35 Page 737**

HBHUSA0131512

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION

November 1, 2019
Page 28

Where this notice indicates time or extensions of time to address breaches and defaults, those periods of time and/or extensions do not imply any assured duration of the License Agreement, nor do they waive or modify Honey Baked Licensing's rights or remedies with regard to other breaches or defaults. Nothing included or omitted from this letter waives or modifies any of Honey Baked Licensing's rights, claims or remedies. All are reserved.

Very truly yours,

LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN

By:   *David Gurnick*
David Gurnick

Ex. 35 Page 738

HBHUSA0131513

Tolling Agreement

This Tolling Agreement ("Tolling Agreement") is entered as of November 1, 2019, by and between HBH Licensing, LLC, as successor in interest to HBH Limited Partnership ("Honey Baked Licensing") and Honey Baked Ham, Inc., a California corporation ("Honey Baked California"), with reference to the following facts:

Background

The parties to this Tolling Agreement are parties to a License Agreement dated April 23, 2015 concerning development and operation and licensing by Honey Baked California of Honey Baked Ham outlets in the State of California. Honey Baked Licensing has asserted breaches by Honey Baked California of terms of the License Agreement and demanded that Honey Baked California cure the breaches. Honey Baked California denies breaching the License Agreement. Honey Baked Licensing is willing to allow time for Honey Baked California to cure the breaches, and/or demonstrate compliance and/or absence of breaches. To address time pressure on Honey Baked Licensing to bring litigation to enforce the terms of the License Agreement, the parties are willing to enter into this Tolling Agreement. Accordingly, the parties have agreed as follows:

Agreement

1. Any and all statutes of limitations or repose, of or concerning claims or causes of action that would otherwise expire or lapse during the time period from November 1, 2019 (the "Effective Date") until the "Termination Date," defined below, shall not expire or lapse until the day immediately following the Termination Date. The time from the Effective Date until the Termination Date is referred to as the "Tolling Period." The Tolling Period shall not be included in the calculation of the time under any statute of limitations.

2. Any Party may end the Tolling Period by delivering written notice by e-mail or United States mail to the other Party or its legal counsel. The Tolling Period shall terminate thirty (30) days after delivery of such notice ("Termination Date").

3. For this Tolling Agreement, the "statute of limitations" shall include any federal or state statutory, common law, equitable, or contractual time period of limitations or repose of claims and any defense related to, or predicated on, the passage of time, including, without limitation, the defenses of laches, estoppel by laches, passage of time, waiver by inaction, or delay for any purported claims that a party may have against the other party.

4. All claims that a party could have asserted against the other party as of the Effective Date shall be preserved without any prejudice during the Tolling Period.

5. This Tolling Agreement shall not be construed as an admission of any wrongdoing or merit of any claim or defense.

6. This Tolling Agreement shall not waive or preclude any purported claim or any right to institute litigation or other proceedings by any Party against any Party and such litigation or other proceedings may be commenced at any time.

7. The Tolling Period provided by this Tolling Agreement or other terms in this Tolling Agreement may be modified only by an agreement in writing signed by all Parties to be bound by such modification or extension; provided, however, that either Party may authorize its counsel to execute any such modifications, extensions or other amendments to this Agreement.

8. This Tolling Agreement shall be construed, governed, and enforced in accordance with the laws of the State of California, without regard to its choice of law rules; provided, however, that the provisions shall be given their fair meanings and not strictly construed for or against any party; and any rule of any construction against the drafter of this Tolling Agreement shall not be applied to any interpretation of this Tolling Agreement.

9. It is acknowledged that each Party has had the opportunity to have consulted with that Party's own legal counsel as to the terms and effect of this Tolling Agreement and otherwise.

10. This Tolling Agreement may be executed and exchanged electronically and may be executed in counterparts, each of which will be deemed to be an original, and all of which together will constitute one and the same Tolling Agreement.

