Jonathan Solish (CA Bar No. 67609)
Jonathan.solish@bclplaw.com
Glenn J. Plattner (CA Bar No. 137454)
Glenn.plattner@bclplaw.com
Alfred Shaumyan (CA Bar No. 266908)
Alfred.shaumyan@bclplaw.com
David J. Root (CA Bar No. 307251)
David.root@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200

Attorneys for Plaintiff and Counterclaim Defendant
HONEY BAKED HAM INC.

*Bryan Cave Leighton Paisner LLP*
*120 Broadway, Suite 300*
*Santa Monica, California 90401-2386*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| **HONEY BAKED HAM INC.,**<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>**HONEY BAKED HAM COMPANY LLC, et al.**,<br><br>Defendants/Counterclaim Plaintiffs. | Case No.:8:19-cv-01528-JVS (DFMx)<br><br>Judge: Hon. James V. Selna<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF HONEY BAKED HAM INC.'S MOTION FOR SUMMARY JUDGMENT, OR PARTIAL SUMMARY JUDGMENT, ON SECOND AMENDED COUNTERCLAIM AND PARTIAL SUMMARY JUDGMENT ON ITS SECOND AMENDED COMPLAINT**<br><br>**VOLUME IV (Exhibits 41-44)**<br><br>[Filed with Notice of Motion and Motion; Separate Statement; Declarations of Jonathan Solish, Richard Gore, and Nancy Wang; [Proposed] Order and Judgment]<br><br>Date:      October 4, 2021<br>Time:      1:30 p.m.<br>Courtroom:  10C |

Plaintiff and Counterclaim Defendant Honey Baked Ham Inc. ("HBH California") hereby submits this Appendix of Exhibits in support of its Motion for Summary Judgment or Partial Summary Judgment on Counterclaimants' Second Amended Counterclaim and Partial Summary Judgment on its Second Amended Complaint.

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1. | License Agreement |
| 2. | Email from Richard Gore to Craig and Thad Martin forwarding the initial term sheet dated November 27, 2012, |
| 3. | Email from Alexander Tuneski to Richard Gore with attached redline version of California license agreement, email dated August 14, 2014 |
| 4. | Email from Thad Martin to, among others, Richard Gore concerning the registration of the *shophoneybaked.com* domain dated May 10, 2004 |
| 5. | Page of brochure used in 2008 bates stamped |
| 6. | Board of Directors Meeting Minutes dated March 19, 2010, |
| 7. | Email from David Mayberry to Richard Gore regarding Domain Names dated May 10, 2010 |
| 8. | Letter from Louis Schmidt, Jr. regarding Honey Baked domain names, dated May 24, 2010 |
| 9. | Email chain approving the use of shophoneybaked.com |
| 10. | Email chain between Richard Gore to Linda van Reese |
| 11. | Labels for side dishes |
| 12. | Email from Linda van Rees to Richard Gore dated October 9, 2018 |

Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, California  90401-2386

| EXHIBIT | DESCRIPTION |
|---|---|
| 13. | Inspection reports conducted by Steritech for California stores from July 16 through August 4, 2021. |
| 14. | Spreadsheet Nancy Wang created calculating the royalties paid on shipping charges |
| 15. | Summaries Nancy Wang submitted with the yearly royalty reports for 2015-2020. |
| 16. | Defendants' Answer to Plaintiff's First Amended Complaint for Injunctive Relief, and Counterclaim, filed June 22, 2020, Dkt. 99. |
| 17. | Defendants' Answer to Plaintiff's Second Amended Complaint, and Second Amended Counterclaims, dated October 22, 2020, Dkt. 144 |
| 18. | Honey Baked Ham Company LLC's Responses to Honey Baked Ham Inc.'s Second Set of Requests for Admission (14-30) dated June 22, 2021 |
| 19. | Excerpts from a certified copy of the deposition of Linda van Rees dated June 28, 2021 |
| 20. | Plaintiff's Notices of Deposition to Defendant HBH Licensing, LLC and Honey Baked Ham Company LLC, along with correspondence from counsel with designations. |
| 21. | Email from Linda van Rees to Dave Keil dated June 4, 2015. |
| 22. | Excerpts from a certified copy of the deposition of Linda van Rees dated June 29, 2021 |
| 23. | Excerpts from a certified copy of the deposition of John David Jones dated July 1, 2021. |
| 24. | Robert A. Taylor's expert report |

Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF HONEY BAKED HAM INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON SECOND AMENDED COUNTERCLAIM

Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 25. | Honey Baked Ham Company, LLC's and HBH Licensing, LLC's Initial Disclosures dated August 7, 2020 |
| 26. | Excerpts from a certified copy of the deposition of Jo Ann Herold dated July 2, 2021 |
| 27. | Relevant portions of the Proprietary Marks Standards Manual |
| 28. | Excerpts from a certified copy of the deposition of Bill Bolton dated July 1, 2021. |
| 29. | Excerpts from a certified copy of the deposition of Carolyn Kinzler dated July 1, 2021. |
| 30. | Messages between Carolyn Kinzler to Ann Marie Jernigan |
| 31. | Excerpts from a certified copy of the deposition of Dan McAleenan dated June 30, 2021. |
| 32. | Email from Craig Kurz regarding California Mystery Shop |
| 33. | Email from Mandy Muller to Dave Keli regarding California Mystery Shop |
| 34. | Email from Donna Wilson to Linda van Rees regarding CA-License Update |
| 35. | Letter dated November 1, 2019 from David Gurnick |
| 36. | Email from Dave Keil regarding his visit to the Honey Baked California stores on September 2015 |
| 37. | Email from Greg Hundt to Linda Van Rees |
| 38. | June 27, 2021 Supplemental Disclosure |
| 39. | Email from Dave Keil to Linda van Rees regarding California gameplan |
| 40. | Letter from Linda Heasley to Richard Gore dated May 30, 2017 |

| EXHIBIT | DESCRIPTION |
|---|---|
| 41. | Letter from Mark Reeves regarding Honey Baked Ham – Updated Internet Guidelines & Domain Transfer, dated January 24, 2020, bates stamped HBHUSA0088469-HBHUSA0088470. |
| 42. | Declaration of Linda Van Rees in support of Motion to Compel Production of Documents, Dkt. 152-9 |
| 43. | Additional messages between Carolyn Kinzler to Ann Marie Jernigan |
| 44. | Email from Dave Keil with Management Presentation for Richard Gore (relevant portions of presentation). |

Dated:  August 30, 2021                    Respectfully submitted,
                                           **BRYAN CAVE LEIGHTON PAISNER LLP**


                                           By: _/s/ Jonathan Solish_____
                                                Jonathan Solish
                                                Attorneys for Plaintiff and Cross-Defendant
                                                Honey Baked, Inc.

Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

# EXHIBIT 41



KILPATRICK
TOWNSEND
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

Enterprise Mill, 1450 Greene St., Suite 230
Augusta, GA 30901
t 706 724 2622  f 706 823 4204

direct dial 706 823 4206
direct fax 706 828 4488
mreeves@kilpatricktownsend.com

January 24, 2020

By Email

Brian Cole
brian@briancolelaw.com
128 Twelfth Place
P.O. Box 3513
Manhattan Beach, CA 90266

Re:   Honey Baked Ham – Updated Internet Guidelines & Domain Transfer

Dear Brian:

On November 27, 2019, my colleague David Mayberry sent a draft copy of Honey Baked USA's updated Digital Guidelines, Policies and Procedures (Guidelines) to Jim Mulcahy for Honey Baked California's review. Those Guidelines have now been finalized and will go into effect on February 1, 2020. A copy of the finalized Guidelines is attached.

