UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:19-cv-01528-JVS(DFMx) | Date | November 5, 2024 |
| Title | Honey Baked Ham Inc v. Honey Baked Ham Company LLC | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order to Show Cause re Deposit in Lieu of Bond**

On August 15, 2019 Plaintiff Honey Baked Ham Company LLC deposited $2,500 with the Court Clerk's Office in lieu of a bond in accordance with Local Rule 65-10. (See Financial Entry, Docket Report 8/15/2019) The deposit supported the security requirement on the preliminary injunction.

The Court issued an order in regards to the Notice of Settlement and dissolved the preliminary injunction on March 22, 2022. (See Docket No. 226)

Accordingly, the Court hereby **ORDERS** defendant to show cause in writing no later than **November 19, 2024**, why the deposit in lieu of bond in the amount of $2,500 should not be transferred to plaintiffs in this action. If defendant does not show cause by November 19, 2024 the funds including any interest will be transferred to plaintiffs.

It is so Ordered.