Agreed and Accepted:

HBH Licensing, LLC

By: _____

Print name _____

Title _____


Honey Baked Ham, Inc.,

By: _____

Printed name: _____

Title: _____

HBHUSA0131515

# EXHIBIT 36

| Message | |
|---|---|
| **From:** | Keil, Dave [/O=HONEYBAKED HAM COMPANY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DAVE KEILF01] |
| **Sent:** | 9/17/2015 10:42:43 PM |
| **To:** | DeCan, Maggie [/O=HONEYBAKED HAM COMPANY/OU=Atlanta/cn=Recipients/cn=MDecan] |
| **Subject:** | Re: HoneyBaked candidate |
| **Attachments:** | image002.png |

Yes - will be nice to land a new IT leader, and one like Erach who will be a great thought partner for us.

Time with Richard was excellent. Mostly building the relationship and trust. His stores are clean, and high volume - but a merchandising nightmare. They look like a Cracker Barrel - I'll show you pictures you won't believe. I also met Thad.

Richard is a tinkerer - loves to play with the menu (15 yearlong project), and take labor out of his back rooms - so no more slicing or hand glazing. The glazing machine is interesting - for a high volume catalog operation, not sure about for a store. He has a few stores with digital menu boards and does TV - so in some ways ahead of us.

He desperately misses being part of something bigger, and feeling valued by the HBH enterprise. He respects the legacy GA team, and zero respect for the legacy OH team - and has loved the last 5 months.

I had a great opening to tee up an exit to NewCo and shared a few messages:

1. We are limited on how much we can collaborate while he is a licensee. So he won't be joining teams working on new products, design, glazing, etc.

2. We are interested in an exit for them as it will add value to the whole enterprise - and CA would see some of that. We would pay a better than market multiple and he needs to think about the right timing.

3. There is no urgency to this - I just wanted them to know our interests as they consider theirs.

He appreciated the no pressure approach. Gives him time to think it through - then take it to the Martins. We will see - but he came back to it a few times - so my guess is that we will hear back from him on the matter relatively soon.

Concerning about Paul's use of the brand - do your best to lock him down, or use as a lever to get more from him.

Safe travels back. Hope it was fulfilling and memorable.

Dave


**Dave Keil**
CEO | The Honey Baked Ham Company
3875 Mansell Rd. | Alpharetta, GA 30022
cell 612.206.7380 | office 678-966-3201
dkeil@hbham.com

HBHUSA0019135

# EXHIBIT 37

Message

| | |
|---|---|
| From: | Hundt, Greg [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=99E7C42353274A6D83E4960967D0AFF1-HUNDT, GREG] |
| Sent: | 4/14/2020 12:11:25 AM |
| To: | VanRees, Linda [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=74300c1f1cf84c39ab99f740f98fbf76-VanRees, Li] |
| Subject: | RE: CA Damaged packages |

We can certainly talk with Adrian in the morning. OnTrac is what used to be known as California Overnight. It's basically a parcel carrier for CA and a few other western states. They compete for the regional parcel shipping with UPS and FedEx. Adrian is trying to research incidents where there are photos of the shipping label, but we are blind to OnTrac shipping details.

I'll book a few minutes in the morning to discuss.

Thx

**From:** VanRees, Linda <LVanree@hbham.com>
**Sent:** Monday, April 13, 2020 6:51 PM
**To:** Hundt, Greg <ghundt@hbham.com>
**Subject:** Re: CA Damaged packages

Can Adrian try to do this for each order we have photographed??? And can he tell me which order in photos goes with this on Trac info ??

Is On Trac a common carrier situation where they have lots of packages ? Looks like it. It's not a single package single delivery deal line Door Dash
Would OnTrac have those vans to deliver ?
We may go to court for a preliminary injunction on him. Can we get on the phone with Adrian you and me in the morning ? This is really important for us to get this data so if we go in front of judge we can tie a package photo to a delivery tracking situation and show that he packed food in a cardboard box with no ice and no insulation and it took two days to arrive.