Additionally, in your letter of November 17, you reported that Honey Baked California will transfer ownership of the internet domain names *shophoneybaked.com* and *hbhca.com* (and we presume any other domain names owned or used by Honey Baked California that contain any trademarks associated with Honey Baked Ham or any similar words or phrases) to HBH Licensing, LLC, by March 1, 2020. We trust that the attached Guidelines address any questions how those domains will be managed. Please have Honey Baked California proceed with initiating transfer of the domain names. If there is any need for technical assistance with the transfer, please contact Bill Bolton at bbolton@hbham.com or (678) 966-3329.

As always, we appreciate your cooperation and prompt attention to these matters. Please don't hesitate to let us know if you have any questions.

Regards,

Mark H. Reeves.

cc:   David Mayberry            Kurt Peterson
      Keith M. Harper

US2008 16481829 1

ANCHORAGE  ATLANTA  AUGUSTA  BEIJING  CHARLOTTE  DALLAS  DENVER  HOUSTON  LOS ANGELES  NEW YORK  RALEIGH  SAN DIEGO
SAN FRANCISCO  SEATTLE  SHANGHAI  SILICON VALLEY  STOCKHOLM  TOKYO  WALNUT CREEK  WASHINGTON  WINSTON-SALEM

HBHUSA0088469

CONFIDENTIAL



# Digital Guidelines, Policies and Procedures

**Effective Date:**    **February 1, 2020**
**Version:**            **4.0**

*This document replaces the "Internet Guidelines", Version 3.0, distributed 6/11/2011, dated 5/5/2011.*

CONFIDENTIAL: Information within this document is not to be edited or reproduced without the written permission of an authorized Honey Baked Ham representative.

HBHUSA0088470

**Ex. 41 Page 762**

CONFIDENTIAL



HBH Digital System Architecture National Policies and Procedures
Version 4.0

## I.    Introduction

We are the Honey Baked Ham Company, LLC ("Honey Baked USA").  On June 30, 2011, our predecessor HBH Limited Partnership issued Internet Guidelines version 3.0 to "govern and manage our brand within the Internet space."  The Internet Guidelines version 3.0 were intended to be a dynamic document noting that, as appropriate, updates or issues will be (and were) addressed by the Board of Directors of our predecessor.

In the time since Internet Guidelines version 3.0 were issued, the global network of computers and electronic devices that follow the Internet Protocol Suite (TCP/IP) to link devices worldwide have continued to evolve.  Some technology changes have blurred the lines between what we historically thought of as separate "channels" through which members of our Honey Baked Ham system (we, our licensees and franchisees) have marketed our products to our customers.

In the past, we described our business channels as retail, catering, business to business, e-commerce, and in other terms.  Now, we think of our business as omni channel.

What is omni channel?

While there may be many definitions for an omni channel approach to marketing, we describe omni channel from the customer perspective as follows:

- Ability for consumers to interact seamlessly with Honey Baked Ham across multiple channels.
- Ability for customers to shop via multiple platforms for various products.
- Ability for consumers to pay for and receive products any way they want.

Internet Guidelines version 3.0, while effective for governing use of our trademarks in what traditionally was known as the e-commerce channel, require updating to accommodate our omni channel approach to marketing.  Omni channel includes more than just the Internet.  It is the connection of customers with our brand through *digital* means, across numerous channels: the Internet, retail stores, apps, third party food delivery services and other means.

This update supports our omni channel approach to the modern consumer market.  With these Digital Guidelines, Polices and Procedures version 4.0, we specify rules for those operating under our Proprietary Marks, to create a consistently high-quality customer experience.  Any entity authorized to use our Proprietary Marks must follow these rules when using our Proprietary Marks on any global computer network of computers and electronic devices that follow the Internet Protocol Suite (TCP/IP).

1

CONFIDENTIAL:  Information within this document is not to be edited or reproduced without the written permission of an authorized Honey Baked Ham representative.

HBHUSA0088471

**Ex. 41 Page 763**

HBHUSA0088470
CONFIDENTIAL



HBH Digital System Architecture National Policies and Procedures
Version 4.0

## Our Online Digital Network

We have designed and manage a digital network which invites our customers to connect over the World Wide Web with our brand and products, and members of the Honey Baked system. Our online digital network serves another purpose; it allows us to connect various digital devices on the World Wide Web for non-consumer facing, business purposes that do not directly involve commerce with customers or consumers. When fully implemented, our online digital network is expected to include the following features:

- A national website ([www.honeybaked.com](www.honeybaked.com)).
- Web pages on the national website accessed by subdomains that use our Proprietary Marks and permit customers to shop for various products online.
- A native application ("app") downloaded by a customer to a mobile device that uses our Proprietary Marks, will link to our national website and supports business with consumers using a mobile device.
- A secure proprietary point of sale ("POS") system that connects our network of retail stores nationally, for consumers to purchase directly on the World Wide Web.
- A cloud-based business management software application (Oracle NetSuite) that helps us manage our core business processes.
- A data protection and security protocol to create a safe shopping experience on the World Wide Web.
- A protocol for collecting and reporting certain website analytics to properly direct traffic to websites that use our Proprietary Marks.

Honey Baked USA reserves the right to update, change or modify the features of this online digital network as technology or business needs change, as well as the right to amend the policies and procedures as necessary outlined here in their complete discretion.

## II. Our Website Architecture

Historically, our National Website (www.honeybaked.com) performed limited e-commerce functions. One of these functions was to provide a store locator that contained links to other websites (such as myhoneybakedstores.com). In turn, the National Website provided information about retail stores and franchised locations. The National Website also contained a state selection modal to honor exclusive license agreements with our licensees. The National Website did not contain a shopping cart nor did it permit customers to transact business on the site.

The National Website historically contained little or no information about many other important business activities conducted by members of the Honey Baked system, including catering, business to business sales, franchising, employment opportunities and other business matters. Information about those business matters were instead hosted on separate websites managed by licensed operators.

2

CONFIDENTIAL: Information within this document is not to be edited or reproduced without the written permission of an authorized Honey Baked Ham representative.

HBHUSA0088472



HBH Digital System Architecture National Policies and Procedures
Version 4.0

We are redesigning the architecture of the National Website.  Instead of linking the National Website to separate websites which provide information about the Honey Baked system, we are planning to migrate the content of these separate websites to pages on subdomains of the National Website, to present a consistent brand identity, enhance consumer trust and optimize the national website.  Those pages on the National Website will be accessed through subdomains **(see Exhibit A)** that we have created under the parent domain (honeybaked.com).

Effective February 1, 2020 many pages on separate websites will be merged with pages on the National Website and will be indexed.  As a result, instead of content about our business appearing on separate websites, much of the content about our business will appear on web pages (accessed by subdomains) viewable on the National Website.  This practice abides by the standards used by search engines and, therefore, substantially increases traffic on the National Website to the benefit of our entire system.  It also presents a consistent brand identity to consumers, enhancing trust.  Consumers will be able to easily identity all of our official content because it will be served from the secure domain, honeybaked.com.