Linda

Sent from my iPhone

On Apr 13, 2020, at 4:49 PM, Hundt, Greg <ghundt@hbham.com> wrote:

Further research...

Get Outlook for Android

**From:** Prather, Adrian <aprather@hbham.com>
**Sent:** Monday, April 13, 2020 4:37:16 PM

Ex. 37 Page 744

HBHUSA0007191

**To:** Hundt, Greg <ghundt@hbham.com>
**Subject:** FW: CA Damaged packages

Upon further research on data from Mandy, I show the majority of these packages shipped by an another shipper service, OnTrac. Sample tracking link is below.
This would explain the different label on some of the delivery boxes, as well.

So far, none of the customer issues from Mandy have shown up in the UPS tracking data, so they are confirmed to be non-UPS shipments.

https://www.ontrac.com/trackingdetails.asp?tracking=C11924700239326&run=1035969043&runlocation=0
<image007.png>

---

**From:** Muller, Mandy <mmuller@hbham.com>
**Sent:** Monday, April 13, 2020 3:07 PM
**To:** Prather, Adrian <aprather@hbham.com>
**Subject:** FW: CA Damaged packages

---

**From:** Sutton, Kishwar <ksutton@hbham.com>
**Sent:** Monday, April 13, 2020 2:51 PM
**To:** Muller, Mandy <mmuller@hbham.com>; Hearn, Andy <ahearn@hbham.com>
**Subject:** CA Damaged packages

Good afternoon,

Below are the damaged packages that were received by California customers.

Please let me know how I may be of further assistance.
<image001.jpg>
<image002.jpg>
<image003.jpg>
<image004.jpg>
_____
_____
<image005.jpg>
<image006.jpg>
<image009.jpg>
<image012.jpg>
<image013.jpg>
_____
_____
<image024.png>
<image014.jpg>
<image015.jpg>
_____
_____

Ex. 37 Page 745

HBHUSA0007192

_____

_____

<image019.jpg>
<image020.jpg>
<image021.jpg>


_____

_____

<image022.jpg>
<image025.jpg>

I will continue to update as more images are received.

Have a wonderful day. ☺

**KISHWAR SUTTON**
**Customer Support Specialist**
**ksutton@hbham.com**
**O 678-349-3167 C 678-778-2028**

**The Honey Baked Ham Company, LLC**
**3875 Mansell Rd. | Alpharetta, GA 30022**
**WWW.HONEYBAKED.COM**


**<image026.png>**


- 
- 
- 
- 

- 
-

# EXHIBIT 38

KILPATRICK TOWNSEND & STOCKTON LLP
KOLLIN J. ZIMMERMANN (State Bar No. 273092)
*kzimmermann@kilpatricktownsend.com*
1801 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:  (310) 248-3830
Facsimile:   (310) 860-0363

J. DAVID MAYBERRY (Admitted *Pro Hac Vice*)
*dmayberry@kilpatricktownsend.com*
The Grace Building
1114 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 775-8700
Facsimile:   (212) 775-8800

MARK H. REEVES (Admitted *Pro Hac Vice*)
*mreeves@kilpatricktownsend.com*
Enterprise Mill
1450 Greene Street, Suite 230
Augusta, Georgia 30901
Telephone:  (706) 823-4206
Facsimile:   (706) 828-4488

PLAVE KOCH PLC
JAMES C. RUBINGER (Admitted *Pro Hac Vice*)
*jrubinger@plavekoch.com*
12005 Sunrise Valley Drive, Suite 200
Reston, Virginia 20191
Telephone:  (703) 774-1200
Facsimile:   (703) 774-1201

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| **HONEY BAKED HAM INC.,**<br><br>        Plaintiff & Counterclaim-Defendant,<br><br>    v.<br><br>**HONEY BAKED HAM COMPANY LLC**, et al.,<br><br>        Defendants & Counterclaim-Plaintiffs. | CASE NO.: 8:19-cv-01528-JVS (DFMx)<br><br>**HONEY BAKED HAM COMPANY, LLC'S AND HBH LICENSING, LLC'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES**<br><br>Judge: Hon. James v. Selna<br><br>Second Amended Complaint filed: September 18, 2020 |

Defendants and Counterclaim Plaintiffs The Honey Baked Ham Company ("Honey Baked USA"), LLC, and HBH Licensing, LLC ("HBH Licensing") (together, "Defendants" or "Counterclaim Plaintiffs") submit these supplemental Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Defendants reserve their right to amend, modify, supplement or alter these Initial Disclosures as new information becomes available.