For example, we created a subdomain (shipping.honeybaked.com) under the primary domain (www.honeybaked.com).  This subdomain presently connects customers with content hosted on a separate website (formerly honeybakedonline.com).  This separate website is not indexed or visible to search engines.  Therefore, at present, none of the shopping information located on this separate website has been migrated to the National Website.

Effective February 1, 2020, we will deploy an improved state selector to our National Website.  This will allow us to make the content currently associated with our shopping website (shipping.honeybaked.com) visible to search engines (it will be indexed).

In order to honor our license with our Honey Baked California operator, we will implement an enhanced state selector mechanism to ensure that California customers are routed to the Honey Baked California website (shophoneybaked.com) after the changes to the National Website on February 1, 2020.

## III.    The National Website:  www.honeybaked.com

Our National Website serves an important role in our omni channel marketing strategy.  The National Website is expected to:

- Promote the brand and branded products.
- Direct customers to retail store websites or franchised location websites where they may find retail store locations, store hours, place orders and subject to contract restrictions, purchase online and schedule for pick up products.
- Enable customers, subject to contract restrictions, to buy products online for direct deliver from designated fulfillment centers.
- Provide access, subject to contract restrictions, to fundraising sales, business to business sales, employee purchasing, and franchise sales.

3

CONFIDENTIAL:  Information within this document is not to be edited or reproduced without the written permission of an authorized Honey Baked Ham representative.

HBHUSA0088473

HBHUSA0088470
CONFIDENTIAL



HBH Digital System Architecture National Policies and Procedures
Version 4.0

&#9758; Provide customers with meal preparation and serving instructions, recipes, and other helpful information.

&#9758; Provide access online for consumers to purchase non-food items and merchandise.

The National Website (www.honeybaked.com) with its associated subdomains is the only website that will be permitted to be indexed and visible to search engines.

Further, only domain names ("Approved Domain Names") as listed on **Exhibit A,** may be used to operate any website that conducts business under the Proprietary Marks.

Any website identified by any Approved Domain that is **not** a subdomain of the primary domain is required to be tagged with a "No Index, No Follow" or comparable designation to prevent indexing of the website.

Further, in order to offer online purchases on the National Website, operators must fully comply with Honey Baked USA's security protocols and technology requirements as determined from time to time.

## IV.　Internet Sales

The following policies and procedures govern sales portals on the Internet.

### A. Sales Portals

HBH Licensing LLC, HBH Franchise Company or their designee, Honey Baked USA, must approve all sales portals operating on the World Wide Web. A current list of approved Sales Portals is listed on **Exhibit A.** There are both Domain and Subdomain Sales Portals at the current time, as shown on **Exhibit A.**

Any person operating any **Sales Portal that is indexed** (subdomains of honeybaked.com) by search engines must comply with the following policies and procedures:

- All Sales Portals must link to the primary domain.
- All web pages must use Honey Baked USA required canonical tags.
- All subdomains must use the Site Map on the National Website and link back to the primary domain.

- **All Sales Portals** (websites accessed by domains and sub domains identified by Proprietary Marks) must use titles and metatags that clearly define their purpose, territorial limitations and other differentiating features as required by Honey Baked USA.
- **All Sales Portals** must comply with Honey Baked USA Brand Style Guides to promote uniform and consistent use of the Proprietary Marks on the Internet.

4

CONFIDENTIAL: Information within this document is not to be edited or reproduced without the written permission of an authorized Honey Baked Ham representative.

HBHUSA0088474

**Ex. 41 Page 766**

HBHUSA0088475
CONFIDENTIAL



HBH Digital System Architecture National Policies and Procedures
Version 4.0

Any operator may request its Sales Portal be considered for indexing by search engines on the World Wide Web if the operator agrees to: (1) use a subdomain linked to the primary domain and to link its Sales Portal to the National Website; (2) it conforms with the security, usability (including ADA), analytics, tagging and other requirements to fit properly within the Site Map on the National Website; and (3) it has written approval from HBH Licensing, LLC, HBH Franchise Company LLC or their designee, Honey Baked USA.

Any Sales Portal operating under the proprietary marks as a stand-alone website accessed by an Approved Domain, but not a *subdomain of honeybaked.com*, must be coded with a meta robots "No Index, No Follow" tag, or a robots.txt directive that disallows all robots, to ensure that the website will not be visible by search engines.

Honey Baked USA is in the process of developing an app that will enable consumers to access the National Website. No entity/person may develop or release an app under the Proprietary Marks without obtaining prior written approval from HBH Licensing, LLC, HBH Franchise Company LLC or their designee, Honey Baked USA.

**B.  Advertising Standards**

Any entity/person operating any website Sales Portal is subject to all advertising restrictions in its contract, as well as the policies and procedures below.

1. Such persons may advertise *outside* of their designated territories only: (1) if they point consumers to the National Website as a contact point; (2) only with products that all Licensees/Franchisees sell; and (3) without reference to pricing (prices vary across the national system). Honey Baked USA must approve in writing national advertising creative content prior to its use.

2. Such persons may advertise the address of their Sales Portals and their direct call center numbers on materials sent to *existing customers and consumers*.

   Existing customers and consumers include both the *customer* that purchases a gift for shipment to another person and the *consumer* that receives as a gift, even if that consumer resides out of territory. Any customers or consumers who do not make a subsequent purchase within three (3) years shall no longer be considered existing customers and consumers.

   Advertising materials include emails, print catalogues, mailers, print ads, digital ads and product packaging that is sent directly to *existing customers and consumers.*

3. Such persons may advertise *within* their designated territories and may include their direct telephone number or sales portal address in territory targeted communications. Permitted territory targeted communications include:

5

CONFIDENTIAL: Information within this document is not to be edited or reproduced without the written permission of an authorized Honey Baked Ham representative.

HBHUSA0088475

**Ex. 41 Page 767**



HBH Digital System Architecture National Policies and Procedures
Version 4.0

- Print Catalogs sent within a person's territory.
- Printed menus or flyers handed out at retail stores or franchised locations.
- Local newspapers distributed within a person's territory.
- Geo coded or similar technology-driven Internet ads or shopping services that only show within a person's designated territory, the use of which must be approved in writing by HBH Licensing, LLC, HBH Franchise Company LLC or their designee, Honey Baked USA.
- Radio or television media that is targeted to audiences in a person's designated territory.
- Emails to accounts associated with mailing addresses inside a person's designated territory.

National advertising and customer solicitation will be monitored and governed by HBH Licensing, LLC, HBH Franchise Company LLC or their designee, Honey Baked USA.

**C.  Third Party Platforms**

Any entity/person operating a website accessed by any Approved Domain Name may advertise on third party platforms such as Google Shopping only if it advertises the National Website address, or if it limits the reach of, or targets its advertising on any such Third Party Platform to within its designated territories.

All such advertising is subject to prior approval of HBH Licensing, LLC, HBH Franchise Company LLC or their designee, Honey Baked USA, which must be obtained in writing before proceeding.

**D.  Promotions**

Promotions sent to customers or consumers residing in a person's territory must carry a clear and conspicuous description of any disclaimers, conditions or restrictions governing any such promotions.  The description should include the phrase "Offers only good in participating locations" or similar language.

All promotions must abide by federal and state laws regarding electronic solicitation, data collection and privacy.

**E.  Business to Business Sales**

Rules will be updated in future.

6

CONFIDENTIAL:  Information within this document is not to be edited or reproduced without the written permission of an authorized Honey Baked Ham representative.