Defendants do not waive and expressly reserve their right to object to any discovery request or other matter involving or relating to these disclosures on any grounds, including privilege, and attorney work product doctrine, competency, relevancy, proportionality, materiality, hearsay, undue burden, or any other valid objection. Furthermore, these disclosures are not an admission by Defendants concerning any matter. All of the disclosures set forth below are made subject to the above qualifications.

## A.   PERSONS WITH DISCOVERABLE INFORMATION

Pursuant to Rule 26(a)(1)(A)(i), Defendants identify the following additional persons as individuals likely to possess discoverable information that Defendants may use to support its claims or defenses in this action, and the subjects of that information, unless solely for impeachment:

Various customers of Plaintiff.  *See* Attachment A.

## C.   COMPUTATION OF DAMAGES

Defendants are seeking damages for trademark infringement (Plaintiff's profits arising from unauthorized use of Defendant's proprietary marks on or in connection with catalogue and retail sales of food products), reputational harm arising from Plaintiff's engaging in conduct which reflects materially and unfavorably upon the operation and reputation of the franchise system, and underpayment of royalties. Defendants will rely upon expert testimony to calculate each category of damages claimed by Defendants.

1  Defendants expressly reserve the right to supplement or otherwise amend this
2  disclosure as discovery proceeds.

3  **D.**  **INSURANCE AGREEMENTS**

4  Defendants supplement this response to state that they will produce an
5  insurance agreement under which an insurance business may be liable to satisfy part
6  or all of a judgment entered in this action, or to indemnify or reimburse for
7  payments made to satisfy any such judgment. *See* Attachment B.

8
9  DATED:  June 27, 2021          Respectfully submitted,

10                               KILPATRICK TOWNSEND & STOCKTON
11                               LLP

12                               *[signature]*
13                               J. David Mayberry (Admitted *Pro Hac Vice*)
                                 *dmayberry@kilpatricktownsend.com*
                                 The Grace Building
14                               1114 Avenue of the Americas
15                               New York, New York 10036
                                 Telephone:  (212) 775-8700
16                               Facsimile:  (212) 775-8800

17                               Kollin J. Zimmermann (State Bar No. 273092)
                                 *kzimmermann@kilpatricktownsend.com*
18                               1801 Century Park East, Suite 2300
                                 Los Angeles, California 90067
19                               Telephone:  (310) 248-3830
20                               Facsimile:  (310) 860-0363

21                               Mark H. Reeves (Admitted *Pro Hac Vice*)
                                 *mreeves@kilpatricktownsend.com*
22                               Enterprise Mill
                                 1450 Greene Street, Suite 230
23                               Augusta, Georgia 30901
                                 Telephone:  (706) 823-4206
24                               Facsimile:  (706) 828-4488

25                               PLAVE KOCH PLC

26                               James C. Rubinger (Admitted *Pro Hac Vice*)
                                 *jrubinger@plavekoch.com*
27                               12005 Sunrise Valley Drive, Suite 200
                                 Reston, Virginia 20191
28                               Telephone:  (703) 774-1200

**DEFENDANTS' FIRST SUPPLEMENTAL INITIAL DISCLOSURES**          -3-

Facsimile:    (703) 774-1201

*Attorneys for Defendants*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

[C.C.P. §§ 1011 and 1013, C.R.C. § 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare I am employed in the Washington, DC in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Kilpatrick Townsend & Stockton LLP, 607 14th Street, NW, Suite 900, Washington, DC 20005.