HBHUSA0088476

**Ex. 41 Page 768**



HBH Digital System Architecture National Policies and Procedures
Version 4.0

### F.  Non-commercial Use

Internal 'intranet' or email domains that are not used for any type of commerce or marketing or consumer communication are exempt from the restrictions set forth in Section 2(A)-(F) above.  Intranet domains must be access protected, not available for public use and will not be permitted to connect, link or otherwise access any Sales Portal.

## V.   Internet Security Requirements

Any person operating any website accessed by any Approved Domain Name must strive to protect personal privacy and the confidentiality of information.  All such persons are responsible for safeguarding confidential information provided by customers or consumers and must adhere to Honey Baked USA's Internet Security Policies and Procedures as set forth in **Exhibit B** hereto, as well as applicable state and federal laws, rules and regulations.

## VI.   Website Analytics and Reporting Requirements

All sales Portals must track and report website traffic from the following key sources:

- Organic Search – traffic coming from search engines.
- Referral – traffic from other websites.
- Direct – traffic from typing URL into the browser.
- Social – traffic coming from social media.
- Each user's state selection from the State Selector prompt, along with the corresponding traffic flow.
- The "Bill To" state for all completed orders.

Honey Baked USA will collect and report analytics to management monthly, by the third day of every month.

HBH Licensing, LLC will prepare a report to Honey Baked California not less than annually on the above analytics.

All analytics systems will be configured to comply with applicable state and federal laws regarding consumer privacy and tracking of web activity.

## VII.   Amendments to the Internet Guidelines

- Honey Baked USA will prepare an annual report to its Board of Directors regarding the efficacy of the technological, operating and marketing efforts in driving consumer demand throughout the HBH System and the level of compliance within the HBH System with the Internet Guidelines.
- Honey Baked USA will consider updates to the policies and procedures outlined here at a minimum, annually.

7

CONFIDENTIAL:  Information within this document is not to be edited or reproduced without the written permission of an authorized Honey Baked Ham representative.

HBHUSA0088477



Any person operating any website accessed by any Approved Domain Name may propose changes to these policies and procedures in writing using the form attached hereto as **Exhibit C.**

Honey Baked California should submit any such request to HBH Licensing, LLC.

Franchised Operators should submit any such request to HBH Franchise Company, LLC.

In considering any such proposed changes, factors that will be considered include (1) the impact on customers and consumers; (2) the impact on the National Website; (3) the cost of any such change(s); and (4) the impact on the Honey Baked Ham system as a whole.  Changes will be made at the sole discretion of HBH Licensing, LLC, HBH Franchise Company LLC or their designee, Honey Baked USA.

8

CONFIDENTIAL:  Information within this document is not to be edited or reproduced without the written permission of an authorized Honey Baked Ham representative.

HBHUSA0088478

**Ex. 41 Page 770**

HBHUSA0088479 .PNG
CONFIDENTIAL



HBH Digital System Architecture National Policies and Procedures
Version 4.0

# Glossary

**Domains:**

A **domain** name is your website name. A **domain** name is the address where Internet users can access your website. A **domain** name is used for finding and identifying computers on the Internet. **Domain** names are mapped to the IP addresses of the computers that provide online services for the domains, such as websites and email delivery.

**Subdomains:**

A **subdomain** that is part of a primary domain.  For example, shipping.honeybaked.com is a subdomain of honeybaked.com.

**Canonical Tags:**

A **canonical tag** (aka "**rel canonical**") is a way of telling search engines that a specific **URL** represents the master copy of a page.  Using the **canonical tag** reduces the negative user experience caused by identical or "duplicate" content appearing on multiple URLs.

**Site map:**

A **site map** is a model of a website's content designed to help both users and search engines navigate the site.  A **site map** can be a hierarchical list of pages (with links) organized by topic, an organization chart, or an XML document that provides instructions to search engine crawl bots.

**Metatags:**

In HTML, **metatags** or **meta** elements are **tags** placed in the header section of the code that helps **define** the contents of a web page.  For example, a **description metatag** is used by Internet search engines to display a **description** of the page in their search results.

**Sales Portals:**

A **sales portal** is any domain or subdomain that sells goods and services under the Honey Baked trademarks.

**Organic Search Traffic:**

The term "**organic traffic**" is used for referring to the visitors that land on the website as a result of unpaid ("**organic**") **search** results.  Visitors who are considered **organic** find the website after using a **search** engine, like Google or Bing, so they are not "referred" by any other website.

**Referral Traffic:**

**Referral traffic** refers to visits that come to the website from sources that are not a search engine.  For example, if someone were reading an article and then they clicked on a hyperlink to the website that would be a **referral** visit because that click did not come from a search engine.

9

CONFIDENTIAL:  Information within this document is not to be edited or reproduced without the written permission of an authorized Honey Baked Ham representative.

HBHUSA0088470
CONFIDENTIAL



HBH Digital System Architecture National Policies and Procedures
Version 4.0

### Direct Traffic:
Google Analytics defines **direct traffic** as website visits that arrived on the site either by typing a website URL into a browser, by using browser bookmarks or links from native apps on mobile devices.  Depending on browser issues, sometimes **traffic** from an organic search is also categorized as **Direct traffic.**

### Social Traffic:
**Social traffic** refers to **traffic** coming to the website, mobile site or mobile app from **social** media networks and **social** media platforms.  For example, a person who clicks on a tweet or a Facebook post and then arrives on the brand's website will be counted in the digital analytics reports as **social traffic.**

### Cookie:
A **cookie** is a small file that is stored on a computer by a browser.  Each website can read only the cookies it has sent to the user's browser on previous page loads.  **Cookies** are routinely used by most websites, and most ecommerce websites and websites that have access control will not function properly without cookies.

### Style Guide:
It references grammar, tone, logo usage, colors, visuals, word usage, point of view, and more. By creating a complete **brand style guide**, it ensures that the published content is consistent, polished, recognizable and more enjoyable.

10

CONFIDENTIAL:  Information within this document is not to be edited or reproduced without the written permission of an authorized Honey Baked Ham representative.

HBHUSA0088480



HBH Digital System Architecture National Policies and Procedures
Version 4.0

## EXHIBIT A

### Approved Domain Names

- Domain names that use any Proprietary Marks must be owned by HBH LLC.

| Name | Description | Domain/Sub-domain | Sales Portal | Housing Platform | Indexed ? | Date Indexed |
|------|-------------|-------------------|--------------|------------------|-----------|--------------|
| Honeybaked.com | National Branding Site | Primary Domain | No | Oracle NetSuite | Yes | 1994 |
| Locator.honeybaked.com | National Store Locator | Subdomain | No | Oracle NetSuite | Yes | 1994 |
| Shipping.honeybaked.com | HBH LLC Shipping Sales Portal | Subdomain | Yes | Oracle NetSuite | Yes | 2/2020 |
| Pickup.honeybaked.com | HBH LLC Store Reserve For Pickup | Subdomain | Yes | Oracle NetSuite | Yes | 2/2020 |
| Epp.honeybaked.com | HBH LLC Employee Purchase Program | Subdomain | Yes | HBH LLC | No | TBD |
| Catering.honeybaked.com | HBH LLC Store Catering Sales Portal | Subdomain | Yes | HBH LLC | No | TBD |
| Prepaid.honeybaked.com | HBH LLC Store BOPIS Sales Portal | Subdomain | Yes | HBH LLC | No | TBD |
| Honeybakedfundraising.com | HBH LLC Fundraising Sales Portal | Domain | Yes | HBH LLC | No | TBD |
| Honeybakedgifting.com (gift list) | HBH LLC B2B Gifting Sales Portal | Domain | Yes | HBH LLC | No | TBD |
| MyHoneybakedgift.com (voucher) | HBH LLC B2B Voucher Program | Domain | No | Tranguard | No | TBD |
| Honeybakedcareers.com | HBH LLC Careers Website | Domain | No | HBH LLC | No | TBD |
| Honebakedfranchise.com | HBH LLC Franchise Website | Domain | No | HBH LLC | No | TBD |
| *Shophoneybaked.com | HBH California | Domain | Yes | Magenta | No | TBD |

- All websites operated under any Approved Domain Name or any Subdomain that accept credit card information must be PCI Compliant.
- All websites operated under any Approved Domain Name or any Subdomain must adhere to Honey Baked USA's Security Policies, as well as local, state and federal laws.