On June 27, 2021, I served the following document entitled **HONEY BAKED HAM COMPANY, LLC'S AND HBH LICENSING, LLC'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES** on the interested parties in this action by electronic transmission to the e-mail addresses indicated below. The transmitting terminal address is schick@kilpatricktownsend.com.

> Jonathan Solish
> Alfred Shumyan
> David J. Root
> BRYAN CAVE LEIGHTON PAISNER LLP
> 120 Broadway Suite 300
> Santa Monica, California 90401
> EMAIL:     jonathan.solish@bclplaw.com
>             alfred.shaumyan@bclplaw.com
>             david.root@bclplaw.com

Executed on this 27th day of June, 2021 at Washington, DC.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Shawn R. Chick

Shawn R. Chick

**PROOF OF SERVICE**

# EXHIBIT 39

CONFIDENTIAL

---
**Message**

---

| | |
|---|---|
| From: | Keil, Dave [/O=HONEYBAKED HAM COMPANY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DAVE KEILF01] |
| Sent: | 7/6/2015 4:13:41 PM |
| To: | VanRees, Linda [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=74300c1f1cf84c39ab99f740f98fbf76-VanRees, Li] |
| Subject: | Re: California gameplan |
| Attachments: | image001.jpg |

Thanks for the note Linda. My plan is a combination of items I plan on covering off with Richard explicitly - like initiating EcoSure audits and review of exterior signage, secret shopping his stores and items I want to address when I go out and see a number of his stores.

My plan is to review with Maggie when she is back from vacation, later this week - and I will then revert back to you with a full plan.

The strategy remains the same as we discussed - begin to review the status of how he is adhering to the licensee terms, and begin to push on those that are most important, but metering the changes in.

We will also keep pressure in the short term, via David M, reviewing his sub-license agreements.

Richard hasn't yet responded to the email I sent after his visit. Has he been in contact with you?

Dave

**Dave Keil**
CEO | The Honey Baked Ham Company
3875 Mansell Rd. | Alpharetta, GA 30022
cell 612.206.7380 | office 678-966-3201
dkeil@hbham.com

On Jul 6, 2015, at 10:57 AM, VanRees, Linda <LVanree@hbham.com> wrote:

> I know we discussed but can you give me a specific plan to go out to California to assess the operation. Prior to end of summer we need to do the following :
> Visit the front retail area of EVERY store in California. (unannounced and unknown to California) Create a check list for what we are looking for.
> Do a customer service our standard survey in every store .
> Do a sampling of products from a sampling of stores for bugs including those stores that registered high on the test earlier this year.
> Visit back of a sampling of stores announced and planned with California.
> Do a inventory of the exterior signage
> Do an assessment of key materials, flyers, boxes, bags, cups, and advertising samples to see if they are executing the graphic standards properly.
> Do a complete review of his shipping operation.
> This work will use our folks and external resources. We should have a report to review by like October.
> We need to hit the ground running in 2016, so the report will lead to a plan of action for 2016 to get California up to a minimum standard operation. I would not plan on discussing plan with Richard until 2016.
> In the mean time, the food safety plan should go forward this year.
> Who is point on this?

Plaintiff Exhibit
125
Linda van Rees
Tuesday, June 29, 2021
Bj Dugas, CRR, RPR

HBHUSA0074865

CONFIDENTIAL

linda

**From:** Keil, Dave
**Sent:** Thursday, July 2, 2015 5:33 AM
**To:** DeCan, Maggie; Kesmodel, Molly; Sutton, Cindy; Asbury, Ted; Stanca, Peter; McAdoo, Randy; Troy, Matt
**Cc:** McCord, Matt; VanRees, Linda; Mayberry, David; Laggis, Kathy
**Subject:** California gameplan
**Importance:** High
CONFIDENTIAL – DO NOT FORWARD

# Redacted - Privileged

Dave
**Dave Keil**
CEO | The Honey Baked Ham Company
3875 Mansell Rd. | Alpharetta, GA 30022
cell 612.206.7380 | office 678-966-3201
dkeil@hbham.com