Note: All sub-domains in green are sub-domains of Honeybaked.com, the primary domain.

Honey Baked USA is in the process of migrating all Sales Portals to the Oracle NetSuite platform.

*Use of Shophoneybaked.com is contingent on transfer of ownership of this domain name being completed by March 1, 2020.

11

CONFIDENTIAL: Information within this document is not to be edited or reproduced without the written permission of an authorized Honey Baked Ham representative.

HBHUSA0088481

HBHUSA0088470.pdf
CONFIDENTIAL



HBH Digital System Architecture National Policies and Procedures
Version 4.0

## EXHIBIT B



## Security Standards

### PURPOSE

These Standards establish rules governing electronic commerce ("e-commerce") in the digital system architecture (the "Architecture") owned and operated by The Honey Baked Ham Company, LLC ("Honey Baked USA").

### DISCLOSURE STATEMENT

Honey Baked Ham USA strives to protect personal privacy and maintain the confidentiality of information in accordance with federal, state and local law. Members of the Honey Baked Ham system (the "System") engaging in e-commerce are responsible for safeguarding private and confidential information gathered or discovered while engaging in that commerce. Those members are Honey Baked USA, Honey Baked USA's franchisees and their retail store licensees; Honey Baked Ham Inc. ("Honey Baked California"), and Honey Baked California's retail store franchisees and licensees.

Cardholder information may never be transmitted across an unsecured network. Secure Socket Layer ("SSL") security is the minimum-security measure required to transmit cardholder data. Emailing unencrypted credit card numbers is never acceptable.

The major regulatory body associated with credit card transactions is the PCI Security Standards Council ("PCI"), located on the Internet at *www.pcisecuritystandards.org*. PCI promulgates the rules and regulations to which members of the System must adhere to in the credit card environment.

### SELECTED DEFINITIONS

**Cardholder Data:** Means personally identifiable information associated with a user of a credit or debit account, including the primary account number ("PAN"), name, expiration date and Card Verification Value 2 ("CVV2").

**e-Commerce:** Business transactions using electronic means, primarily via the Internet and via automated teller machines ("ATMs"), automated phone banks, and touch screen kiosks,

12

CONFIDENTIAL: Information within this document is not to be edited or reproduced without the written permission of an authorized Honey Baked Ham representative.

HBHUSA0088482



among other means.  Transactions can include credit and debit card transactions as well as electronic transfers via the Automated Clearing House ("ACH") network.

**Payment Card Industry Data Security Standard ("PCI DSS"):**  A consolidated standard from the major credit card issuers detailing merchant requirements when accepting credit and debit cards, including Visa, MasterCard, American Express and Discover.

## POLICIES

1.  All e-commerce activity in the Architecture must be approved by Honey Baked USA.

2.  All e-commerce activity must be performed within the Architecture as defined and administered by Honey Baked USA, absent Honey Baked USA's prior written approval of any exception.

3.  All transactions, systems, applications and processes associated with e-commerce (including credit and debit card transactions) must be performed and used in compliance with the PCI DSS and these Standards.

4.  Honey Baked USA has oversight responsibility for the systems, structures, policies and procedures relating to e-commerce within the Architecture and has enforcement responsibility for the PCI DSS.

5.  These Standards apply to all System members, entities, franchisees, licensees, employees, consultants, approved vendors, and other persons associated with the Architecture who are involved in conducting e-commerce in the Architecture.

6.  Members of the System may define "conditions of use" for information resources under their control. Those statements must be consistent with these Standards but may provide additional guidelines, restrictions, or enforcement mechanisms so long as they do not relax, subtract from, contradict, or undermine these Standards. All such conditions, guidelines, restrictions, and enforcement mechanisms are subject to Honey Baked USA's review and approval.

7.  Failure to comply with these Standards may have the following consequences:

    a.  Revocation of credit and debit card acceptance for the responsible entity or person.
    b.  Fines levied on the responsible entity or person.
    c.  Legal action against the responsible entity or person by injured parties.
    d.  Prosecution for criminal violations of applicable law.

13

CONFIDENTIAL:  Information within this document is not to be edited or reproduced without the written permission of an authorized Honey Baked Ham representative.

HBHUSA0088483

**Ex. 41 Page 775**



HBH Digital System Architecture National Policies and Procedures
Version 4.0

## PROCEDURES

### A.  Information Collected

"Information" refers to information related to e-commerce.  System members collect user information through the Architecture, including the National Website (located at the Primary Domain, <honeybaked.com>), the subdomains of the Primary Domain, Honey Baked California's online storefront (currently located at the <shophoneybaked.com> domain), and other websites and webpages.

System members collect two general types of information—personal information and aggregate data. "Personal information" means information that specifically identifies an individual (such as a name and email address) and demographic or other information directly linked to an individual. "Aggregate data" is information from which individual user identities have been removed and the remaining data has been summarized. In other words, no personal information is included in aggregate data.

Honey Baked USA shares aggregate data about users with third parties for certain business purposes, including understanding consumers' needs and preferences, delivering useful information to consumers, and otherwise improving the System's products and services. Other System members may share aggregate data about users with third parties only with Honey Baked USA's prior written approval.

Honey Baked USA collects the following types of information from users:

1. Information users provide when creating or updating their website profile, including name, email address, and demographic information.
2. Information users provide when they make an online payment, including credit or debit card information, ACH information, and billing address.
3. Information generated automatically when users interact with websites and webpages, including website ("IP") addresses, referring IP addresses, access times, browsing activity, files and pages accessed or used, browser types and languages, and operating system types.

Honey Baked USA also deploys bits of data known as "cookies" to store information about users that can be accessed when those users access the websites in the Architecture.  A website sets a cookie by sending the bit of data to a user's browser, which then saves the data to the hard drive of the user's computer. Among other things, the use of cookies enables Honey Baked USA to monitor which website features are most popular, record user preferences, personalize and improve user experiences, streamline repeat visits, monitor website access and traffic and, most fundamentally, enable users to add products to carts and make purchases online.

14

CONFIDENTIAL:  Information within this document is not to be edited or reproduced without the written permission of an authorized Honey Baked Ham representative.

HBHUSA0088484

Ex. 41 Page 776

15/19



Most browsers automatically accept cookies as the default setting. Users can modify browser settings to prompt them before the browser accepts a cookie or even to reject cookies altogether. However, if a user rejects cookies, or sets the browser to reject cookies, the websites in the Architecture may not function properly.