# EXHIBIT 40

# HONEYBAKED HAM.

May 30, 2017

Mr. Richard Gore
Honey Baked Ham, Inc.
29 Musick
Irvine CA 92618-1638

Dear Richard,

It was a pleasure meeting you in person in California. Thank you for your hospitality. I wanted first to bring you up to date on some new personnel, new initiatives and other new developments that have occurred since our last meeting. I'm happy to announce that Dan McAleenan and Jo Ann Herold are rejoining Honey Baked Ham. I'm sure you remember both of them, but Dan is our new Vice President of Retail Operations, both franchise and company-owned stores. As part of that, he is responsible for ensuring food safety practices and guidelines are followed in all commercial locations. Jo Ann is our VP Marketing. We have included Product Development, management of the LTO and innovation pipeline, and oversight of the Menu. Additionally, we are actively recruiting a Chief Financial Officer to help build out my senior executive team. One of my mandates has been to build a stronger infrastructure both in terms of human capital and in IT, financial forecasting and other areas to support our aggressive new growth plan.

Next, in follow-up to our meeting, I wanted to reiterate that with respect to your stores in California our principal focus for the balance of this year and next year will be on food safety, brand standards, and growing top line revenue. As part of that focus, we will be requesting your assistance to make certain changes:

- As you know, we have retained Ecosure to conduct food safety audits in the corporate and franchise stores in our system. We plan to ask Ecosure to audit your stores.

- We intend to ask you to become consistent with the rest of our system and eliminate the handling of raw (uncooked) protein products in your stores.

- We intend to create a process by which we can systematically review the entire product line of your stores. We would appreciate your thoughts on how easiest for you to accomplish this.

- We intend with your assistance to bring into closer conformity the range of products and services that you offer in California with our stores throughout the remainder of our system. Of course, we plan to be mindful and respectful of your success.

- We intend to review both company and California's e- commerce facilities to verify that all the sides being sent comply with the applicable requirements surrounding labeling information.

The Honey Baked Ham Company, LLC
3875 Mansell Road, Alpharetta, GA 30022

**Ex. 40 Page 757**

HBHUSA0008655

# HONEYBAKED HAM.

- We plan to modify our menu in the coming year, but we want to make sure we are doing so in a manner that is right for the brand and the system. With that in mind, I would like to invite you to serve on the menu innovation panel that Jo Ann Herold is creating and help us with our product development. To-date, the panel will consist of you, Jo Ann, Dan (or one of his designees), and a to be defined product integration person. I serve as the Advisor. (We interviewed two firms in California and are moving forward with engaging both. I am eager to share more with you. Your participation would be very much appreciated and valued, Richard.)

I know that I can count on your assistance on all of the above, but I am also sure you must have questions and perhaps concerns. To address those, I would like to schedule a call with you to make sure we are on the same page. I will ask Donna Wilson to reach out to you to arrange a call between us for later this week or next week depending on our schedules. It is my recommendation to have Jo Ann and Dan serve as your primary points of contact, Jo Ann on the menu and Dan on food safety. We should decide together how best to make this work for all parties.

We value the contributions, financial and with product integrity, that you have made to Honey Baked Ham for these many years. I look forward to many more years working together with you.

Very truly yours,

Linda Heasley
Chief Executive Officer


cc:   Jonathan Solish, Bryan Cave, LLP
      Adam Haigh, Honey Baked Ham Company, LLC, General Counsel
      JoAnn Herold, Honey Baked Ham Company, LLC, CMO
      Dan McAleenan, Honey Baked Ham Company, LLC, VP Operations

The Honey Baked Ham Company, LLC
3875 Mansell Road, Alpharetta, GA 30022

**Ex. 40 Page 758**

HBHUSA0008656

# HONEYBAKED HAM.

The Honey Baked Ham Company, LLC
3875 Mansell Road, Alpharetta, GA 30022

**Ex. 40 Page 759**

HBHUSA0008657