### B.  Use of Personal Information

Honey Baked USA may use personal information:

- To request feedback from users, which in turn enables Honey Baked USA to develop, improve, and customize the websites in the Architecture.
- To contact users about their orders and experiences.
- For other purposes about which Honey Baked USA notifies users in advance.

### C.  Sharing of Personal Information

Honey Baked USA may share aggregate data about our customers, traffic, and transactions with third parties. Subject to the exceptions below, however, Honey Baked USA will not give, share, sell, rent, or trade any personal information or any raw data that is stored by systems in the Architecture to or with any third party, except as outlined in these Standards or with the consent of the user or users identified by the personal information or raw data.

Notwithstanding the preceding paragraph, Honey Baked USA may disclose personal information or raw data to a third party where:

- The law requires disclosure, or disclosure is necessary to respond to lawful requests or legal process.
- Honey Baked USA has a good faith belief that disclosure is necessary to protect its agents or customers or to enforce its agreements, standards, policies, or terms of use.
- Honey Baked USA has a good faith belief that disclosure is necessary to respond to an emergency or to protect the safety of any person.

### D.  Network and Information Security

All e-commerce sites and portals in the Architecture must make every commercially reasonable effort to maintain the security of customers' personal information. All sensitive information must be encrypted. Private account information must be stored on a server that is protected both physically and electronically.

**Guidelines:**

1. Use a secure e-commerce platform and provider.

2. Use HTTPS with a valid SSL EV Certificate.

3. Use secure servers and administration portals.

15

CONFIDENTIAL:  Information within this document is not to be edited or reproduced without the written permission of an authorized Honey Baked Ham representative.

HBHUSA0088485

**Ex. 41 Page 777**

HBHUSA0088470.png
CONFIDENTIAL



HBH Digital System Architecture National Policies and Procedures
Version 4.0

4. Use a PCI DSS compliant payment gateway.

5. Use encryption or tokenization of sensitive customer data during transmission and storage.

6. Delete customer information when the data retention period ends.

7. Use multifactor authentication for all administrator accounts.

## COMPLIANCE REQUIREMENTS

Honey Baked USA monitors compliance with these Standards using the following tests and tools:

1. Quarterly penetration tests of e-commerce platforms.
2. Annual PCI DSS compliance certifications.
3. Evaluations and approvals of annual incident response plans, under which, *inter alia*, all entities and persons bound by these Standards must notify Honey Baked USA promptly in the event of a security incident.
4. Evaluations and approvals of data retention policies.

16

CONFIDENTIAL: Information within this document is not to be edited or reproduced without the written permission of an authorized Honey Baked Ham representative.

HBHUSA0088486

HBHUSA0088470.jpg
CONFIDENTIAL



HBH Digital System Architecture National Policies and Procedures
Version 4.0

## EXHIBIT C

## HBH National Web Architecture Change Request

| Project Name | | Change Number | |
|---|---|---|---|
| Requested By | | Date of Request | |
| Presented To | | | |

| Change Name | |
|---|---|

**Description of Change:**

**Reason for Change:**

**Effect on Deliverables (including a list of any affected deliverables):**

**Effect on Organization:**

**Effect on Schedule (including Estimated Completion Date for this change):**

**Effect on Project Cost:**

| Item Description | Hours | | Dollars | |
|---|---|---|---|---|
| | Reduction | Increase | Reduction | Increase |
| Analysis | | 0 | | $  0.00 |
| Development (Code and Unit Test) | | 0 | | $  0.00 |
| | | | | |
| **Total Net Change in Cost:** | | | | $  0.00 |

**Effect of NOT Approving this Change:**

17

CONFIDENTIAL: Information within this document is not to be edited or reproduced without the written permission of an authorized Honey Baked Ham representative.

HBHUSA0088487

HBHUSA0088470.jpg
CONFIDENTIAL



HBH Digital System Architecture National Policies and Procedures
Version 4.0

## EXHIBIT C

## HBH National Web Architecture Change Request

**Reason for Rejection (if applicable):**

**Functional Project Manager**

☐ Approved     **Signature:** _____

☐ Rejected      **Title:** _____ **Date:** _____

**HBH IT**

☐ Approved     **Signature:** _____

☐ Rejected      **Title:** _____ **Date:** _____

18

CONFIDENTIAL: Information within this document is not to be edited or reproduced without the written permission of an authorized Honey Baked Ham representative.

HBHUSA0088488

**Ex. 41 Page 780**

# EXHIBIT 42

KILPATRICK TOWNSEND & STOCKTON LLP
KOLLIN J. ZIMMERMANN (State Bar No. 273092)
*kzimmermann@kilpatricktownsend.com*
1801 Century Park East, Suite 2300
Telephone:  (310) 248-3830
Facsimile:   (310) 860-0363

J. DAVID MAYBERRY (Admitted *Pro Hac Vice*)
*dmayberry@kilpatricktownsend.com*
The Grace Building
1114 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 775-8700
Facsimile:   (212) 775-8800

MARK H. REEVES (Admitted *Pro Hac Vice*)
*mreeves@kilpatricktownsend.com*
Enterprise Mill
1450 Greene Street, Suite 230
Augusta, Georgia 30901
Telephone:  (706) 823-4206
Facsimile:   (706) 828-4488

PLAVE KOCH PLC
JAMES C. RUBINGER (Admitted *Pro Hac Vice*)
*jrubinger@plavekoch.com*
12005 Sunrise Valley Drive, Suite 200
Reston, Virginia 20191
Telephone:  (703) 774-1200
Facsimile:   (703) 774-1201

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| **HONEY BAKED HAM INC.,** | CASE NO.: 8:19-cv-01528-JVS-DFM |
| Plaintiff, | **DECLARATION OF LINDA VAN REES IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |
| v. | |
| **HONEY BAKED HAM COMPANY LLC,** et al., | |
| Defendants. | Judge: Hon. James v. Selna |
| | Second Amended Complaint filed: September 18, 2020 |

DECLARATION OF LINDA VAN REES

I, Linda van Rees, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am the CEO of HBH Licensing, LLC (Licensing), a defendant and counterclaim plaintiff in this lawsuit and wholly owned subsidiary of defendant and counterclaim plaintiff Honey Baked Ham Company, LLC (Honey Baked USA), of which I am also CEO. I am over 18 years of age and am competent to testify to the matters set forth herein, all of which are based on my own personal knowledge.

2.      I became CEO of Licensing in 2018.  I am the granddaughter of the founder of Honey Baked USA, and have worked in the business for all my adult life.

3.      Shortly after becoming CEO of Licensing and Honey Baked USA, I reviewed royalty reports submitted by Honey Baked California. I had not previously seen the full versions of those reports.

4.      The reports showed total sales much lower than I anticipated, based on my knowledge of the Honey Baked Ham system and the California market, causing me to question whether Honey Baked California was accurately reporting its sales. Specifically, I noted that corporate-owned retail stores in California were reporting lower than expected numbers. Excluding the Anaheim store, which operates a direct to consumer business, the average corporate-owned retail store in California reported approximately $1.1 million in average annual revenues. This was in contrast to an average of approximately $1.4 million for franchisee-owned retail stores in California.  Based on my knowledge and understanding of the Honey Baked Ham system and business, I am not aware of any reason why franchised stores would outperform corporate-owned stores in the same state, particularly when the latter are better capitalized and in superior facilities.

5.      During the summer of 2018, Richard Gore, Honey Baked California's General Manager, visited Honey Baked USA's offices and indicated that the Martin family was interested in selling their business, but wanted to take a few years to "get things ready" to ensure a smooth transition.  At the time, I believed that Honey Baked California needed this time to begin correct past underreporting and to begin more

1   accurately accounting for its sales in order withstand due-diligence scrutiny that

2   would accompany any arms-length transaction. Higher reported sales also would

3   significantly increase the sales price for an exit.

4        6.    As I anticipated, Honey Baked California's reported sales have

5   increased drastically—and disproportionately to the rest of the system—since Mr.

6   Gore's 2018 comments. For the fiscal years 2016 – 2019 (ending June 30), Honey

7   Baked California reported annual year-over-year sales increases of approximately $2

8   million per year. Then, in fiscal year 2020 (ending June 30, 2020), Honey Baked

9   California's increased reported sales by approximately $6 million, tripling prior year

10  increases. The overwhelming majority of the higher than average reported 2020 sales

11  increases came during the 2020 Easter holiday, when, in the midst of the COVID-19

12  pandemic, Honey Baked California reported a year-over-year sales increase of more

13  than $3.8 million (roughly 36%). In the rest of the system, the Honey Baked Ham

14  business reported year over year sales increases of approximately 3.4% for the same

15  time period.

16       7.    Even more notably, sales reported from the Anaheim direct to consumer

17  facility increased by more than 380% during January – April 2020 as compared to

18  the same period in 2019—from $1.12 to $5.4 million. Once again, this was

19  drastically out of line with the performance throughout the rest of the Honey Baked

20  Ham system, where mail order transactions increased by approximately 51% during

21  the same period.

22       8.    These unprecedented sales results increased my concerns that Honey

23  Baked California had been underreporting its sales and underpaying royalties by a

24  substantial amount years prior to 2018. It appears to me that Honey Baked

25  California has begun the process of reporting presumably more accurate sales in

26  order to correct past underreporting practices.

27       9.    In addition, in order for Honey Baked California to have sufficient

28  product to sell to support its reported sales increases, this correction appears to have

been planned and deliberate, rather than driven by prior year's demand for product.

10.   In our business, the overwhelming majority of sales occur in the days immediately preceding major holidays. But our hams typically must be ordered from suppliers not less than a month in advance of resale to consumers. Not only is it extremely difficult, if not impossible, to obtain substantial additional supply at the last minute in response to an unanticipated demand spike, sales are typically much lower in the days and months immediately following major holidays. Because hams are a perishable product, orders in excess of demand result in a high risk of having to discard product at a heavy cost. Accordingly, it is critically important for ham orders—which again, must be placed well in advance of sales to consumers—to come as close as possible to meeting the holiday demand without substantially exceeding it.

11.   If Honey Baked California's reported sales for FY 2016 – 2019 were accurate, there is no reason based on prior years' demand why it would have known to increase its supplies of ham as much as it did in anticipation of the Easter 2020 holiday. Based on historical reported results, Honey Baked California should have ordered far less ham for Easter 2020 than it did. The fact that it did not run out of ham despite an unprecedented increase in sales strongly suggests this correction was planned and not market based.

12.   This anomaly strengthens my suspicions that Honey Baked California has been underreporting sales, and possibly obtaining hams from an unauthorized and undisclosed supplier, in prior years.

13.   In an effort to determine whether and to what extent Honey Baked California has underpaid its royalties, Honey Baked USA retained the BDO accounting firm in the spring of 2020 to conduct an audit of Honey Baked California's royalty payments.

14.   We selected a sampling of California corporate and franchised retail stores and requested information to facilitate further inquiry into the completeness

and accuracy of their royalty reports. As explained in Brad Knight's declaration, Honey Baked California and its franchisees supplied some, but far less than all, of the requested documentation.

15.     In October 2020, we were informed that Honey Baked California would cease cooperating with the audit and instead demanded that our attorneys obtain information solely through formal legal process.

16.     While BDO was unable to complete its work due to Honey Baked California's refusal to cooperate, the work that it began raised many significant, new irregularities of which I was previously unaware. Those anomalies are inconsistent with the historical business results in California and business trends in the rest of the national Honey Baked system.

17.     For decades, Honey Baked California invested heavily and reportedly excelled in the lunch/restaurant side of the business. Mr. Gore repeatedly spoke about the superior presentation, sales and operations of California's approach to lunch in its stores. It is well known and accepted in the Honey Baked system that Honey Baked California has always had a much more substantial effort and investment behind lunch than the rest of the national system. For example, Honey Baked California includes fresh soups and side dishes as a part of its program, something corporate stores in the Honey Baked USA system have never done.

18.     Inexplicably, however, the BDO report showed that Honey Baked California's corporate-owned stores report on average a fraction of the lunch and catering business reported by their national counterparts—approximately $85,000 per store per year in California as compared to approximately $200,000 for Honey Baked USA corporate stores. This is contrary to everything that we know and that Richard Gore has asserted about this segment of California's business for years. This discrepancy makes me concerned that Honey Baked California is underreporting restaurant sales in addition to ham and other retail sales.

19.     In addition to lower than expected California store restaurant/lunch

sales, I noticed other erratic data in the BDO reports related to the ratio of ham to total sales reported by Honey Baked California. In the rest of the system, stores typically maintain a consistent ratio of 61-65% of ham to total sales. This ratio, like many other aspects of the Honey Baked Ham business, is typically stable, consistent, and predictable, because ham sales typically drive other sales—*i.e.*, if ham sales increase, total sales typically increase roughly proportionally. It takes many years to meaningfully change this ratio, as the mix of other products must change significantly, and consumer behavior in our business is slow to change. But BDO identified stores in the California system where the reported ratio of ham sales to total sales changed 10-11% in a single year.

20. Furthermore, corporate-owned California stores showed a higher average ratio of ham to total sales (71-73%) than the rest of the national system (61-65%). This high ratio of ham to total sales indicates lower than expected sales in other categories, including of course lunch and retail foods. The unusually high ratio of ham to total sales in California, particularly in light of its reputation for strong restaurant/lunch sales, causes me to suspect that sales of non-ham products, and resulting royalties, are also being underreported.

21. Other data provided to BDO indicated that several stores in California reportedly went a number of consecutive months at a time without any ham purchases. For example, the La Habra store reported no ham purchases during January – March and May – September in 2017. The North Hollywood store reported no ham purchases in January or February 2017, the store in Orange reported no ham purchases in April or May 2018, and the Encinitas store reported no ham purchases for January or February 2019. Corporate stores in the national system typically receive hams every 2 weeks, franchise stores every 3-4 weeks. Shelf life for hams once they reach the stores is 60 days. If stores are going months without receiving hams, they are either selling out of date product, selling unauthorized or unreported product, or not selling ham at all. Any of these

alternatives would not match the Honey Baked business model and would merit further inquiry.

22. Finally, over the four year period since consolidation (2016-2019), Honey Baked California reported purchasing approximately 38,000 fewer hams than its supplier's records show were sold to Honey Baked California during that same time period. In other words, Smithfield reports selling to Honey Baked California in excess of 38,000 more hams than Honey Baked California reported purchasing. This discrepancy alone represents more than $5 million in sales, with an associated royalty of more than $150,000.

23. All of the anomalies described in this report make me believe that Honey Baked California has not reported its sales data accurately for hams and other products. I believe that the shortfall of royalty payments to Honey Baked USA over the years could total millions of dollars.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 14, 2021, at _____3:09 pm_____.

Linda van Rees

# EXHIBIT 43

Message

| | |
|---|---|
| **From**: | ckinzler@hbham.com |
| **Sent**: | 12/4/2020 2:23:53 AM |
| **To**: | ajernigan@hbham.com; ckinzler@hbham.com |
| **Subject**: | Conversation with Jernigan, Ann Marie |

ckinzler@hbham.com [3:37 PM]:
  hi there
[3:37 PM] Conversation with Jernigan, Ann Marie
ajernigan@hbham.com [3:37 PM]:
  hello there
ckinzler@hbham.com [3:38 PM]:
  you know in Maleficent the King and his massive paranoia about killing Maleficent???
ajernigan@hbham.com [3:38 PM]:
  yes
ckinzler@hbham.com [3:38 PM]:
  that's my comparison to LVR and CA
ajernigan@hbham.com [3:38 PM]:
  YEP
ckinzler@hbham.com [3:38 PM]:
  she called me this morning....I just don't even have words
ajernigan@hbham.com [3:38 PM]:
  now what
ajernigan@hbham.com [3:39 PM]:
  I truly appreciate her, but when it comes to CA, I don't get it
ckinzler@hbham.com [3:42 PM]:
  I honestly can't even describe it....something about CA saying that what REDACTED sends us is wrong and they have made corrections....
ajernigan@hbham.com [3:42 PM]:
  omg
ckinzler@hbham.com [3:43 PM]:
  she wants to look at T1 going back to 2015 and she thinks that CA is trying to fix what they reported wrong years ago
ajernigan@hbham.com [3:43 PM]:
  and why should we believe them?? (CA that is)
ajernigan@hbham.com [3:43 PM]:
  omg
ajernigan@hbham.com [3:43 PM]:
  there is still audit and close and C'mas holiday
ajernigan@hbham.com [3:44 PM]:
  2015!!??
ckinzler@hbham.com [3:46 PM]:
  I'm kind of at the end of my rope.....this is on top of just massive personnel crap
ckinzler@hbham.com [3:46 PM]:
  that in and of itself is a full time job
ajernigan@hbham.com [3:47 PM]:
  lmk where we can help

# REDACTED

HBHUSA0093032

# EXHIBIT 44

| Message | |
|---|---|
| **From:** | Keil, Dave [/O=HONEYBAKED HAM COMPANY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DAVE KEILF01] |
| **Sent:** | 6/30/2015 1:50:57 AM |
| **To:** | DeCan, Maggie [/O=HONEYBAKED HAM COMPANY/OU=Atlanta/cn=Recipients/cn=MDecan]; Kesmodel, Molly [/O=HONEYBAKED HAM COMPANY/OU=Atlanta/cn=Recipients/cn=MKesmod]; Ted Asbury (tasbury@hbham.com) [/O=HONEYBAKED HAM COMPANY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Asbury, Ted]; Stanca, Peter [/O=HONEYBAKED HAM COMPANY/OU=Atlanta/cn=Recipients/cn=PStanca]; Sutton, Cindy [/O=HONEYBAKED HAM COMPANY/OU=Atlanta/cn=Recipients/cn=CSutton]; McCord, Matt [/O=HONEYBAKED HAM COMPANY/OU=Atlanta/cn=Recipients/cn=MMccord]; McAdoo, Randy [/O=HONEYBAKED HAM COMPANY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=McAdoo, Randy] |
| **Subject:** | Gore deck |
| **Attachments:** | Gore deck draft 063015 v1.pptx |

Team

I have attached the updated Gore deck – Cindy, would you please get it loaded up on the PC in the Boardroom?

Linda and I had a very nice dinner with Richard.  He and Linda have reconciled, and Richard is here to learn what we do, and meet the team – so our agenda should work quite well.  Remember our roles tomorrow – to share current state, but not commit to collaboration or significant next steps, and remembering the differences between a licensee and franchisee…

Along the way we will learn about his business as well.  I picked up tonight that he owns 2/3 of their store real estate, and he has a ham glazing technology with 200 pieces/hour rate.

Will be an excellent meeting – see you in the morning.

Dave

**Dave Keil**
CEO | The Honey Baked Ham Company
3875 Mansell Rd. | Alpharetta, GA 30022
cell 612.206.7380 | office 678-966-3201
dkeil@hbham.com



HBHUSA0018389

CONFIDENTIAL

HBHUSA0018390

# HONEYBAKED

## Richard Gore

## Management Presentation

Ex. 44 Page 793



CONFIDENTIAL

**HONEYBAKED**®

HBHUSA0018391

Ex. 44 Page 794

# Agenda

Maggie DeCan: **org model, size, model, and growth plans**

Pete Stanca: **integration and synergies**

Molly Kesmodel: **Franchisee support**

Ted Asbury: **marketing plans and brand**

Matt Troy: **eCommerce** business

Randy McAdoo: **Ham supply, and QA**

Cindy Sutton/Ami Huff: **employee engagement data, and talent development**





CONFIDENTIAL

HBHUSA0018392

# EXECUTIVE SUMMARY

# HONEYBAKED



Ex. 44 Page 795

CONFIDENTIAL

HBHUSA0018393

Ex. 44 Page 796



# Company Overview

- The Honey Baked Ham Company LLC is a family-owned, national operator and franchisor of specialty food stores offering an assortment of proteins and side dishes

  – Known across the country for gold foil premium Ham

  – #1 Ham brand in the U.S.

  – #3 Turkey brand in the U.S.

  – Founded in 1957 by Harry Hoenselaar who invented a patented spiral slicing machine and a proprietary cooking and glazing formula

  – Consolidated May 4, 2015

  – Iconic brand associated with touchstone occasions where families come together

  – Currently operates 187 company owned, 192 franchise year-round and 269 seasonal locations nationwide as well as catalog and eCommerce operations

  – LTM sales of $ ▮



CONFIDENTIAL

# Product Overview

## Proven Brand Extendibility

**Ham ( % of Sales)**



- Spiral cut and hand glazed hams available in whole, half and quarters
- Slow-cooked for unmatched tenderness
- Glazed in store for a unique texture and the freshest flavor
- Available in traditional bone-in and boneless

**Lunch ( % of Sales)**



- Sandwiches
- Salads
- Box Lunches

**Pork / Beef ( % of Sales)**



- BBQ Ribs
- Pork Roast
- Pork Loin
- Bacon
- BBQ Beef
- Prime Rib
- Beef Wellington
- Beef Brisket

**Turkey ( % of Sales)**




- Whole Turkey
- Turkey Breast
- Roast Turkey with Gravy

**Desserts ( % of Sales)**



- Cheesecake Sampler
- Lemon Cream Cake
- Rum Cake
- Southern Pecan Pie

**Pantry ( % of Sales)**



- Mustards
- Sauces and Mayo's
- Relishes and Chutney's
- Soup Mixes

**Side Dishes ( % of Sales)**

- Broccoli Rice Casserole
- Garlic Mashed Potatoes
- Macaroni & Cheese
- Herb Stuffing

Providing consumers with a consistently superior product experience for 57 years

**HONEYBAKED®**

HBHUSA0018394

Ex. 44 Page 797